**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 9 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AL OTRO LADO, a California corporation; et al., | No. 22-55988 |
| Plaintiffs-Appellees, | D.C. No. 3:17-cv-02366-BAS-KSC Southern District of California, San Diego |
| v. | |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, | ORDER |
| Appellant, | |
| and | |
| ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al., | |
| Defendants-Appellants. | |
| AL OTRO LADO, a California corporation; et al., | No. 22-56036 |
| Plaintiffs-Appellants, | D.C. No. 3:17-cv-02366-BAS-KSC |
| v. | |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, | |
| Appellee, | |
| and | |
| ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al., | |
| Defendants-Appellees. | |

AC/MOATT

Before: OWENS, FRIEDLAND, and R. NELSON, Circuit Judges.

The motion (Docket Entry No. 8) to have these cross-appeals assigned to this panel, as the panel previously assigned appeal Nos. 19-56417 and 20-56287, is granted.

The existing briefing schedule remains in effect.