Nos. 22-55988, 56036

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

AL OTRO LADO, INC., *et al.*,
*Plaintiffs-Appellees/Cross-Appellants*,

v.

ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*
*Defendants-Appellants/Cross-Appellees*,

and

the EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,
*Appellant/Cross-Appellee.*

On Appeal from a Final Judgment Issued by the U.S. District Court for the Southern District of California (Civil Action No. 3:17-cv-02366-BAS-KSC)

## EXCERPTS OF RECORD
## INDEX VOLUME

| | |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant<br>Attorney General | ALEXANDER J. HALASKA<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division |
| WILLIAM C. PEACHEY<br>Director | Office of Immigration Litigation -<br>District Court Section<br>P.O. Box 868, Ben Franklin Station |
| KATHERINE J. SHINNERS<br>Senior Litigation Counsel | Washington, D.C. 20044<br>Tel: (202) 307-8704 \| Fax: (202) 305-7000<br>Email: alexander.j.halaska@usdoj.gov |
| | *Counsel for the Government* |

# VOLUME 1

| Document | Filing Date | D. Ct. Dkt. No. | ER No. |
|---|---|---|---|
| Final Judgment | 08/23/2022 | 819 | 2 |
| Remedies Opinion | 08/05/2022 | 817 | 6 |
| Order (1) Granting in Part and Denying in Part Plaintiffs' Motions Seeking Clarification or Modification of the Preliminary Injunction and Clarification Order; (2) Converting Preliminary Injunction Into a Permanent Injunction; and (3) Denying Plaintiffs' Request for Oversight | 08/05/2022 | 816 | 35 |
| Order (1) Granting in Part and Denying in Part Plaintiffs' Motion for Summary Judgment; (2) Granting in Part and Denying in Part Defendants' Cross-Motion for Summary Judgment; and (3) Requiring Supplemental Briefing | 09/02/2021 | 742 | 84 |
| Temporary Restraining Order Against the Application of the Final Rule Entitled Asylum Eligibility and Procedural Modifications, 85 Fed. Reg. 82,260 (Dec. 17, 2020) | 01/18/2021 | 671 | 129 |
| Order Granting Plaintiffs' Motion for Clarification of the Preliminary Injunction | 10/30/2020 | 605 | 139 |
| Order Granting Plaintiffs' Motion for Class Certification | 08/06/2020 | 513 | 164 |
| Order (1) Granting Plaintiffs' Motion for Provisional Class Certification | 11/19/2019 | 330 | 182 |

| | | | |
|---|---|---|---|
| and (2) Granting Plaintiffs' Motion for Preliminary Injunction Against the Application of the Interim Final Rule Entitled Asylum Eligibility and Procedural Modifications, 84 Fed. Reg. 33,829 (July 16, 2019) | | | |
| Amended Order Granting in Part and Denying in Part Defendants' Motion to Dismiss the Second Amended Complaint | 08/02/2019 | 280 | 218 |

## VOLUME 2

| Document | Filing Date | D. Ct. Dkt. No. | ER No. |
|---|---|---|---|
| Plaintiffs' Notice of Cross-Appeal | 11/04/2022 | 826 | 303 |
| Government's Notice of Appeal | 10/21/2022 | 822 | 304 |
| Defendants' Notice of Administrative Action | 11/02/2021 | 775 | 309 |
| Memorandum from Troy A. Miller, Acting Commissioner, U.S. Customs and Border Protection, "Guidance for Management and Processing of Undocumented Noncitizens at Southwest Border Land Ports of Entry" (Nov. 1, 2021)<br><br>*Exhibit 1 to Defendants' Notice of Administrative Action* | 11/02/2021 | 775-1 | 313 |
| Memorandum from Alejandro N. Mayorkas, Secretary of Homeland Security, "Rescission of June 5, 2018, *Prioritization-Based Queue* | 11/02/2021 | 775-2 | 317 |

2

| | | | |
|---|---|---|---|
| *Management* Memorandum" (Nov. 1, 2021)<br><br>*Exhibit 2 to Defendants' Notice of Administrative Action* | | | |
| Joint Statement of Undisputed Facts Concerning the Parties' Cross-Motions for Summary Judgment | 11/02/2020 | 619 | 319 |
| Memorandum in Support of Defendants' Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment | 09/25/2020 | 563-1 | 427 |
| Decl. of Beverly Good, Acting Executive Director, Admissibility and Passenger Programs, Office of Field Operations, U.S. Customs and Border Protection<br><br>*Exhibit 1 to Defendants' Cross-Motion for Summary Judgment* | 09/25/2020 | 563-3 | 498 |
| Memorandum from Todd C. Owen, Executive Assistant Commissioner, Office of Field Operations, U.S. Customs and Border Protection, "Metering Guidance" (Apr. 27, 2018)<br><br>*Exhibit 2 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-4 | 515 |
| Memorandum from Kirstjen M. Nielsen, Secretary of Homeland Security, "Prioritization-Based Queue Management" (June 5, 2018) | 09/25/2020 | 563-5 | 517 |

| | | | |
|---|---|---|---|
| *Exhibit 3 to Defendants' Motion for Summary Judgment* | | | |
| U.S. Customs and Border Protection, "Claims of Fear: CBP Southwest Border and Claims of Credible Fear Total Apprehensions/Inadmissibles (FY2017 - FY2019)," https://www.cbp.gov/newsroom/stats/sw-border-migration/claims-fear<br><br>*Exhibit 4 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-6 | 521 |
| Memorandum from Mark A. Morgan, Acting Commissioner, U.S. Customs and Border Protection, "Prioritization-Based Queue Management" (Nov. 27, 2019)<br><br>*Exhibit 5 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-7 | 525 |
| U.S. Customs and Border Protection, Office of Field Operations – San Diego, "Tactical Division End of Year Report Fiscal Year 2016"<br><br>*Exhibit 10 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-12 | 532 |
| General Services Administration, "Fact Sheet: San Ysidro Port of Entry"<br><br>*Exhibit 11 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-13 | 577 |
| Email from Samuel B. Cleaves, "FW: Spike in CM/FAMU cases at Port of | 09/25/2020 | 563-16 | 580 |

4

| | | | |
|---|---|---|---|
| El Paso in month of September" (Sept. 14, 2016)<br><br>*Exhibit 14 to Defendants' Motion for Summary Judgment* | | | |
| Email from Oscar A. Parra, "INFLUX of detainees at Brownsville, Texas Port of Entry 10/03/16 @ 1800 hrs." (Oct. 3, 2016)<br><br>*Exhibit 23 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-25 | 583 |
| Email from Felipe Rojas, "Daily Snapshot of Laredo Field Office Immigration Case Processing - FAMU and UAC for Oct. 14, 2016" (Oct. 15, 2016)<br><br>*Exhibit 24 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-26 | 585 |
| Email from Sylvia Briones, "RE: ICE/ERO Traffic (Pending Placement) - Hidalgo POE" (Oct. 16, 2016)<br><br>*Exhibit 25 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-27 | 588 |
| Email from Sylvia Briones, "FW: Hidalgo Port of Entry- 10/25/2016 09:45 a.m." (Oct. 25, 2016)<br><br>*Exhibit 26 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-28 | 593 |

| Document | Filing Date | D. Ct. Dkt. No. | ER No. |
|---|---|---|---|
| Email from Michael W. Humphries, "FW: Pedestrian Pathway and temp staging area." (Oct. 10, 2016)<br><br>*Exhibit 27 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-29 | 596 |
| Email from George E. Campos, FW: ***Situational Awareness*** 20 Adult Male Haitian Nationals in Nogales AZ" (Oct. 19, 2016)<br><br>*Exhibit 28 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-30 | 598 |

# VOLUME 3

| Document | Filing Date | D. Ct. Dkt. No. | ER No. |
|---|---|---|---|
| Email from William K. Brooks, "FW: Pending Placement" (Oct. 25, 2016)<br><br>*Exhibit 29 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-31 | 602 |
| Email from Todd C. Owen, "FW: Two Urgent Issues" (Oct. 5, 2016)<br><br>*Exhibit 30 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-32 | 604 |
| U.S. Customs and Border Protection, Office of Field Operations, "Bullets for the Executive Assistant Commissioner: (Oct. 18, 2016)<br><br>*Exhibit 31 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-33 | 607 |

| | | | |
|---|---|---|---|
| U.S. Customs and Border Protection, "Southern Border Inadmissibility Processing Report for October 21, 2016"<br><br>*Exhibit 32 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-34 | 611 |
| Memorandum from John Roth, Inspector General, Office of Inspector General, Department of Homeland Security, "Investigation of Allegations Related to Temporary Holding Facilities and Non-Intrusive Inspection Equipment at U.S. Customs and Border Protection (OSC File No. DI-17-0368)"<br><br>*Exhibit 33 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-35 | 621 |
| Email from Frank S. Longoria, "FW: Meeting with INM" (Nov. 15, 2016)<br><br>*Exhibit 36 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-38 | 637 |
| Email from Enrique S. Tamayo, "FW: SWB Metering.pptx" (July 23, 2017)<br><br>*Exhibit 37 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-39 | 641 |
| Email from Kevin K. McAleenan, "FW: SWB Metering.pptx" (Nov. 18, 2016)<br><br>*Exhibit 38 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-40 | 643 |

| | | | |
|---|---|---|---|
| Email from Pete Romero Flores, "FW: CBP Migration CAT – COB 12/8/2016" (Dec. 8, 2016)<br><br>*Exhibit 42 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-44 | 646 |
| U.S. Customs and Border Protection, "Southwest Border Inadmissibles by Field Office FY 2018," https://www.cbp.gov/newsroom/stats/ofo-sw-border-inadmissibles<br><br>*Exhibit 46 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-48 | 649 |
| U.S. Customs and Border Protection, "Southwest Border Inadmissibles by Field Office FY 2018," https://www.cbp.gov/newsroom/stats/ofo-sw-border-inadmissibles<br><br>*Exhibit 47 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-49 | 655 |
| U.S. Customs and Border Protection, "Southwest Border Inadmissibles by Field Office FY 2018," https://www.cbp.gov/newsroom/stats/ofo-sw-border-inadmissibles<br><br>*Exhibit 48 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-50 | 661 |
| U.S. Customs and Border Protection, "Southwest Border Inadmissibles by Field Office FY 2018," https://www.cbp.gov/newsroom/stats/ofo-sw-border-inadmissibles | 09/25/2020 | 563-51 | 667 |

| | | | |
|---|---|---|---|
| *Exhibit 49 to Defendants' Motion for Summary Judgment* | | | |
| Email from Ray Provencio, "Cadence Calls - Supplemental Information" (Apr. 4, 2018)<br><br>*Exhibit 50 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-52 | 673 |
| Email from Rodney H. Harris, "RE: Leadership Cadence Call" (Apr. 3, 2018)<br><br>*Exhibit 51 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-53 | 675 |
| Email from Veronica J. Chavez, "FW: Emergency AEU support" (Apr. 18, 2018)<br><br>*Exhibit 52 to Defendants' Motion for Summary Judgment* | 09/25/2020 | 563-54 | 677 |
| Excerpts from the Transcript of the Deposition of Todd Owen (Dec. 13, 2019)<br><br>*Exhibit 10 to Plaintiffs' Motion for Summary Judgment* | 09/04/2020 | 535-12 | 680 |
| Email from Vona M. Rossilli, "FW: GOM transports from Shelters: (May 29, 2016)<br><br>*Exhibit 11 to Plaintiffs' Motion for Summary Judgment* | 09/30/2021<br><br>*Original sealed version filed 09/04/2020* | 767-9<br><br>*Original sealed version filed at 535-13* | 710 |
| Letter from Chiara Cardoletti-Carroll, Deputy Regional Representative for the USA & Caribbean, United | 09/04/2020 | 535-14 | 714 |

9

| | | | |
|---|---|---|---|
| Nations High Commissioner for Refugees (Oct. 6, 2016)<br><br>*Exhibit 12 to Plaintiffs' Motion for Summary Judgment* | | | |
| Excerpts from the Transcript of the Rule 30(b)(6) Deposition of U.S. Customs and Border Protection (Apr. 29, 2020)<br><br>*Exhibit 16 to Plaintiffs' Motion for Summary Judgment* | 10/13/2021<br><br>*Original sealed version filed 09/04/2020* | 772-4<br><br>*Original sealed version filed at 535-18* | 722 |
| Excerpts from the Transcript of the Deposition of Mariza Marin (May 28, 2020)<br><br>*Exhibit 17 to Plaintiffs' Motion for Summary Judgment* | 10/13/2021<br><br>*Original redacted version filed 09/04/2020* | 772-5<br><br>*Original redacted version filed at 535-19* | 734 |
| Memorandum from U.S. Customs and Border Protection, Office of Field Operations, Incident Management Division (July 13, 2017)<br><br>*Exhibit 33 to Plaintiffs' Motion for Summary Judgment* | 09/30/2021<br><br>*Original sealed version filed 09/04/2020* | 767-13<br><br>*Original sealed version filed at 535-35* | 753 |
| Email from John P. Wagner, "FW: Haitians arriving in Tijuana" (Sept. 13, 2016)<br><br>*Exhibit 50 to Plaintiffs' Motion for Summary Judgment* | 09/30/2021<br><br>*Original sealed version filed 09/04/2020* | 767-3<br><br>*Original sealed version filed at 535-52* | 762 |
| Email from Fernando A. Thome, "RE: **RF1** Please Provide Response by COB today" (Nov. 17, 2016) | 09/30/2021<br><br>*Original sealed* | 767-41 | 767 |

| Exhibit 74 to Plaintiffs' Motion for Summary Judgment | version filed 09/04/2020 | Original sealed version filed at 535-76 | |
|---|---|---|---|
| Email from Todd A. Hoffman, "RE: Increased Flow and Caravan Anticipated Arrival" (Apr. 25, 2018)<br><br>*Exhibit 81 to Plaintiffs' Motion for Summary Judgment* | 09/30/2021<br><br>*Original sealed version filed 09/04/2020* | 767-43<br><br>*Original sealed version filed at 535-83* | 771 |
| Excerpts from the Transcript of the Deposition of Samuel Cleaves (May 20, 2020)<br><br>*Exhibit 102 to Plaintiffs' Motion for Summary Judgment* | 10/13/2021<br><br>*Original redacted version filed 09/04/2020* | 772-9<br><br>*Original redacted version filed at 535-104* | 775 |

## VOLUME 4

| **Document** | **Filing Date** | **D. Ct. Dkt. No.** | **ER No.** |
|---|---|---|---|
| Second Amended Complaint | 11/13/2018 | 189 | 820 |
| District Court Docket | Retrieved 12/15/2022 | N/A | 925 |