Nos. 22-55988, 22-56036

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

AL OTRO LADO, INC., *et al.*,
                             *Pls.-Appellees/Cross-Appellants*,

v.

ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*,
                             *Defendants-Appellants/Cross-Appellees*,

and

The EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,
                             *Appellant/Cross-Appellee*.

_____

APPEAL FROM FINAL JUDGMENT OF THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA
No. 17-cv-02366-BAS-KSC

_____

**APPELLEES/CROSS-APPELLANTS' SUPPLEMENTAL EXCERPTS OF
RECORD INDEX VOLUME**

---

Stephen M. Medlock
Evan Miller
Rami Abdallah E. Rashmawi
VINSON & ELKINS LLP
2200 Pennsylvania Ave., N.W., Ste. 500 W.
Washington, DC 20036
(202) 639-6500

Baher Azmy
Angelo Guisado
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464

Ori Lev
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
(202) 263-3270

Matthew H. Marmolejo
MAYER BROWN LLP
333 S. Grand Ave., 47th Floor
Los Angeles, CA 90071
(213) 229-9500

*Additional Counsel listed inside cover*

Melissa Crow
CENTER FOR GENDER & REFUGEE STUDIES
1121 14th Street, N.W., Suite 200
Washington, DC 20005
(202) 355-4471

Neela Chakravartula
Anne Dutton
CENTER FOR GENDER & REFUGEE STUDIES
200 McAllister Street
San Francisco, CA 94102
(415) 565-4877

Katherine Melloy Goettel
Gianna Borroto
Suchita Mathur
AMERICAN IMMIGRATION COUNCIL
1331 G St NW, Suite 200
Washington, DC 20005
(202) 507-7552

Sarah Rich
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
(404) 521-6700

Rebecca Cassler
SOUTHERN POVERTY LAW CENTER
201 Saint Charles Avenue, Suite 2000
New Orleans, LA 70170
(504) 486-8982

*Counsel for Appellees/Cross Appellants*

# VOLUME 1 - PUBLIC

| Date | Description | Dkt. # | Page |
|---|---|---|---|
| Dec. 28, 2021 | Exhibit 2 to Pls.' Ex Parte Mot. for Emergency Injunctive Relief - Declaration of Roberto Doe | 786-02 | 1-SER-003 |
| Oct. 30, 2020 | Defendants' Reply In Support of Their Cross Mot. for Summ. J. and Opposition to Pls.' Mot. for Summ. J. | 611 | 1-SER-007 |
| Oct. 30, 2020 | Exhibit 1 to Pls.' Reply in Support of their Mot. for Summ. J. – OIG, *CBP Has Taken Steps to Limit Processing of Undocumented Aliens at Ports of Entry* (Oct. 27, 2020) | 610-02 | 1-SER-010 |
| Oct. 30, 2020 | Exhibit 3 to Pls.' Reply in Support of their Mot. for Summ. J. – Email from Todd Owen | 610-04; re-filed at 767-63 | 1-SER-049 |
| Oct. 30, 2020 | Exhibit 4 to Pls.' Reply in Support of their Mot. for Summ. J. – Email from Todd Hoffman | 610-05; re-filed at 767-64 | 1-SER-055 |
| Oct. 30, 2020 | Exhibit 5 to Pls.' Reply in Support of their Mot. for Summ. J. – Email from Pete Flores | 610-06; re-filed at 767-65 | 1-SER-059 |
| Oct. 30, 2020 | Exhibit 8 to Pls.' Reply in Support of their Mot. for Summ. J. – Email from Enriques Tamayo | 610-09; re-filed at 767-68 | 1-SER-064 |
| Oct. 30, 2020 | Exhibit 9 to Pls.' Reply in Support of their Mot. for Summ. J. – Email from Sidney Aki | 610-10; re-filed at 767-69 | 1-SER-070 |
| Oct. 30, 2020 | Exhibit 10 to Pls.' Reply in Support of their Mot. for Summ. J. – Email from Pete Flores | 610-11; re-filed at 767-70 | 1-SER-075 |
| Oct. 30, 2020 | Exhibit 14 to Pls.' Reply in Support of their Mot. for Summ. J. – Email from Moises Castillo | 610-15; re-filed at 767- | 1-SER-080 |

| Date | Description | Dkt. # | Page |
|---|---|---|---|
| Oct. 30, 2020 | Exhibit 16 to Pls.' Reply in Support of their Mot. for Summ. J. – OIG Memo re OSC Inquiry Metering Tecate POE | 610-17; re-filed at 767-74 | 1-SER-085 |
| Oct. 30, 2020 | Exhibit 17 to Pls.' Reply in Support of their Mot. for Summ. J. – Officer Report re Political Asylum | 610-18; re-filed at 767-75 | 1-SER-101 |
| Oct. 30, 2020 | Exhibit 19 to Pls.' Reply in Support of their Mot. for Summ. J. – Email from Pete Flores | 610-20; re-filed at 767-76 | 1-SER-104 |
| Oct. 30, 2020 | Exhibit 20 to Pls.' Reply in Support of their Mot. for Summ. J. – Email from Lorne Campbell | 610-21; re-filed at 767-77 | 1-SER-107 |
| Oct. 30, 2020 | Exhibit 21 to Pls.' Reply in Support of their Mot. for Summ. J. – Email from Tom Schneidau | 610-22; re-filed at 767-78 | 1-SER-110 |
| Oct. 30, 2020 | Exhibit 23 to Pls.' Reply in Support of their Mot. for Summ. J. – Email from Randy Howe | 610-24; re-filed at 767-79 | 1-SER-114 |
| Oct. 30, 2020 | Exhibit 24 to Pls.' Reply in Support of their Mot. for Summ. J. – Email from Robert Hood | 610-25; re-filed at 767-80 | 1-SER-118 |
| Oct. 30, 2020 | Exhibit 25 to Pls.' Reply in Support of their Mot. for Summ. J. – Email from Sidney Aki | 610-26; re-filed at 767-81 | 1-SER-121 |
| Oct. 30, 2020 | Exhibit 26 to Pls.' Reply in Support of their Mot. for Summ. J. – Email from Christine Schneider | 610-27; re-filed at 767-82 | 1-SER-125 |
| Oct. 30, 2020 | Exhibit 27 to Pls.' Reply in Support of their Mot. for Summ. J. – Email from Christine Schneider | 610-28; re-filed at 767-83 | 1-SER-128 |
| Oct. 30, 2020 | Exhibit 28 to Pls.' Reply in Support of their Mot. for Summ. J. – Email from Robert Kapczynski | 610-29; re-filed at 767-84 | 1-SER-131 |

| Date | Description | Dkt. # | Page |
| --- | --- | --- | --- |
| Oct. 30, 2020 | Exhibit 29 to Pls.' Reply in Support of their Mot. for Summ. J. – Email from Christine Schneider | 610-30; re-filed at 767-85 | 1-SER-134 |
| Oct. 30, 2020 | Exhibit 30 to Pls.' Reply in Support of their Mot. for Summ. J. – Email from Christine Schneider | 610-31; re-filed at 767-86 | 1-SER-137 |
| Oct. 30, 2020 | Exhibit 31 to Pls.' Reply in Support of their Mot. for Summ. J. – Email from Sidney Aki | 610-32; re-filed at 767-87 | 1-SER-140 |
| Sept. 4, 2020 | Exhibit 1 to Pls.' Mot. for Summ. J. – Excerpt of Deposition of Whistle-blower | 535-03 | 1-SER-146 |
| Sept. 4, 2020 | Exhibit 2 to Pls.' Mot. for Summ. J. – Email from William Haralson | 535-04 | 1-SER-166 |
| Sept. 4, 2020 | Exhibit 10 to Pls.' Mot. for Summ. J. – Excerpt of Deposition of Todd Owen | 535-12 | 1-SER-169 |
| Sept. 4, 2020 | Exhibit 13 to Pls.' Mot. for Summ. J. – Email from Alberto Flores | 535-15; re-filed at 767-10 | 1-SER-198 |
| Sept. 4, 2020 | Exhibit 19 to Pls.' Mot. for Summ. J. – OIG, *Investigation of Alleged Violations of Immigration Laws at the Tecate, California, Port of Entry by U.S. Customs and Border Protection Personnel* (Sept. 26, 2019) | 535-21 | 1-SER-204 |
| Sept. 4, 2020 | Exhibit 20 to Pls.' Mot. for Summ. J. – Expert Report of Stephanie Leutert | 535-22 | 1-SER-224 |
| Sept. 4, 2020 | Exhibit 33 to Pls.' Mot. for Summ. J. – Memo re CBP Southwest Border Migration Surge – Asylum Issue (July 13, 2017) | 535-35; re-filed at 767-13 | 1-SER-240 |

3

| Date | Description | Dkt. # | Page |
|---|---|---|---|
| Sept. 4, 2020 | Exhibit 34 to Pls.' Mot. for Summ. J. – Email from Todd Owen | 535-36; re-filed at 767-14 | 1-SER-249 |
| Sept. 4, 2020 | Exhibit 39 to Pls.' Mot. for Summ. J. – Email from Todd Owen | 535-41; re-filed at 767-16 | 1-SER-253 |
| Sept. 4, 2020 | Exhibit 41 to Pls.' Mot. for Summ. J. – Email from Robert Hood | 535-43; re-filed at 767-18 | 1-SER-257 |

**VOLUME 2 - PUBLIC**

| Date | Description | Dkt. # | Page |
|---|---|---|---|
| Sept. 4, 2020 | Exhibit 42 to Pls.' Mot. for Summ. J. – Email from Moises Castillo | 535-44; refiled at 767-19 | 2-SER-265 |
| Sept. 4, 2020 | Exhibit 43 to Pls.' Mot. for Summ. J. – Email from Moises Castillo | 535-45; refiled at 767-20 | 2-SER-268 |
| Sept. 4, 2020 | Exhibit 45 to Pls.' Mot. for Summ. J. – Email from Moises Castillo | 535-47; refiled at 767-22 | 2-SER-273 |
| Sept. 4, 2020 | Exhibit 46 to Pls.' Mot. for Summ. J. – Email from Sidney Aki | 535-48; refiled at 767-23 | 2-SER-277 |
| Sept. 4, 2020 | Exhibit 52 to Pls.' Mot. for Summ. J. – Memo to Kevin McAleenan | 535-54; refiled at 767-26 | 2-SER-283 |
| Sept. 4, 2020 | Exhibit 55 to Pls.' Mot. for Summ. J. – Email from Jaye Williams | 535-57; refiled at 767-28 | 2-SER-292 |

| Date | Description | Dkt. # | Page |
|---|---|---|---|
| Sept. 4, 2020 | Exhibit 56 to Pls.' Mot. for Summ. J. – Email from Pete Flores | 535-58; refiled at 767-29 | 2-SER-297 |
| Sept. 4, 2020 | Exhibit 57 to Pls.' Mot. for Summ. J. – Email from James Hutton | 535-59; refiled at 767-30 | 2-SER-304 |
| Sept. 4, 2020 | Exhibit 58 to Pls.' Mot. for Summ. J. – Email from Pete Flores | 535-60; refiled at 767-31 | 2-SER-315 |
| Sept. 4, 2020 | Exhibit 59 to Pls.' Mot. for Summ. J. – Email from Gloria Chavez | 535-61; refiled at 767-31 | 2-SER-320 |
| Sept. 4, 2020 | Exhibit 61 to Pls.' Mot. for Summ. J. – Email from Frank McKinnis | 535-63; refiled at 767- | 2-SER-324 |
| Sept. 4, 2020 | Exhibit 63 to Pls.' Mot. for Summ. J. – Matt Flegenheimer and Michael Barbaro, *Donald Trump Is Elected President in Stunning Repudiation of the Establishment,* New York Times, Nov. 9, 2016 | 535-65 | 2-SER-331 |
| Sept. 4, 2020 | Exhibit 67 to Pls.' Mot. for Summ. J. – Email from Kevin McAleenan | 535-69; refiled at 767-38 | 2-SER-338 |
| Sept. 4, 2020 | Exhibit 71 to Pls.' Mot. for Summ. J. – Email from Joe Agostini | 535-73; refiled at 767-39 | 2-SER-341 |
| Sept. 4, 2020 | Exhibit 76 to Pls.' Mot. for Summ. J. – Email from David Atkinson | 535-78 | 2-SER-345 |
| Sept. 4, 2020 | Exhibit 79 to Pls.' Mot. for Summ. J. – Email from William Haralson | 535-81 | 2-SER-369 |
| Sept. 4, 2020 | Exhibit 82 to Pls.' Mot. for Summ. J. – Email from Todd Owen | 535-84 | 2-SER-390 |

| Date | Description | Dkt. # | Page |
|---|---|---|---|
| Sept. 4, 2020 | Exhibit 84 to Pls.' Mot. for Summ. J. – Email from Robert Hood | 535-86; refiled at 767-44 | 2-SER-393 |
| Sept. 4, 2020 | Exhibit 85 to Pls.' Mot. for Summ. J. – Email from Christian Cavillo | 535-87; refiled at 767-45 | 2-SER-398 |
| Sept. 4, 2020 | Exhibit 86 to Pls.' Mot. for Summ. J. – Email from Christian Cavillo | 535-88; refiled at 767-46 | 2-SER-403 |
| Sept. 4, 2020 | Exhibit 87 to Pls.' Mot. for Summ. J. – Presentation, *U.S. Customs and Border Protection Migration Crisis Action Team* (Apr. 29, 2018) | 535-89; refiled at 767-47 | 2-SER-408 |
| Sept. 4, 2020 | Exhibit 88 to Pls.' Mot. for Summ. J. – Email from Kevin McAleenan | 535-90; refiled at 767-48 | 2-SER-415 |
| Sept. 4, 2020 | Exhibit 93 to Pls.' Mot. for Summ. J. – Email from Sidney Aki | 535-95; refiled at 767-06 | 2-SER-418 |
| Sept. 4, 2020 | Exhibit 94 to Pls.' Mot. for Summ. J. – Email from Ray Provencio | 535-96; refiled at 767-50 | 2-SER-422 |
| Sept. 4, 2020 | Exhibit 95 to Pls.' Mot. for Summ. J. – Email from Guadalupe Ramirez | 535-97; refiled at 767-51 | 2-SER-427 |
| Sept. 4, 2020 | Exhibit 96 to Pls.' Mot. for Summ. J. – Email from Kevin McAleenan | 535-98; refiled at 767-04 | 2-SER-430 |
| Sept. 4, 2020 | Exhibit 99 to Pls.' Mot. for Summ. J. – Email from Frank Longoria | 535-101; refiled at 767-53 | 2-SER-434 |

| Date | Description | Dkt. # | Page |
|---|---|---|---|
| Sept. 4, 2020 | Exhibit 103 to Pls.' Mot. for Summ. J. – Excerpt of Deposition of Stephanie Leutert | 535-105 | 2-SER-438 |
| Sept. 4, 2020 | Exhibit 104 to Pls.' Mot. for Summ. J. – Email from Bradd Skinner | 535-106; refiled at 767-55 | 2-SER-448 |
| Sept. 4, 2020 | Exhibit 113 to Pls.' Mot. for Summ. J. – Excerpt of Deposition of Erica Pinheiro | 535-115 | 2-SER-453 |
| Sept. 4, 2020 | Exhibit 114 to Pls.' Mot. for Summ. J. – NPR, *A Father and Daughter Who Drowned at the Border Put Attention on Immigration* (June 26, 2019) | 535-116 | 2-SER-479 |
| Sept. 4, 2020 | Exhibit 115 to Pls.' Mot. for Summ. J. – Excerpts of Plaintiffs' Consolidated Answers and Objections to Defendants' First Sets of Interrogatories to All Plaintiffs | 535-117; refiled at 767-58 | 2-SER-494 |
| Sept. 4, 2020 | Exhibit 116 to Pls.' Mot. for Summ. J. – Exhibit 51 to the Dec. 13, 2019 Deposition of Todd Owen | 535-118 | 2-SER-501 |

### VOLUME 3 - SEALED

| Date | Description | Dkt. # | Page |
|---|---|---|---|
| Oct. 30, 2020 | Exhibit 15 to Pls.' Reply in Support of their Mot. for Summ. J. – Email from Nicole Ramos | 610-16 | 3-SER-506 |
| Oct. 30, 2020 | Exhibit 18 to Pls.' Reply in Support of their Mot. for Summ. J. – Case Summary Report | 610-19 | 3-SER-514 |
| Oct. 30, 2020 | Exhibit 22 to Pls.' Reply in Support of their Mot. for Summ. J. – OIG Memo re OSC Inquiry Metering Tecate POE | 610-23 | 3-SER-519 |

| Date | Description | Dkt. # | Page |
|---|---|---|---|
| Oct. 30, 2020 | Exhibit 38 to Pls.' Reply in Support of their Mot. for Summ. J. – Excerpts of Merits Expert Report of Stephanie Leutert | 610-39 | 3-SER-535 |
| Sept. 4, 2020 | Exhibit 3 to Pls.' Mot. for Summ. J. – Excerpt of Deposition of David Atkinson | 535-05 | 3-SER-551 |
| Sept. 4, 2020 | Exhibit 4 to Pls.' Mot. for Summ. J. – Excerpt of Deposition of Randy Howe as 30(b)(6) Representative of U.S. Customs and Border Protection | 535-06 | 3-SER-569 |
| Sept. 4, 2020 | Exhibit 6 to Pls.' Mot. for Summ. J. – Email from Todd Owen | 535-08 | 3-SER-597 |
| Sept. 4, 2020 | Exhibit 8 to Pls.' Mot. for Summ. J. – U.S. Customs and Border Protection, Office of Professional Responsibility, *Report of Investigation* (Oct. 23, 2018) | 535-10 | 3-SER-600 |
| Sept. 4, 2020 | Exhibit 12 to Pls.' Mot. for Summ. J. – Letter from Chiara Cardoletti-Carroll, UNHCR, to René Hanna, U.S. Customs and Border Protection | 535-14 | 3-SER-639 |
| Sept. 4, 2020 | Exhibit 14 to Pls.' Mot. for Summ. J. – Excerpt of Deposition of Rodney Harris | 535-16 | 3-SER-645 |
| Sept. 4, 2020 | Exhibit 15 to Pls.' Mot. for Summ. J. – Separation of Asylum-Seeking Parents from Children, Memorandum of Record (Sept. 12, 2018) | 535-17 | 3-SER-673 |
| Sept. 4, 2020 | Exhibit 17 to Pls.' Mot. for Summ. J. – Excerpt of Deposition of Mariza Marin | 535-19 | 3-SER-684 |

## VOLUME 4 - SEALED

| Date | Description | Dkt. # | Page |
|---|---|---|---|
| Sept. 4, 2020 | Exhibit 21 to Pls.' Mot. for Summ. J. – Fed. R. Evid. 1006 Summary Exhibit on San Ysidro POE | 535-23 | 4-SER-726 |
| Sept. 4, 2020 | Exhibit 22 to Pls.' Mot. for Summ. J. – Fed. R. Evid. 1005 Summary Exhibit on Calexico POE | 535-24 | 4-SER-745 |
| Sept. 4, 2020 | Exhibit 23 to Pls.' Mot. for Summ. J. – Fed. R. Evid. 1006 Summary Exhibit on Otay Mesa | 535-25 | 4-SER-764 |
| Sept. 4, 2020 | Exhibit 24 to Pls.' Mot. for Summ. J. – Fed. R. Evid. 1006 Summary Exhibit on El Paso POE | 535-26 | 4-SER-783 |
| Sept. 4, 2020 | Exhibit 25 to Pls.' Mot. for Summ. J. – Fed. R. Evid. 1006 Summary Exhibit on Laredo POE | 535-27 | 4-SER-796 |
| Sept. 4, 2020 | Exhibit 29 to Pls.' Mot. for Summ. J. – Email from Robert Hood | 535-31 | 4-SER-812 |
| Sept. 4, 2020 | Exhibit 38 to Pls.' Mot. for Summ. J. – Email from Robert Hood | 535-40 | 4-SER-816 |
| Sept. 4, 2020 | Exhibit 54 to Pls.' Mot. for Summ. J. – Email from Ray Provencio | 535-56 | 4-SER-820 |
| Sept. 4, 2020 | Exhibit 64 to Pls.' Mot. for Summ. J. – Excerpt of Deposition of Scott Glabe as 30(b)(6) Representative of U.S. Dep't of Homeland Security | 535-66 | 4-SER-824 |
| Sept. 4, 2020 | Exhibit 68 to Pls.' Mot. for Summ. J. – Email from Kevin McAleenan | 535-70 | 4-SER-837 |
| Sept. 4, 2020 | Exhibit 69 to Pls.' Mot. for Summ. J. – Email from Kevin McAleenan | 535-71 | 4-SER-840 |
| Sept. 4, 2020 | Exhibit 70 to Pls.' Mot. for Summ. J. – Email from William Brooks | 535-72 | 4-SER-843 |

| Date | Description | Dkt. # | Page |
|---|---|---|---|
| Sept. 4, 2020 | Exhibit 83 to Pls.' Mot. for Summ. J. – Email from Todd Hoffman | 535-85 | 4-SER-846 |
| Sept. 4, 2020 | Exhibit 89 to Pls.' Mot. for Summ. J. – Email from Carlos Gonzalez | 535-91 | 4-SER-849 |
| Sept. 4, 2020 | Exhibit 98 to Pls.' Mot. for Summ. J. – Memo from Kirstjen Nielsen to Kevin McAleenan | 535-01 | 4-SER-863 |
| Sept. 4, 2020 | Exhibit 100 to Pls.' Mot. for Summ. J. – Excerpt of Deposition of Frank Longoria | 535-102 | 4-SER-868 |
| Sept. 4, 2020 | Exhibit 102 to Pls.' Mot. for Summ. J. – Excerpt of Deposition of Samuel Cleaves | 535-104 | 4-SER-885 |
| Sept. 4, 2020 | Exhibit 105 to Pls.' Mot. for Summ. J. – Email from Carl Campbell | 535-107 | 4-SER-895 |
| Sept. 4, 2020 | Exhibit 109 to Pls.' Mot. for Summ. J. – Email from Todd Owen | 535-111 | 4-SER-898 |
| Sept. 4, 2020 | Exhibit 110 to Pls.' Mot. for Summ. J. – Email from Pete Flores | 535-112 | 4-SER-903 |
| Sept. 4, 2020 | Exhibit 111 to Pls.' Mot. for Summ. J. – Email from Pete Flores | 535-113 | 4-SER-907 |
| Sept. 4, 2020 | Exhibit 112 to Pls.' Mot. for Summ. J. – Email from Mariza Marin | 535-114 | 4-SER-913 |