UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 02 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AL OTRO LADO, a California corporation; et al.,<br><br>　　　　Plaintiffs – Appellees/<br>　　　　Cross-Appellants,<br><br>　v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>　　　　Appellant/<br>　　　　Cross-Appellee,<br><br>and<br><br>ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al.,<br><br>　　　　Defendants – Appellants/<br>　　　　Cross-Appellees. | Nos. 22-55988, 22-56036<br><br>D.C. No. 3:17-cv-02366-BAS-KSC<br>U.S. District Court for Southern California, San Diego<br><br>**ORDER** |

　　The amicus brief submitted by Haitian Bridge Alliance, Ira Kurzban and Irwin Stotzky on February 28, 2023 is filed.

　　Within 7 days of this order, amici curiae are ordered to file 6 copies of the brief in paper format with green covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted

electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kevin Wing Gee
Deputy Clerk
Ninth Circuit Rule 27-7