# EXHIBIT B

Nos. 22-55988, 22-56036

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

_____

AL OTRO LADO, INC., *et al.*,

*Pls.-Appellees/Cross-Appellants*,

v.

ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*,

*Defendants-Appellants/Cross-Appellees*,

and

The EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

*Appellant/Cross-Appellee*.

_____

APPEAL FROM FINAL JUDGMENT OF THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA
No. 17-cv-02366-BAS-KSC

_____

## APPELLEES/CROSS-APPELLANTS' SUPPLEMENTAL EXCERPTS OF
## RECORD – VOLUME 4 UNDER SEAL

Stephen M. Medlock
Evan Miller
Rami Abdallah E. Rashmawi
VINSON & ELKINS LLP
2200 Pennsylvania Ave., N.W., Ste. 500 W.
Washington, DC 20036
(202) 639-6500

Baher Azmy
Angelo Guisado
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464

Ori Lev
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
(202) 263-3270

Matthew H. Marmolejo
MAYER BROWN LLP
333 S. Grand Ave., 47th Floor
Los Angeles, CA 90071
(213) 229-9500

*Additional Counsel listed inside cover*

Melissa Crow
CENTER FOR GENDER & REFUGEE STUDIES
1121 14th Street, N.W., Suite 200
Washington, DC 20005
(202) 355-4471

Neela Chakravartula
Anne Dutton
CENTER FOR GENDER & REFUGEE STUDIES
200 McAllister Street
San Francisco, CA 94102
(415) 565-4877

Katherine Melloy Goettel
Gianna Borroto
Suchita Mathur
AMERICAN IMMIGRATION COUNCIL
1331 G St NW, Suite 200
Washington, DC 20005
(202) 507-7552

Sarah Rich
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
(404) 521-6700

Rebecca Cassler
SOUTHERN POVERTY LAW CENTER
201 Saint Charles Avenue, Suite 2000
New Orleans, LA 70170
(504) 486-8982

*Counsel for Appellees/Cross Appellants*

1  MAYER BROWN LLP
      Matthew H. Marmolejo (CA Bar No. 242964)
2      *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4      Ori Lev (DC Bar No. 452565)
      (*pro hac vice*)
5      *olev@mayerbrown.com*
      Stephen M. Medlock (VA Bar No. 78819)
6      (*pro hac vice*)
      *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:   +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10     Melissa Crow (DC Bar No. 453487)
      (*pro hac vice*)
11     *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*
15
                 **UNITED STATES DISTRICT COURT**
16
                 **SOUTHERN DISTRICT OF CALIFORNIA**
17

18 Al Otro Lado, Inc., *et al.*,                Case No.:  17-cv-02366-BAS-KSC

19                         Plaintiffs,          **EXHIBIT 21 IN SUPPORT OF
                                                PLAINTIFFS' MEMORANDUM OF**
20        v.                                    **POINTS AND AUTHORITIES IN
                                                SUPPORT OF THEIR MOTION**
21 Chad F. Wolf,[1] *et al.*,                   **FOR SUMMARY JUDGMENT**

22                         Defendants.
                                                **FILED UNDER SEAL**
23

24

25

26

27 ─────────────────
   [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary
28 McAleenan pursuant to Fed. R. Civ. P. 25(d).

                                                EXHIBIT 21 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
                                                POINTS AND AUTHORITIES IN SUPPORT OF THEIR
                                                MOTION FOR SUMMARY JUDGMENT

1

2   CENTER FOR CONSTITUTIONAL RIGHTS
        Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3       *bazmy@ccrjustice.org*
        Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4       *gschwarz@ccrjustice.org*
        Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5       *aguisado@ccrjustice.org*
    666 Broadway, 7th Floor
6   New York, NY 10012
    Telephone: +1.212.614.6464
7   Facsimile: +1.212.614.6499

8
    SOUTHERN POVERTY LAW CENTER
9       Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
        *sarah.rich@splcenter.org*
10      Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
        *rebecca.cassler@splcenter.org*
11  150 E. Ponce de Leon Ave., Suite 340
    Decatur, GA 30030
12  Telephone: +1.404.521.6700
    Facsimile: +1.404.221.5857
13

14  AMERICAN IMMIGRATION COUNCIL
        Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15      *kwalters@immcouncil.org*
16  1331 G St. NW, Suite 200
    Washington, D.C. 20005
17  Telephone: +1.202.507.7523
    Facsimile: +1.202.742.5619
18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 21 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

4-SER-727

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

### San Ysidro Port of Entry: Impact to Port Operations

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| June 16, 2018 | 63% | No impact | AOL-DEF-00037621 |
| June 17, 2018 | 63% | No impact | AOL-DEF-00028028 |
| June 18, 2018 | 66% | No impact | AOL-DEF-00374755 |
| June 19, 2018 | 75% | No impact | AOL-DEF-00047974 |
| June 20, 2018 | 77% | No impact | AOL-DEF-00517099 |
| June 21, 2018 | 80% | No impact | AOL-DEF-00736882 |
| June 22, 2018 | 76% | No impact | AOL-DEF-00517095 |
| June 23, 2018 | 76% | No impact | AOL-DEF-00256996 |
| June 24, 2018 | 75% | No impact | AOL-DEF-00074302 |
| June 25, 2018 | 78% | No impact | AOL-DEF-00517097 |
| June 26, 2018 | Not listed[1] | Not listed | AOL-DEF-00600153 |
| June 27, 2018 | 75% | No impact | AOL-DEF-00257183 |
| June 28, 2018 | 75% | No impact | AOL-DEF-00517105 |
| June 29, 2018 | 76% | No impact | AOL-DEF-00517103 |
| June 30, 2018 | 81% | No impact | AOL-DEF-00257002 |
| July 1, 2018 | 81% | No impact | AOL-DEF-00517101 |
| July 2, 2018 | 69% | No impact | AOL-DEF-00257004 |
| July 3, 2018 | 76% | No impact | AOL-DEF-00257019 |
| July 4, 2018 | 78% | No impact | AOL-DEF-00257006 |
| July 5, 2018 | 75% | No impact | AOL-DEF-00257008 |

---

[1] "Not listed" means that none of the reports produced for a given date contain data regarding the San Ysidro

**EXHIBIT**
**200**

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| July 6, 2018 | 76% | No impact | AOL-DEF-00257017 |
| July 7, 2018 | 85% | No impact | AOL-DEF-00257072 |
| July 8, 2018 | 83% | No impact | AOL-DEF-00257074 |
| July 9, 2018 | 76% | No impact | AOL-DEF-00257082 |
| July 10, 2018 | 75% | No impact | AOL-DEF-00257078 |
| July 11, 2018 | 76% | No impact | AOL-DEF-00257084 |
| July 12, 2018 | 72% | No impact | AOL-DEF-00257080 |
| July 13, 2018 | 72% | No impact | AOL-DEF-00257088 |
| July 14, 2018 | 76% | No impact | AOL-DEF-00257086 |
| July 15, 2018 | 78% | No impact | AOL-DEF-00257090 |
| July 16, 2018 | 73% | No impact | AOL-DEF-00768937 |
| July 17, 2018 | 71% | No impact | AOL-DEF-00257092 |
| July 18, 2018 | 76% | No impact | AOL-DEF-00257094 |
| July 19, 2018 | 72% | No impact | AOL-DEF-00257100 |
| July 20, 2018 | 68% | No impact | AOL-DEF-00257102 |
| July 21, 2018 | 64% | No impact | AOL-DEF-00257098 |
| July 22, 2018 | 60% | No impact | AOL-DEF-00257096 |
| July 23, 2018 | 64% | No impact | AOL-DEF-00257109 |
| July 24, 2018 | 48% | No impact | AOL-DEF-00257111 |
| July 25, 2018 | 49% | No impact | AOL-DEF-00090800 |
| July 26, 2018 | 52% | No impact | AOL-DEF-00257115 |
| July 28, 2018 | 66% | No impact | AOL-DEF-00075863 |
| July 29, 2018 | 63% | No impact | AOL-DEF-00257117 |
| July 30, 2018 | 51% | No impact | AOL-DEF-00257121 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| July 31, 2018 | 57% | No impact | AOL-DEF-00257119 |
|---|---|---|---|
| August 1, 2018 | 64% | No impact | AOL-DEF-00257123 |
| August 2, 2018 | 63% | No impact | AOL-DEF-00736185 |
| August 3, 2018 | 61% | No impact | AOL-DEF-00600173 |
| August 4, 2018 | 66% | No impact | AOL-DEF-00257126 |
| August 5, 2018 | 67% | No impact | AOL-DEF-00351662 |
| August 6, 2018 | 57% | No impact | AOL-DEF-00090606 |
| August 7, 2018 | 56% | No impact | AOL-DEF-00257128 |
| August 8, 2018 | 75% | No impact | AOL-DEF-00257130 |
| August 9, 2018 | 59% | No impact | AOL-DEF-00257145 |
| August 10, 2018 | 72% | No impact | AOL-DEF-00257134 |
| August 11, 2018 | 70% | No impact | AOL-DEF-00257136 |
| August 12, 2018 | 67% | No impact | AOL-DEF-00257139 |
| August 13, 2018 | 75% | No impact | AOL-DEF-00257141 |
| August 14, 2018 | 57% | No impact | AOL-DEF-00257143 |
| August 15, 2018 | Not listed | Not listed | AOL-DEF-00802568 |
| August 16, 2018 | 24% | No impact | AOL-DEF-00257149 |
| August 17, 2018 | 35% | No impact | AOL-DEF-00257147 |
| August 18, 2018 | 30% | No impact | AOL-DEF-00257151 |
| August 19, 2018 | 43% | No impact | AOL-DEF-00256904 |
| August 20, 2018 | 45% | No impact | AOL-DEF-00257155 |
| August 21, 2018 | 42% | No impact | AOL-DEF-00257157 |
| August 22, 2018 | 42% | No impact | AOL-DEF-00256894 |
| August 23, 2018 | 43% | No impact | AOL-DEF-00256900 |

3

***Al Otro Lado, Inc., et al. v. Wolf, et al.***, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| August 24, 2018 | Not listed | Not listed | AOL-DEF-00802629 |
| August 25, 2018 | 44% | No impact | AOL-DEF-00256896 |
| August 26, 2018 | 45% | No impact | AOL-DEF-00256902 |
| August 27, 2018 | 56% | No impact | AOL-DEF-00256906 |
| August 28, 2018 | 41% | No impact | AOL-DEF-00075870 |
| August 29, 2018 | 49% | No impact | AOL-DEF-00256912 |
| August 30, 2018 | Not listed | Not listed | AOL-DEF-00803198 |
| August 31, 2018 | Not listed | Not listed | AOL-DEF-00803200 |
| September 1, 2018 | 80% | No impact | AOL-DEF-00256918 |
| September 2, 2018 | 69% | No impact | AOL-DEF-00074293 |
| September 3, 2018 | 86% | No impact | AOL-DEF-00256920 |
| September 4, 2018 | 71% | No impact | AOL-DEF-00090855 |
| September 5, 2018 | 70% | No impact | AOL-DEF-00256928 |
| September 6, 2018 | 52% | No impact | AOL-DEF-00256924 |
| September 7, 2018 | 79% | No impact | AOL-DEF-00256926 |
| September 8, 2018 | 75% | No impact | AOL-DEF-00256922 |
| September 9, 2018 | 70% | No impact | AOL-DEF-00256930 |
| September 10, 2018 | 82% | No impact | AOL-DEF-00256934 |
| September 11, 2018 | 74% | No impact | AOL-DEF-00256932 |
| September 12, 2018 | 78% | No impact | AOL-DEF-00074295 |
| September 13, 2018 | 78% | No impact | AOL-DEF-00256936 |
| September 14, 2018 | 85% | No impact | AOL-DEF-00256940 |
| September 15, 2018 | 87% | No impact | AOL-DEF-00351321 |
| September 16, 2018 | 78% | No impact | AOL-DEF-00256943 |

4

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| September 17, 2018 | 86% | No impact | AOL-DEF-00256938 |
|---|---|---|---|
| September 18, 2018 | 78% | No impact | AOL-DEF-00256945 |
| September 19, 2018 | 78% | No impact | AOL-DEF-00257185 |
| September 20, 2018 | 90% | No impact | AOL-DEF-00257187 |
| September 21, 2018 | 90% | No impact | AOL-DEF-00074338 |
| September 22, 2018 | 92% | No impact | AOL-DEF-00074332 |
| September 23, 2018 | 96% | No impact | AOL-DEF-00257189 |
| September 24, 2018 | 96% | No impact | AOL-DEF-00257191 |
| September 25, 2018 | 91% | No impact | AOL-DEF-00257195 |
| September 26, 2018 | 92% | No impact | AOL-DEF-00257193 |
| September 27, 2018 | Not listed | Not listed | AOL-DEF-00567469 |
| September 28, 2018 | 79% | No impact | AOL-DEF-00257601 |
| September 29, 2018 | 94% | No impact | AOL-DEF-00257431 |
| September 30, 2018 | Not listed | Not listed | AOL-DEF-00807179 |
| October 1, 2018 | 89% | No impact | AOL-DEF-00257603 |
| October 2, 2018 | 90% | No impact | AOL-DEF-00257609 |
| October 3, 2018 | 86% | No impact | AOL-DEF-00257605 |
| October 4, 2018 | 88% | No impact | AOL-DEF-00257607 |
| October 5, 2018 | 78% | No impact | AOL-DEF-00257611 |
| October 6, 2018 | 79% | No impact | AOL-DEF-00257613 |
| October 7, 2018 | 86% | No impact | AOL-DEF-00257617 |
| October 8, 2018 | 84% | No impact | AOL-DEF-00257615 |
| October 9, 2018 | 87% | No impact | AOL-DEF-00257197 |
| October 10, 2018 | 87% | No impact | AOL-DEF-00257205 |

5

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| October 11, 2018 | 87% | No impact | AOL-DEF-00257199 |
| October 12, 2018 | 84% | No impact | AOL-DEF-00257201 |
| October 13, 2018 | 87% | No impact | AOL-DEF-00351697 |
| October 14, 2018 | 86% | No impact | AOL-DEF-00257203 |
| October 15, 2018 | 82% | No impact | AOL-DEF-00257211 |
| October 16, 2018 | 81% | No impact | AOL-DEF-00257207 |
| October 17, 2018 | 83% | No impact | AOL-DEF-00257215 |
| October 18, 2018 | 81% | No impact | AOL-DEF-00257213 |
| October 19, 2018 | 90% | No impact | AOL-DEF-00257223 |
| October 20, 2018 | 79% | No impact | AOL-DEF-00257219 |
| October 21, 2018 | 80% | No impact | AOL-DEF-00257217 |
| October 22, 2018 | 82% | No impact | AOL-DEF-00257225 |
| October 23, 2018 | 74% | No impact | AOL-DEF-00257221 |
| October 24, 2018 | 87% | No impact | AOL-DEF-00257229 |
| October 25, 2018 | 76% | No impact | AOL-DEF-00257227 |
| October 26, 2018 | 76% | No impact | AOL-DEF-00257239 |
| October 27, 2018 | 92% | No impact | AOL-DEF-00257231 |
| October 28, 2018 | 95% | No impact | AOL-DEF-00257233 |
| October 29, 2018 | 90% | No impact | AOL-DEF-00257235 |
| October 30, 2018 | 79% | No impact | AOL-DEF-00257243 |
| October 31, 2018 | 84% | No impact | AOL-DEF-00257237 |
| November 1, 2018 | 74% | No impact | AOL-DEF-00768946 |
| November 2, 2018 | 77% | No impact | AOL-DEF-00074340 |
| November 3, 2018 | 81% | No impact | AOL-DEF-00257241 |

6

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| November 4, 2018 | 85% | No impact | AOL-DEF-00090925 |
|---|---|---|---|
| November 5, 2018 | 83% | No impact | AOL-DEF-00257245 |
| November 6, 2018 | 76% | No impact | AOL-DEF-00090927 |
| November 7, 2018 | 73% | No impact | AOL-DEF-00257247 |
| November 8, 2018 | 70% | No impact | AOL-DEF-00257249 |
| November 9, 2018 | 83% | No impact | AOL-DEF-00257251 |
| November 10, 2018 | 96% | No impact | AOL-DEF-00093397 |
| November 11, 2018 | 109% | No impact | AOL-DEF-00309972 |
| November 12, 2018 | 111% | No impact | AOL-DEF-00257255 |
| November 13, 2018 | 88% | No impact | AOL-DEF-00257257 |
| November 14, 2018 | 77% | No impact | AOL-DEF-00074342 |
| November 15, 2018 | 87% | No impact | AOL-DEF-00257261 |
| November 16, 2018 | 117% | No impact | AOL-DEF-00257271 |
| November 17, 2018 | 102% | No impact | AOL-DEF-00257259 |
| November 18, 2018 | 95% | No impact | AOL-DEF-00257263 |
| November 19, 2018 | 107% | No impact | AOL-DEF-00257265 |
| November 20, 2018 | 98% | No impact | AOL-DEF-00517172 |
| November 21, 2018 | 90% | No impact | AOL-DEF-00257269 |
| November 22, 2018 | 93% | No impact | AOL-DEF-00257273 |
| November 23, 2018 | 98% | No impact | AOL-DEF-00768948 |
| November 24, 2018 | 98% | No impact | AOL-DEF-00257288 |
| November 25, 2018 | 96% | No impact | AOL-DEF-00768950 |
| November 26, 2018 | 100% | No impact | AOL-DEF-00768954 |
| November 27, 2018 | 92% | No impact | AOL-DEF-00768952 |

7

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| November 28, 2018 | 91% | No impact | AOL-DEF-00257290 |
| November 29, 2018 | 90% | No impact | AOL-DEF-00517176 |
| November 30, 2018 | 102% | No impact | AOL-DEF-00257294 |
| December 1, 2018 | 93% | No impact | AOL-DEF-00517174 |
| December 2, 2018 | 110% | No impact | AOL-DEF-00257292 |
| December 3, 2018 | 95% | No impact | AOL-DEF-00257304 |
| December 4, 2018 | 92% | No impact | AOL-DEF-00257296 |
| December 5, 2018 | 85% | No impact | AOL-DEF-00768956 |
| December 6, 2018 | 96% | No impact | AOL-DEF-00257298 |
| December 7, 2018 | 99% | No impact | AOL-DEF-00257300 |
| December 8, 2018 | 98% | No impact | AOL-DEF-00517180 |
| December 9, 2018 | 86% | No impact | AOL-DEF-00517178 |
| December 10, 2018 | 99% | No impact | AOL-DEF-00257302 |
| December 11, 2018 | 92% | No impact | AOL-DEF-00257308 |
| December 12, 2018 | 90% | No impact | AOL-DEF-00257306 |
| December 13, 2018 | 94% | No impact | AOL-DEF-00257323 |
| December 14, 2018 | 94% | No impact | AOL-DEF-00768961 |
| December 15, 2018 | 93% | No impact | AOL-DEF-00517182 |
| December 16, 2018 | 94% | No impact | AOL-DEF-00517184 |
| December 17, 2018 | 97% | No impact | AOL-DEF-00257325 |
| December 18, 2018 | 95% | No impact | AOL-DEF-00762246 |
| December 19, 2018 | 96% | No impact | AOL-DEF-00257327 |
| December 20, 2018 | 97% | No impact | AOL-DEF-00768965 |
| December 21, 2018 | 97% | No impact | AOL-DEF-00257345 |

8

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| December 22, 2018 | 92% | No impact | AOL-DEF-00517190 |
|---|---|---|---|
| December 23, 2018 | 90% | No impact | AOL-DEF-00517186 |
| December 24, 2018 | 100% | No impact | AOL-DEF-00257343 |
| December 25, 2018 | 100% | No impact | AOL-DEF-00351879 |
| December 26, 2018 | 92% | No impact | AOL-DEF-00517188 |
| December 27, 2018 | 71% | No impact | AOL-DEF-00257351 |
| December 28, 2018 | 79% | No impact | AOL-DEF-00257347 |
| December 29, 2018 | 92% | No impact | AOL-DEF-00517194 |
| December 30, 2018 | 101% | No impact | AOL-DEF-00517192 |
| December 31, 2018 | 105% | No impact | AOL-DEF-00517196 |
| January 1, 2019 | 100% | No impact | AOL-DEF-00093554 |
| January 2, 2019 | 90% | No impact | AOL-DEF-00093563 |
| January 3, 2019 | 85% | No impact | AOL-DEF-00600947 |
| January 4, 2019 | 95% | No impact | AOL-DEF-00527975 |
| January 5, 2019 | 83% | No impact | AOL-DEF-00036631 |
| January 6, 2019 | 89% | No impact | AOL-DEF-00196408 |
| January 7, 2019 | 101% | No impact | AOL-DEF-00600550 |
| January 8, 2019 | 92% | No impact | AOL-DEF-00550244 |
| January 9, 2019 | 97% | No impact | AOL-DEF-00600862 |
| January 10, 2019 | Not listed | Not listed | AOL-DEF-00932689 |
| January 11, 2019 | Not listed | Not listed | AOL-DEF-00779369 |
| January 12, 2019 | 93% | No impact | AOL-DEF-00036571 |
| January 13, 2019 | 98% | No impact | AOL-DEF-00550472 |
| January 14, 2019 | 101% | No impact | AOL-DEF-00092938 |

9

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| January 15, 2019 | 99% | No impact | AOL-DEF-00092948 |
| January 16, 2019 | 98% | No impact | AOL-DEF-00092965 |
| January 17, 2019 | 101% | No impact | AOL-DEF-00092968 |
| January 18, 2019 | 96% | No impact | AOL-DEF-00092980 |
| January 19, 2019 | 100% | No impact | AOL-DEF-00092997 |
| January 20, 2019 | 100% | No impact | AOL-DEF-00093000 |
| January 21, 2019 | 99% | No impact | AOL-DEF-00093665 |
| January 22, 2019 | Not listed | Not listed | AOL-DEF-00916717 |
| January 23, 2019 | 96% | No impact | AOL-DEF-00093674 |
| January 24, 2019 | 96% | No impact | AOL-DEF-00093274 |
| January 25, 2019 | 93% | No impact | AOL-DEF-00083797 |
| January 26, 2019 | Not listed | Not listed | AOL-DEF-00916783 |
| January 27, 2019 | 104% | No impact | AOL-DEF-00093278 |
| January 28, 2019 | 98% | No impact | AOL-DEF-00093685 |
| January 29, 2019 | 88% | No impact | AOL-DEF-00523445 |
| January 30, 2019 | 87% | No impact | AOL-DEF-00523545 |
| January 31, 2019 | 102% | No impact | AOL-DEF-00093694 |
| February 1, 2019 | 88% | No impact | AOL-DEF-00093697 |
| February 2, 2019 | Not listed | Not listed | AOL-DEF-00916740 |
| February 3, 2019 | 97% | No impact | AOL-DEF-00093720 |
| February 4, 2019 | 102% | No impact | AOL-DEF-00093725 |
| February 5, 2019 | 94% | No impact | AOL-DEF-00083742 |
| February 6, 2019 | 94% | No impact | AOL-DEF-00083722 |
| February 7, 2019 | 88% | No impact | AOL-DEF-00093737 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| February 8, 2019 | 92% | No impact | AOL-DEF-00083619 |
| February 9, 2019 | 96% | No impact | AOL-DEF-00083685 |
| February 10, 2019 | 98% | No impact | AOL-DEF-00035032 |
| February 11, 2019 | 89% | No impact | AOL-DEF-00093753 |
| February 12, 2019 | 93% | No impact | AOL-DEF-00093761 |
| February 13, 2019 | 89% | No impact | AOL-DEF-00083623 |
| February 14, 2019 | 80% | No impact | AOL-DEF-00083680 |
| February 15, 2019 | 92% | No impact | AOL-DEF-00035030 |
| February 16, 2019 | 92% | No impact | AOL-DEF-00035027 |
| February 17, 2019 | 92% | No impact | AOL-DEF-00916970 |
| February 18, 2019 | 92% | No impact | AOL-DEF-00083579 |
| February 19, 2019 | 85% | No impact | AOL-DEF-00083554 |
| February 20, 2019 | 87% | No impact | AOL-DEF-00035021 |
| February 21, 2019 | 84% | No impact | AOL-DEF-00083710 |
| February 22, 2019 | 96% | No impact | AOL-DEF-00093797 |
| February 23, 2019 | 96% | No impact | AOL-DEF-00035018 |
| February 24, 2019 | 96% | No impact | AOL-DEF-00093803 |
| February 25, 2019 | 87% | No impact | AOL-DEF-00083457 |
| February 26, 2019 | 82% | No impact | AOL-DEF-00083727 |
| February 27, 2019 | 83% | No impact | AOL-DEF-00093812 |
| February 28, 2019 | 83% | No impact | AOL-DEF-00083516 |
| March 1, 2019 | 89% | No impact | AOL-DEF-00083445 |
| March 2, 2019 | 90% | No impact | AOL-DEF-00083454 |
| March 3, 2019 | 97% | No impact | AOL-DEF-00093866 |

11

***Al Otro Lado, Inc., et al. v. Wolf, et al.***, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| March 4, 2019 | 83% | No impact | AOL-DEF-00093869 |
| March 5, 2019 | 76% | No impact | AOL-DEF-00035046 |
| March 6, 2019 | 79% | No impact | AOL-DEF-00093892 |
| March 7, 2019 | 97% | No impact | AOL-DEF-00035038 |
| March 8, 2019 | 95% | No impact | AOL-DEF-00085096 |
| March 9, 2019 | 94% | No impact | AOL-DEF-00035041 |
| March 10, 2019 | 84% | No impact | AOL-DEF-00035076 |
| March 11, 2019 | 84% | No impact | AOL-DEF-00035057 |
| March 12, 2019 | 79% | No impact | AOL-DEF-00085243 |
| March 13, 2019 | 88% | No impact | AOL-DEF-00035052 |
| March 14, 2019 | 95% | No impact | AOL-DEF-00085252 |
| March 15, 2019 | 93% | No impact | AOL-DEF-00085037 |
| March 16, 2019 | 93% | No impact | AOL-DEF-00085045 |
| March 17, 2019 | 95% | No impact | AOL-DEF-00085034 |
| March 18, 2019 | 97% | No impact | AOL-DEF-00085040 |
| March 19, 2019 | 96% | No impact | AOL-DEF-00085083 |
| March 20, 2019 | 96% | No impact | AOL-DEF-00085072 |
| March 21, 2019 | 93% | No impact | AOL-DEF-00084965 |
| March 22, 2019 | 88% | No impact | AOL-DEF-00084880 |
| March 23, 2019 | 85% | No impact | AOL-DEF-00085004 |
| March 24, 2019 | 85% | No impact | AOL-DEF-00085014 |
| March 25, 2019 | 70% | No impact | AOL-DEF-00085031 |
| March 26, 2019 | 67% | No impact | AOL-DEF-00084860 |
| March 27, 2019 | 97% | No impact | AOL-DEF-00084869 |

12

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| March 28, 2019 | 92% | No impact | AOL-DEF-00035061 |
|---|---|---|---|
| March 30, 2019 | 83% | No impact | AOL-DEF-00084723 |
| March 31, 2019 | 95% | No impact | AOL-DEF-00084689 |
| April 1, 2019 | 99% | No impact | AOL-DEF-00084662 |
| April 2, 2019 | 92% | No impact | AOL-DEF-00084601 |
| April 3, 2019 | 85% | No impact | AOL-DEF-00084794 |
| April 4, 2019 | 83% | No impact | AOL-DEF-00084720 |
| April 5, 2019 | 77% | No impact | AOL-DEF-00084672 |
| April 6, 2019 | 92% | No impact | AOL-DEF-00084541 |
| April 7, 2019 | Not listed | Not listed | AOL-DEF-00588514 |
| April 8, 2019 | 101% | No impact | AOL-DEF-00084598 |
| April 9, 2019 | 99% | No impact | AOL-DEF-00084488 |
| April 10, 2019 | 93% | No impact | AOL-DEF-00084536 |
| April 11, 2019 | 96% | No impact | AOL-DEF-00084527 |
| April 12, 2019 | 84% | No impact | AOL-DEF-00365853 |
| April 13, 2019 | 87% | No impact | AOL-DEF-00365628 |
| April 14, 2019 | 86% | No impact | AOL-DEF-00084544 |
| April 15, 2019 | 95% | No impact | AOL-DEF-00084547 |
| April 16, 2019 | 94% | No impact | AOL-DEF-00365856 |
| April 17, 2019 | 93% | No impact | AOL-DEF-00365631 |
| April 18, 2019 | 92% | No impact | AOL-DEF-00365608 |
| April 19, 2019 | 97% | No impact | AOL-DEF-00365332 |
| April 20, 2019 | 97% | No impact | AOL-DEF-00084485 |
| April 21, 2019 | 90% | No impact | AOL-DEF-00365255 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| April 22, 2019 | 86% | No impact | AOL-DEF-00365619 |
| April 23, 2019 | 83% | No impact | AOL-DEF-00365370 |
| April 24, 2019 | 90% | No impact | AOL-DEF-00365778 |
| April 25, 2019 | Not listed | Not listed | N/A[2] |
| April 26, 2019 | 86% | No impact | AOL-DEF-00365611 |
| April 27, 2019 | 95% | No impact | AOL-DEF-00365258 |
| April 28, 2019 | 95% | No impact | AOL-DEF-00365622 |
| April 29, 2019 | 83% | No impact | AOL-DEF-00365038 |
| April 30, 2019 | 92% | No impact | AOL-DEF-00364993 |
| May 1, 2019 | 92% | No impact | AOL-DEF-00364613 |
| May 2, 2019 | Not listed | Not listed | AOL-DEF-00082281 |
| May 3, 2019 | 91% | No impact | AOL-DEF-00374848 |
| May 4, 2019 | Not listed | Not listed | N/A |
| May 5, 2019 | 86% | No impact | AOL-DEF-00364577 |
| May 6, 2019 | 97% | No impact | AOL-DEF-00364851 |
| May 7, 2019 | 100% | No impact | AOL-DEF-00523768 |
| May 8, 2019 | 83% | No impact | AOL-DEF-00364318 |
| May 9, 2019 | 89% | No impact | AOL-DEF-00523762 |
| May 10, 2019 | Not listed | Not listed | AOL-DEF-00082253 |
| May 11, 2019 | 90% | No impact | AOL-DEF-00364330 |
| May 12, 2019 | 87% | No impact | AOL-DEF-00364205 |
| May 13, 2019 | 84% | No impact | AOL-DEF-00364580 |
| May 14, 2019 | 84% | No impact | AOL-DEF-00364574 |

---

[2] "N/A" means that no report was produced for this date.

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| May 15, 2019 | 84% | No impact | AOL-DEF-00364487 |
| May 16, 2019 | 92% | No impact | AOL-DEF-00364490 |
| May 17, 2019 | 92% | No impact | AOL-DEF-00523765 |
| May 18, 2019 | 84% | No impact | AOL-DEF-00364528 |
| May 19, 2019 | 85% | No impact | AOL-DEF-00523759 |
| May 20, 2019 | Not listed | Not listed | N/A |
| May 21, 2019 | 85% | No impact | AOL-DEF-00084200 |
| May 22, 2019 | 95% | No impact | AOL-DEF-00084242 |
| May 23, 2019 | 97% | No impact | AOL-DEF-00084259 |
| May 24, 2019 | 88% | No impact | AOL-DEF-00364315 |
| May 25, 2019 | 95% | No impact | AOL-DEF-00084281 |
| May 26, 2019 | 98% | No impact | AOL-DEF-00084290 |
| May 27, 2019 | 93% | No impact | AOL-DEF-00084268 |
| May 28, 2019 | 93% | No impact | AOL-DEF-00084250 |
| May 29, 2019 | Not listed | Not listed | N/A |
| May 30, 2019 | 85% | No impact | AOL-DEF-00084256 |
| May 31, 2019 | Not listed | Not listed | N/A |
| June 1, 2019 | 88% | No impact | AOL-DEF-00084143 |
| June 2, 2019 | 93% | No impact | AOL-DEF-00084089 |
| June 3, 2019 | 93% | No impact | AOL-DEF-00084098 |
| June 4, 2019 | 98% | No impact | AOL-DEF-00084153 |
| June 5, 2019 | Not listed | Not listed | N/A |
| June 6, 2019 | 89% | No impact | AOL-DEF-00084040 |
| June 7, 2019 | 95% | No impact | AOL-DEF-00084179 |

15

**Al Otro Lado, Inc., et al. v. Wolf, et al.**, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| June 8, 2019 | 94% | No impact | AOL-DEF-00084132 |
| June 9, 2019 | 96% | No impact | AOL-DEF-00084025 |
| June 10, 2019 | 96% | No impact | AOL-DEF-00084176 |
| June 11, 2019 | Not listed | Not listed | N/A |
| June 12, 2019 | 92% | No impact | AOL-DEF-00084117 |
| June 13, 2019 | 87% | No impact | AOL-DEF-00084005 |
| June 14, 2019 | 95% | No impact | AOL-DEF-00084015 |
| June 15, 2019 | 98% | No impact | AOL-DEF-00083995 |
| June 16, 2019 | 102% | No impact | AOL-DEF-00084058 |
| June 17, 2019 | 96% | No impact | AOL-DEF-00083977 |
| June 18, 2019 | 91% | No impact | AOL-DEF-00084008 |
| June 19, 2019 | 104% | No impact | AOL-DEF-00362926 |
| June 20, 2019 | 96% | No impact | AOL-DEF-00084002 |
| June 21, 2019 | 85% | No impact | AOL-DEF-00083936 |
| June 22, 2019 | 104% | No impact | AOL-DEF-00083917 |
| June 23, 2019 | 102% | No impact | AOL-DEF-00083939 |
| June 24, 2019 | 104% | No impact | AOL-DEF-00523714 |
| June 25, 2019 | 102% | No impact | AOL-DEF-00083928 |
| June 26, 2019 | 98% | No impact | AOL-DEF-00523687 |
| June 27, 2019 | 101% | No impact | AOL-DEF-00523680 |
| June 28, 2019 | 98% | No impact | AOL-DEF-00523468 |
| June 29, 2019 | 100% | No impact | AOL-DEF-00523462 |
| June 30, 2019 | 103% | No impact | AOL-DEF-00035024 |
| July 1, 2019 | 98% | No impact | AOL-DEF-00083448 |

16

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| July 2, 2019 | 98% | No impact | AOL-DEF-00523370 |
| July 3, 2019 | 96% | No impact | AOL-DEF-00367412 |
| July 4, 2019 | 98% | No impact | AOL-DEF-00035055 |
| July 5, 2019 | 88% | No impact | AOL-DEF-00084595 |
| July 6, 2019 | 97% | No impact | AOL-DEF-00085153 |
| July 7, 2019 | 83% | No impact | AOL-DEF-00365210 |
| July 8, 2019 | 80% | No impact | AOL-DEF-00364694 |
| July 9, 2019 | 78% | No impact | AOL-DEF-00084336 |
| July 10, 2019 | 82% | No impact | AOL-DEF-00084191 |
| July 11, 2019 | 86% | No impact | AOL-DEF-00084052 |
| July 12, 2019 | 84% | No impact | AOL-DEF-00083956 |
| July 13, 2019 | 73% | No impact | AOL-DEF-00523457 |
| July 14, 2019 | 74% | No impact | AOL-DEF-00083442 |

17

MAYER BROWN LLP
   Matthew H. Marmolejo (CA Bar No. 242964)
   *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
   Ori Lev (DC Bar No. 452565)
   (*pro hac vice*)
   *olev@mayerbrown.com*
   Stephen M. Medlock (VA Bar No. 78819)
   (*pro hac vice*)
   *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
   Melissa Crow (DC Bar No. 453487)
   (*pro hac vice*)
   *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Al Otro Lado, Inc., *et al.*,

                    Plaintiffs,

          v.

Chad F. Wolf,[1] *et al.*,

                    Defendants.

Case No.:  17-cv-02366-BAS-KSC

**EXHIBIT 22 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

**FILED UNDER SEAL**

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 22 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

1

2  CENTER FOR CONSTITUTIONAL RIGHTS
       Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3      *bazmy@ccrjustice.org*
       Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4      *gschwarz@ccrjustice.org*
       Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5      *aguisado@ccrjustice.org*
6  666 Broadway, 7th Floor
   New York, NY 10012
7  Telephone: +1.212.614.6464
   Facsimile: +1.212.614.6499
8

9  SOUTHERN POVERTY LAW CENTER
       Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
       *sarah.rich@splcenter.org*
10     Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
       *rebecca.cassler@splcenter.org*
11 150 E. Ponce de Leon Ave., Suite 340
   Decatur, GA 30030
12 Telephone: +1.404.521.6700
   Facsimile: +1.404.221.5857
13

14 AMERICAN IMMIGRATION COUNCIL
       Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15     *kwalters@immcouncil.org*
16 1331 G St. NW, Suite 200
   Washington, D.C. 20005
17 Telephone: +1.202.507.7523
   Facsimile: +1.202.742.5619
18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 22 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

4-SER-746

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

### Calexico Port of Entry: Impact to Port Operations

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| June 16, 2018 | 21% | No impact | AOL-DEF-00037621 |
| June 17, 2018 | 80% | No impact | AOL-DEF-00028028 |
| June 18, 2018 | 74% | No impact | AOL-DEF-00374755 |
| June 19, 2018 | 74% | No impact | AOL-DEF-00047974 |
| June 20, 2018 | 55% | No impact | AOL-DEF-00517099 |
| June 21, 2018 | 75% | No impact | AOL-DEF-00736882 |
| June 22, 2018 | 75% | No impact | AOL-DEF-00517095 |
| June 23, 2018 | 60% | No impact | AOL-DEF-00256996 |
| June 24, 2018 | 64% | No impact | AOL-DEF-00074302 |
| June 25, 2018 | 81% | No impact | AOL-DEF-00517097 |
| June 26, 2018 | Not listed[1] | Not listed | AOL-DEF-00600153 |
| June 27, 2018 | 51% | No impact | AOL-DEF-00257183 |
| June 28, 2018 | 54% | No impact | AOL-DEF-00517105 |
| June 29, 2018 | 75% | No impact | AOL-DEF-00517103 |
| June 30, 2018 | 87% | No impact | AOL-DEF-00257002 |
| July 1, 2018 | 85% | No impact | AOL-DEF-00517101 |
| July 2, 2018 | 76% | No impact | AOL-DEF-00257004 |
| July 3, 2018 | 51% | No impact | AOL-DEF-00257019 |
| July 4, 2018 | 39% | No impact | AOL-DEF-00257006 |
| July 5, 2018 | 57% | No impact | AOL-DEF-00257008 |

---

[1] "Not listed" means that none of the reports produced for a given date contain data regarding Calexico.

**EXHIBIT**
**201**

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| July 6, 2018 | 52% | No impact | AOL-DEF-00257017 |
| July 7, 2018 | 54% | No impact | AOL-DEF-00257072 |
| July 8, 2018 | Not listed | No impact | AOL-DEF-00257074 |
| July 9, 2018 | 56% | No impact | AOL-DEF-00257082 |
| July 10, 2018 | 37% | No impact | AOL-DEF-00257078 |
| July 11, 2018 | 43% | No impact | AOL-DEF-00257084 |
| July 12, 2018 | 34% | No impact | AOL-DEF-00257080 |
| July 13, 2018 | 33% | No impact | AOL-DEF-00257088 |
| July 14, 2018 | 67% | No impact | AOL-DEF-00257086 |
| July 15, 2018 | 36% | No impact | AOL-DEF-00257090 |
| July 16, 2018 | 57% | No impact | AOL-DEF-00768937 |
| July 17, 2018 | 51% | No impact | AOL-DEF-00257092 |
| July 18, 2018 | 39% | No impact | AOL-DEF-00257094 |
| July 19, 2018 | 52% | No impact | AOL-DEF-00257100 |
| July 20, 2018 | 72% | No impact | AOL-DEF-00257102 |
| July 21, 2018 | 60% | No impact | AOL-DEF-00257098 |
| July 22, 2018 | 52% | No impact | AOL-DEF-00257096 |
| July 23, 2018 | 46% | No impact | AOL-DEF-00257109 |
| July 24, 2018 | 43% | No impact | AOL-DEF-00257111 |
| July 25, 2018 | 59% | No impact | AOL-DEF-00090800 |
| July 26, 2018 | 63% | No impact | AOL-DEF-00257115 |
| July 28, 2018 | 57% | No impact | AOL-DEF-00075863 |
| July 29, 2018 | 58% | No impact | AOL-DEF-00257117 |
| July 30, 2018 | 55% | No impact | AOL-DEF-00257121 |

2

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| July 31, 2018 | 55% | No impact | AOL-DEF-00257119 |
|---|---|---|---|
| August 1, 2018 | 66% | No impact | AOL-DEF-00257123 |
| August 2, 2018 | 49% | No impact | AOL-DEF-00736185 |
| August 3, 2018 | 53% | No impact | AOL-DEF-00600173 |
| August 4, 2018 | 64% | No impact | AOL-DEF-00257126 |
| August 5, 2018 | 52% | No impact | AOL-DEF-00351662 |
| August 6, 2018 | 44% | No impact | AOL-DEF-00090606 |
| August 7, 2018 | 40% | No impact | AOL-DEF-00257128 |
| August 8, 2018 | 44% | No impact | AOL-DEF-00257130 |
| August 9, 2018 | 23% | No impact | AOL-DEF-00257145 |
| August 10, 2018 | 52% | No impact | AOL-DEF-00257134 |
| August 11, 2018 | 39% | No impact | AOL-DEF-00257136 |
| August 12, 2018 | 45% | No impact | AOL-DEF-00257139 |
| August 13, 2018 | 45% | No impact | AOL-DEF-00257141 |
| August 14, 2018 | 52% | No impact | AOL-DEF-00257143 |
| August 15, 2018 | Not listed | Not listed | AOL-DEF-00802568 |
| August 16, 2018 | 42% | No impact | AOL-DEF-00257149 |
| August 17, 2018 | 67% | No impact | AOL-DEF-00257147 |
| August 18, 2018 | 58% | No impact | AOL-DEF-00257151 |
| August 19, 2018 | 66% | No impact | AOL-DEF-00256904 |
| August 20, 2018 | 49% | No impact | AOL-DEF-00257155 |
| August 21, 2018 | 58% | No impact | AOL-DEF-00257157 |
| August 22, 2018 | 73% | No impact | AOL-DEF-00256894 |
| August 23, 2018 | 72% | No impact | AOL-DEF-00256900 |

3

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| August 24, 2018 | Not listed | Not listed | AOL-DEF-00802629 |
| August 25, 2018 | 54% | No impact | AOL-DEF-00256896 |
| August 26, 2018 | 59% | No impact | AOL-DEF-00256902 |
| August 27, 2018 | 75% | No impact | AOL-DEF-00256906 |
| August 28, 2018 | 79% | No impact | AOL-DEF-00075870 |
| August 29, 2018 | 78% | No impact | AOL-DEF-00256912 |
| August 30, 2018 | Not listed | Not listed | AOL-DEF-00803198 |
| August 31, 2018 | Not listed | Not listed | AOL-DEF-00803200 |
| September 1, 2018 | 60% | No impact | AOL-DEF-00256918 |
| September 2, 2018 | 75% | No impact | AOL-DEF-00074293 |
| September 3, 2018 | 75% | No impact | AOL-DEF-00256920 |
| September 4, 2018 | 70% | No impact | AOL-DEF-00090855 |
| September 5, 2018 | 54% | No impact | AOL-DEF-00256928 |
| September 6, 2018 | 73% | No impact | AOL-DEF-00256924 |
| September 7, 2018 | 76% | No impact | AOL-DEF-00256926 |
| September 8, 2018 | 75% | No impact | AOL-DEF-00256922 |
| September 9, 2018 | 66% | No impact | AOL-DEF-00256930 |
| September 10, 2018 | 66% | No impact | AOL-DEF-00256934 |
| September 11, 2018 | 60% | No impact | AOL-DEF-00256932 |
| September 12, 2018 | 63% | No impact | AOL-DEF-00074295 |
| September 13, 2018 | 50% | No impact | AOL-DEF-00256936 |
| September 14, 2018 | 75% | No impact | AOL-DEF-00256940 |
| September 15, 2018 | 71% | No impact | AOL-DEF-00351321 |
| September 16, 2018 | 77% | No impact | AOL-DEF-00256943 |

4

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| September 17, 2018 | 72% | No impact | AOL-DEF-00256938 |
| September 18, 2018 | 49% | No impact | AOL-DEF-00256945 |
| September 19, 2018 | 68% | No impact | AOL-DEF-00257185 |
| September 20, 2018 | 70% | No impact | AOL-DEF-00257187 |
| September 21, 2018 | 61% | No impact | AOL-DEF-00074338 |
| September 22, 2018 | 78% | No impact | AOL-DEF-00074332 |
| September 23, 2018 | 69% | No impact | AOL-DEF-00257189 |
| September 24, 2018 | 57% | No impact | AOL-DEF-00257191 |
| September 25, 2018 | 78% | No impact | AOL-DEF-00257195 |
| September 26, 2018 | 48% | No impact | AOL-DEF-00257193 |
| September 27, 2018 | Not listed | Not listed | AOL-DEF-00567469 |
| September 28, 2018 | 61% | No impact | AOL-DEF-00257601 |
| September 29, 2018 | 79% | No impact | AOL-DEF-00257431 |
| September 30, 2018 | Not listed | Not listed | AOL-DEF-00807179 |
| October 1, 2018 | 63% | No impact | AOL-DEF-00257603 |
| October 2, 2018 | 64% | No impact | AOL-DEF-00257609 |
| October 3, 2018 | 73% | No impact | AOL-DEF-00257605 |
| October 4, 2018 | 70% | No impact | AOL-DEF-00257607 |
| October 5, 2018 | 76% | No impact | AOL-DEF-00257611 |
| October 6, 2018 | 81% | No impact | AOL-DEF-00257613 |
| October 7, 2018 | 68% | No impact | AOL-DEF-00257617 |
| October 8, 2018 | 69% | No impact | AOL-DEF-00257615 |
| October 9, 2018 | 66% | No impact | AOL-DEF-00257197 |
| October 10, 2018 | 68% | No impact | AOL-DEF-00257205 |

5

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| October 11, 2018 | 75% | No impact | AOL-DEF-00257199 |
| October 12, 2018 | 73% | No impact | AOL-DEF-00257201 |
| October 13, 2018 | 64% | No impact | AOL-DEF-00351697 |
| October 14, 2018 | 62% | No impact | AOL-DEF-00257203 |
| October 15, 2018 | 79% | No impact | AOL-DEF-00257211 |
| October 16, 2018 | 70% | No impact | AOL-DEF-00257207 |
| October 17, 2018 | 44% | No impact | AOL-DEF-00257215 |
| October 18, 2018 | 65% | No impact | AOL-DEF-00257213 |
| October 19, 2018 | 69% | No impact | AOL-DEF-00257223 |
| October 20, 2018 | 69% | No impact | AOL-DEF-00257219 |
| October 21, 2018 | 48% | No impact | AOL-DEF-00257217 |
| October 22, 2018 | 67% | No impact | AOL-DEF-00257225 |
| October 23, 2018 | 64% | No impact | AOL-DEF-00257221 |
| October 24, 2018 | 72% | No impact | AOL-DEF-00257229 |
| October 25, 2018 | 67% | No impact | AOL-DEF-00257227 |
| October 26, 2018 | 64% | No impact | AOL-DEF-00257239 |
| October 27, 2018 | 66% | No impact | AOL-DEF-00257231 |
| October 28, 2018 | 48% | No impact | AOL-DEF-00257233 |
| October 29, 2018 | 57% | No impact | AOL-DEF-00257235 |
| October 30, 2018 | 49% | No impact | AOL-DEF-00257243 |
| October 31, 2018 | 63% | No impact | AOL-DEF-00257237 |
| November 1, 2018 | 46% | No impact | AOL-DEF-00768946 |
| November 2, 2018 | 66% | No impact | AOL-DEF-00074340 |
| November 3, 2018 | 60% | No impact | AOL-DEF-00257241 |

6

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| November 4, 2018 | 55% | No impact | AOL-DEF-00090925 |
| November 5, 2018 | 60% | No impact | AOL-DEF-00257245 |
| November 6, 2018 | 49% | No impact | AOL-DEF-00090927 |
| November 7, 2018 | 68% | No impact | AOL-DEF-00257247 |
| November 8, 2018 | 64% | No impact | AOL-DEF-00257249 |
| November 9, 2018 | 74% | No impact | AOL-DEF-00257251 |
| November 10, 2018 | 69% | No impact | AOL-DEF-00093397 |
| November 11, 2018 | 40% | No impact | AOL-DEF-00309972 |
| November 12, 2018 | 104% | No impact | AOL-DEF-00257255 |
| November 13, 2018 | 89% | No impact | AOL-DEF-00257257 |
| November 14, 2018 | 79% | No impact | AOL-DEF-00074342 |
| November 15, 2018 | 98% | No impact | AOL-DEF-00257261 |
| November 16, 2018 | 71% | No impact | AOL-DEF-00257271 |
| November 17, 2018 | 73% | No impact | AOL-DEF-00257259 |
| November 18, 2018 | 64% | No impact | AOL-DEF-00257263 |
| November 19, 2018 | 59% | No impact | AOL-DEF-00257265 |
| November 20, 2018 | 42% | No impact | AOL-DEF-00517172 |
| November 21, 2018 | 61% | No impact | AOL-DEF-00257269 |
| November 22, 2018 | 64% | No impact | AOL-DEF-00257273 |
| November 23, 2018 | 59% | No impact | AOL-DEF-00768948 |
| November 24, 2018 | 55% | No impact | AOL-DEF-00257288 |
| November 25, 2018 | 67% | No impact | AOL-DEF-00768950 |
| November 26, 2018 | 70% | No impact | AOL-DEF-00768954 |
| November 27, 2018 | 50% | No impact | AOL-DEF-00768952 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| November 28, 2018 | 71% | No impact | AOL-DEF-00257290 |
|---|---|---|---|
| November 29, 2018 | 50% | No impact | AOL-DEF-00517176 |
| November 30, 2018 | 34% | No impact | AOL-DEF-00257294 |
| December 1, 2018 | 48% | No impact | AOL-DEF-00517174 |
| December 2, 2018 | 61% | No impact | AOL-DEF-00257292 |
| December 3, 2018 | Not listed | No impact | AOL-DEF-00257304 |
| December 4, 2018 | 62% | No impact | AOL-DEF-00257296 |
| December 5, 2018 | 53% | No impact | AOL-DEF-00768956 |
| December 6, 2018 | 76% | No impact | AOL-DEF-00257298 |
| December 7, 2018 | 61% | No impact | AOL-DEF-00257300 |
| December 8, 2018 | 68% | No impact | AOL-DEF-00517180 |
| December 9, 2018 | 58% | No impact | AOL-DEF-00517178 |
| December 10, 2018 | 70% | No impact | AOL-DEF-00257302 |
| December 11, 2018 | 68% | No impact | AOL-DEF-00257308 |
| December 12, 2018 | 55% | No impact | AOL-DEF-00257306 |
| December 13, 2018 | 68% | No impact | AOL-DEF-00257323 |
| December 14, 2018 | 64% | No impact | AOL-DEF-00768961 |
| December 15, 2018 | 66% | No impact | AOL-DEF-00517182 |
| December 16, 2018 | 66% | No impact | AOL-DEF-00517184 |
| December 17, 2018 | 68% | No impact | AOL-DEF-00257325 |
| December 18, 2018 | 62% | No impact | AOL-DEF-00762246 |
| December 19, 2018 | 67% | No impact | AOL-DEF-00257327 |
| December 20, 2018 | 73% | No impact | AOL-DEF-00768965 |
| December 21, 2018 | 62% | No impact | AOL-DEF-00257345 |

8

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| December 22, 2018 | 78% | No impact | AOL-DEF-00517190 |
|---|---|---|---|
| December 23, 2018 | 70% | No impact | AOL-DEF-00517186 |
| December 24, 2018 | 72% | No impact | AOL-DEF-00257343 |
| December 25, 2018 | 72% | No impact | AOL-DEF-00351879 |
| December 26, 2018 | 54% | No impact | AOL-DEF-00517188 |
| December 27, 2018 | 34% | No impact | AOL-DEF-00257351 |
| December 28, 2018 | 32% | No impact | AOL-DEF-00257347 |
| December 29, 2018 | 52% | No impact | AOL-DEF-00517194 |
| December 30, 2018 | 51% | No impact | AOL-DEF-00517192 |
| December 31, 2018 | 60% | No impact | AOL-DEF-00517196 |
| January 1, 2019 | 60% | No impact | AOL-DEF-00093554 |
| January 2, 2019 | 60% | No impact | AOL-DEF-00093563 |
| January 3, 2019 | 60% | No impact | AOL-DEF-00600947 |
| January 4, 2019 | 59% | No impact | AOL-DEF-00527975 |
| January 5, 2019 | 43% | No impact | AOL-DEF-00036631 |
| January 6, 2019 | 54% | No impact | AOL-DEF-00196408 |
| January 7, 2019 | 52% | No impact | AOL-DEF-00600550 |
| January 8, 2019 | 45% | No impact | AOL-DEF-00550244 |
| January 9, 2019 | 42% | No impact | AOL-DEF-00600862 |
| January 10, 2019 | Not listed | Not listed | AOL-DEF-00932689 |
| January 11, 2019 | Not listed | Not listed | AOL-DEF-00779369 |
| January 12, 2019 | 58% | No impact | AOL-DEF-00036571 |
| January 13, 2019 | 58% | No impact | AOL-DEF-00550472 |
| January 14, 2019 | 49% | No impact | AOL-DEF-00092938 |

9

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| January 15, 2019 | 51% | No impact | AOL-DEF-00092948 |
|---|---|---|---|
| January 16, 2019 | 55% | No impact | AOL-DEF-00092965 |
| January 17, 2019 | 52% | No impact | AOL-DEF-00092968 |
| January 18, 2019 | 42% | No impact | AOL-DEF-00092980 |
| January 19, 2019 | 60% | No impact | AOL-DEF-00092997 |
| January 20, 2019 | 70% | No impact | AOL-DEF-00093000 |
| January 21, 2019 | 64% | No impact | AOL-DEF-00093665 |
| January 22, 2019 | Not listed | Not listed | AOL-DEF-00916717 |
| January 23, 2019 | 76% | No impact | AOL-DEF-00093674 |
| January 24, 2019 | 37% | No impact | AOL-DEF-00093274 |
| January 25, 2019 | 51% | No impact | AOL-DEF-00083797 |
| January 26, 2019 | Not listed | Not listed | AOL-DEF-00916783 |
| January 27, 2019 | 51% | No impact | AOL-DEF-00093278 |
| January 28, 2019 | 46% | No impact | AOL-DEF-00093685 |
| January 29, 2019 | 40% | No impact | AOL-DEF-00523445 |
| January 30, 2019 | 61% | No impact | AOL-DEF-00523545 |
| January 31, 2019 | 48% | No impact | AOL-DEF-00093694 |
| February 1, 2019 | 61% | No impact | AOL-DEF-00093697 |
| February 2, 2019 | Not listed | Not listed | AOL-DEF-00916740 |
| February 3, 2019 | 45% | No impact | AOL-DEF-00093720 |
| February 4, 2019 | 60% | No impact | AOL-DEF-00093725 |
| February 5, 2019 | 64% | No impact | AOL-DEF-00083742 |
| February 6, 2019 | 75% | No impact | AOL-DEF-00083722 |
| February 7, 2019 | 48% | No impact | AOL-DEF-00093737 |

10

***Al Otro Lado, Inc., et al. v. Wolf, et al.***, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| February 8, 2019 | 39% | No impact | AOL-DEF-00083619 |
|---|---|---|---|
| February 9, 2019 | 43% | No impact | AOL-DEF-00083685 |
| February 10, 2019 | 52% | No impact | AOL-DEF-00035032 |
| February 11, 2019 | 60% | No impact | AOL-DEF-00093753 |
| February 12, 2019 | 52% | No impact | AOL-DEF-00093761 |
| February 13, 2019 | 57% | No impact | AOL-DEF-00083623 |
| February 14, 2019 | 37% | No impact | AOL-DEF-00083680 |
| February 15, 2019 | 57% | No impact | AOL-DEF-00035030 |
| February 16, 2019 | 52% | No impact | AOL-DEF-00035027 |
| February 17, 2019 | Not listed | Not listed | AOL-DEF-00916970 |
| February 18, 2019 | 66% | No impact | AOL-DEF-00083579 |
| February 19, 2019 | 52% | No impact | AOL-DEF-00083554 |
| February 20, 2019 | 24% | No impact | AOL-DEF-00035021 |
| February 21, 2019 | 42% | No impact | AOL-DEF-00083710 |
| February 22, 2019 | 69% | No impact | AOL-DEF-00093797 |
| February 23, 2019 | 73% | No impact | AOL-DEF-00035018 |
| February 24, 2019 | 49% | No impact | AOL-DEF-00093803 |
| February 25, 2019 | 61% | No impact | AOL-DEF-00083457 |
| February 26, 2019 | 51% | No impact | AOL-DEF-00083727 |
| February 27, 2019 | 60% | No impact | AOL-DEF-00093812 |
| February 28, 2019 | 49% | No impact | AOL-DEF-00083516 |
| March 1, 2019 | 64% | No impact | AOL-DEF-00083445 |
| March 2, 2019 | 155% | No impact | AOL-DEF-00083454 |
| March 3, 2019 | 163% | No impact | AOL-DEF-00093866 |

11

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| March 4, 2019 | 148% | No impact | AOL-DEF-00093869 |
|---|---|---|---|
| March 5, 2019 | 125% | No impact | AOL-DEF-00035046 |
| March 6, 2019 | 58% | No impact | AOL-DEF-00093892 |
| March 7, 2019 | 43% | No impact | AOL-DEF-00035038 |
| March 8, 2019 | 57% | No impact | AOL-DEF-00085096 |
| March 9, 2019 | 52% | No impact | AOL-DEF-00035041 |
| March 10, 2019 | Not listed | Not listed | AOL-DEF-00035076 |
| March 11, 2019 | 52% | No impact | AOL-DEF-00035057 |
| March 12, 2019 | 67% | No impact | AOL-DEF-00085243 |
| March 13, 2019 | 76% | No impact | AOL-DEF-00035052 |
| March 14, 2019 | 42% | No impact | AOL-DEF-00085252 |
| March 15, 2019 | 63% | No impact | AOL-DEF-00085037 |
| March 16, 2019 | 55% | No impact | AOL-DEF-00085045 |
| March 17, 2019 | 48% | No impact | AOL-DEF-00085034 |
| March 18, 2019 | 45% | No impact | AOL-DEF-00085040 |
| March 19, 2019 | 54% | No impact | AOL-DEF-00085083 |
| March 20, 2019 | 64% | No impact | AOL-DEF-00085072 |
| March 21, 2019 | 42% | No impact | AOL-DEF-00084965 |
| March 22, 2019 | 52% | No impact | AOL-DEF-00084880 |
| March 23, 2019 | 55% | No impact | AOL-DEF-00085004 |
| March 24, 2019 | 61% | No impact | AOL-DEF-00085014 |
| March 25, 2019 | 62% | No impact | AOL-DEF-00085031 |
| March 26, 2019 | 57% | No impact | AOL-DEF-00084860 |
| March 27, 2019 | 68% | No impact | AOL-DEF-00084869 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| March 28, 2019 | 44% | No impact | AOL-DEF-00035061 |
|---|---|---|---|
| March 29, 2019 | Not listed | Not listed | N/A |
| March 30, 2019 | 64% | No impact | AOL-DEF-00084723 |
| March 31, 2019 | 55% | No impact | AOL-DEF-00084689 |
| April 1, 2019 | 45% | No impact | AOL-DEF-00084662 |
| April 2, 2019 | 46% | No impact | AOL-DEF-00084601 |
| April 3, 2019 | 48% | No impact | AOL-DEF-00084794 |
| April 4, 2019 | 43% | No impact | AOL-DEF-00084720 |
| April 5, 2019 | 58% | No impact | AOL-DEF-00084672 |
| April 6, 2019 | 55% | No impact | AOL-DEF-00084541 |
| April 7, 2019 | Not listed | Not listed | AOL-DEF-00588514 |
| April 8, 2019 | 44% | No impact | AOL-DEF-00084598 |
| April 9, 2019 | 51% | No impact | AOL-DEF-00084488 |
| April 10, 2019 | 41% | No impact | AOL-DEF-00084536 |
| April 11, 2019 | 67% | No impact | AOL-DEF-00084527 |
| April 12, 2019 | 52% | No impact | AOL-DEF-00365853 |
| April 13, 2019 | 38% | No impact | AOL-DEF-00365628 |
| April 14, 2019 | 52% | No impact | AOL-DEF-00084544 |
| April 15, 2019 | 58% | No impact | AOL-DEF-00084547 |
| April 16, 2019 | 50% | No impact | AOL-DEF-00365856 |
| April 17, 2019 | 57% | No impact | AOL-DEF-00365631 |
| April 18, 2019 | 45% | No impact | AOL-DEF-00365608 |
| April 19, 2019 | 0% | No impact | AOL-DEF-00365332 |
| April 20, 2019 | 55% | No impact | AOL-DEF-00084485 |

13

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| April 21, 2019 | 51% | No impact | AOL-DEF-00365255 |
| April 22, 2019 | 64% | No impact | AOL-DEF-00365619 |
| April 23, 2019 | 50% | No impact | AOL-DEF-00365370 |
| April 24, 2019 | 58% | No impact | AOL-DEF-00365778 |
| April 25, 2019 | Not listed | Not listed | N/A[2] |
| April 26, 2019 | 51% | No impact | AOL-DEF-00365611 |
| April 27, 2019 | 68% | No impact | AOL-DEF-00365258 |
| April 28, 2019 | 59% | No impact | AOL-DEF-00365622 |
| April 29, 2019 | 59% | No impact | AOL-DEF-00365038 |
| April 30, 2019 | 41% | No impact | AOL-DEF-00364993 |
| May 1, 2019 | 46% | No impact | AOL-DEF-00364613 |
| May 2, 2019 | Not listed | Not listed | AOL-DEF-00082281 |
| May 3, 2019 | Not listed | Not listed | AOL-DEF-00374848 |
| May 4, 2019 | Not listed | Not listed | N/A |
| May 5, 2019 | 44% | No impact | AOL-DEF-00364577 |
| May 6, 2019 | 62% | No impact | AOL-DEF-00364851 |
| May 7, 2019 | 65% | No impact | AOL-DEF-00523768 |
| May 8, 2019 | 62% | No impact | AOL-DEF-00364318 |
| May 9, 2019 | 67% | No impact | AOL-DEF-00523762 |
| May 10, 2019 | Not listed | Not listed | AOL-DEF-00082253 |
| May 11, 2019 | 50% | No impact | AOL-DEF-00364330 |
| May 12, 2019 | 55% | No impact | AOL-DEF-00364205 |
| May 13, 2019 | 52% | No impact | AOL-DEF-00364580 |

[2] "N/A" means that no report was produced for this date.

14

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| May 14, 2019 | 61% | No impact | AOL-DEF-00364574 |
| May 15, 2019 | 47% | No impact | AOL-DEF-00364487 |
| May 16, 2019 | 44% | No impact | AOL-DEF-00364490 |
| May 17, 2019 | 59% | No impact | AOL-DEF-00523765 |
| May 18, 2019 | 47% | No impact | AOL-DEF-00364528 |
| May 19, 2019 | 44% | No impact | AOL-DEF-00523759 |
| May 20, 2019 | Not listed | Not listed | N/A |
| May 21, 2019 | 58% | No impact | AOL-DEF-00084200 |
| May 22, 2019 | 44% | No impact | AOL-DEF-00084242 |
| May 23, 2019 | 58% | No impact | AOL-DEF-00084259 |
| May 24, 2019 | 65% | No impact | AOL-DEF-00364315 |
| May 25, 2019 | 60% | No impact | AOL-DEF-00084281 |
| May 26, 2019 | 81% | No impact | AOL-DEF-00084290 |
| May 27, 2019 | 60% | No impact | AOL-DEF-00084268 |
| May 28, 2019 | 46% | No impact | AOL-DEF-00084250 |
| May 29, 2019 | Not listed | Not listed | N/A |
| May 30, 2019 | 52% | No impact | AOL-DEF-00084256 |
| May 31, 2019 | Not listed | Not listed | N/A |
| June 1, 2019 | 60% | No impact | AOL-DEF-00084143 |
| June 2, 2019 | 66% | No impact | AOL-DEF-00084089 |
| June 3, 2019 | 61% | No impact | AOL-DEF-00084098 |
| June 4, 2019 | 30% | No impact | AOL-DEF-00084153 |
| June 5, 2019 | Not listed | Not listed | N/A |
| June 6, 2019 | Not listed | Not listed | AOL-DEF-00084040 |

15

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| June 7, 2019 | 46% | No impact | AOL-DEF-00084179 |
|---|---|---|---|
| June 8, 2019 | 55% | No impact | AOL-DEF-00084132 |
| June 9, 2019 | 55% | No impact | AOL-DEF-00084025 |
| June 10, 2019 | 52% | No impact | AOL-DEF-00084176 |
| June 11, 2019 | Not listed | Not listed | N/A |
| June 12, 2019 | 47% | No impact | AOL-DEF-00084117 |
| June 13, 2019 | 58% | No impact | AOL-DEF-00084005 |
| June 14, 2019 | 55% | No impact | AOL-DEF-00084015 |
| June 15, 2019 | 55% | No impact | AOL-DEF-00083995 |
| June 16, 2019 | 42% | No impact | AOL-DEF-00084058 |
| June 17, 2019 | 37% | No impact | AOL-DEF-00083977 |
| June 18, 2019 | 46% | No impact | AOL-DEF-00084008 |
| June 19, 2019 | 27% | No impact | AOL-DEF-00362926 |
| June 20, 2019 | 49% | No impact | AOL-DEF-00084002 |
| June 21, 2019 | 69% | No impact | AOL-DEF-00083936 |
| June 22, 2019 | 63% | No impact | AOL-DEF-00083917 |
| June 23, 2019 | 49% | No impact | AOL-DEF-00083939 |
| June 24, 2019 | 57% | No impact | AOL-DEF-00523714 |
| June 25, 2019 | 73% | No impact | AOL-DEF-00083928 |
| June 26, 2019 | 54% | No impact | AOL-DEF-00523687 |
| June 27, 2019 | 65% | No impact | AOL-DEF-00523680 |
| June 28, 2019 | 67% | No impact | AOL-DEF-00523468 |
| June 29, 2019 | 70% | No impact | AOL-DEF-00523462 |
| June 30, 2019 | 72% | No impact | AOL-DEF-00035024 |

16

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| July 1, 2019 | 52% | No impact | AOL-DEF-00083448 |
| July 2, 2019 | 55% | No impact | AOL-DEF-00523370 |
| July 3, 2019 | 63% | No impact | AOL-DEF-00367412 |
| July 4, 2019 | 46% | No impact | AOL-DEF-00035055 |
| July 5, 2019 | 44% | No impact | AOL-DEF-00084595 |
| July 6, 2019 | 49% | No impact | AOL-DEF-00085153 |
| July 7, 2019 | 55% | No impact | AOL-DEF-00365210 |
| July 8, 2019 | 45% | No impact | AOL-DEF-00364694 |
| July 9, 2019 | 46% | No impact | AOL-DEF-00084336 |
| July 10, 2019 | 50% | No impact | AOL-DEF-00084191 |
| July 11, 2019 | 41% | No impact | AOL-DEF-00084052 |
| July 12, 2019 | 37% | No impact | AOL-DEF-00083956 |
| July 13, 2019 | 39% | No impact | AOL-DEF-00523457 |
| July 14, 2019 | 49% | No impact | AOL-DEF-00083442 |

17

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 23 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **FILED UNDER SEAL** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 23 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

4-SER-764

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
    *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 23 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

**Otay Mesa Port of Entry: Impact to Port Operations**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| June 16, 2018 | 0% | No impact | AOL-DEF-00037621 |
| June 17, 2018 | 0% | No impact | AOL-DEF-00028028 |
| June 18, 2018 | 0% | No impact | AOL-DEF-00374755 |
| June 19, 2018 | 5% | No impact | AOL-DEF-00047974 |
| June 20, 2018 | 0% | No impact | AOL-DEF-00517099 |
| June 21, 2018 | 0% | No impact | AOL-DEF-00736882 |
| June 22, 2018 | 0% | No impact | AOL-DEF-00517095 |
| June 23, 2018 | 0% | No impact | AOL-DEF-00256996 |
| June 24, 2018 | 0% | No impact | AOL-DEF-00074302 |
| June 25, 2018 | 0% | No impact | AOL-DEF-00517097 |
| June 26, 2018 | 0% | Not listed | AOL-DEF-00600153 |
| June 27, 2018 | 0% | No impact | AOL-DEF-00257183 |
| June 28, 2018 | 0% | No impact | AOL-DEF-00517105 |
| June 29, 2018 | 0% | No impact | AOL-DEF-00517103 |
| June 30, 2018 | 0% | No impact | AOL-DEF-00257002 |
| July 1, 2018 | 0% | No impact | AOL-DEF-00517101 |
| July 2, 2018 | 0% | No impact | AOL-DEF-00257004 |
| July 3, 2018 | 0% | No impact | AOL-DEF-00257019 |
| July 4, 2018 | 0% | No impact | AOL-DEF-00257006 |
| July 5, 2018 | 0% | No impact | AOL-DEF-00257008 |
| July 6, 2018 | 0% | No impact | AOL-DEF-00257017 |

1

**EXHIBIT**
**202**

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| July 7, 2018 | 0% | No impact | AOL-DEF-00257072 |
|---|---|---|---|
| July 8, 2018 | 0% | No impact | AOL-DEF-00257074 |
| July 9, 2018 | 0% | No impact | AOL-DEF-00257082 |
| July 10, 2018 | 0% | No impact | AOL-DEF-00257078 |
| July 11, 2018 | 0% | No impact | AOL-DEF-00257084 |
| July 12, 2018 | 0% | No impact | AOL-DEF-00257080 |
| July 13, 2018 | 0% | No impact | AOL-DEF-00257088 |
| July 14, 2018 | 0% | No impact | AOL-DEF-00257086 |
| July 15, 2018 | 0% | No impact | AOL-DEF-00257090 |
| July 16, 2018 | 0% | No impact | AOL-DEF-00768937 |
| July 17, 2018 | 0% | No impact | AOL-DEF-00257092 |
| July 18, 2018 | 0% | No impact | AOL-DEF-00257094 |
| July 19, 2018 | 0% | No impact | AOL-DEF-00257100 |
| July 20, 2018 | 0% | No impact | AOL-DEF-00257102 |
| July 21, 2018 | 0% | No impact | AOL-DEF-00257098 |
| July 22, 2018 | 0% | No impact | AOL-DEF-00257096 |
| July 23, 2018 | 0% | No impact | AOL-DEF-00257109 |
| July 24, 2018 | 0% | No impact | AOL-DEF-00257111 |
| July 25, 2018 | 0% | No impact | AOL-DEF-00090800 |
| July 26, 2018 | 0% | No impact | AOL-DEF-00257115 |
| July 28, 2018 | 0% | No impact | AOL-DEF-00075863 |
| July 29, 2018 | 0% | No impact | AOL-DEF-00257117 |
| July 30, 2018 | 0% | No impact | AOL-DEF-00257121 |
| July 31, 2018 | 0% | No impact | AOL-DEF-00257119 |

2

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| August 1, 2018 | Not Listed[1] | No impact | AOL-DEF-00257123 |
|---|---|---|---|
| August 2, 2018 | 0% | No impact | AOL-DEF-00736185 |
| August 3, 2018 | Not Listed | No impact | AOL-DEF-00600173 |
| August 4, 2018 | Not Listed | No impact | AOL-DEF-00257126 |
| August 5, 2018 | 0% | No impact | AOL-DEF-00351662 |
| August 6, 2018 | 0% | No impact | AOL-DEF-00090606 |
| August 7, 2018 | 0% | No impact | AOL-DEF-00257128 |
| August 8, 2018 | 0% | No impact | AOL-DEF-00257130 |
| August 9, 2018 | 0% | No impact | AOL-DEF-00257145 |
| August 10, 2018 | 0% | No impact | AOL-DEF-00257134 |
| August 11, 2018 | 0% | No impact | AOL-DEF-00257136 |
| August 12, 2018 | 0% | No impact | AOL-DEF-00257139 |
| August 13, 2018 | 0% | No impact | AOL-DEF-00257141 |
| August 14, 2018 | 0% | No impact | AOL-DEF-00257143 |
| August 15, 2018 | Not listed | Not listed | AOL-DEF-00802568 |
| August 16, 2018 | 0% | No impact | AOL-DEF-00257149 |
| August 17, 2018 | 0% | No impact | AOL-DEF-00257147 |
| August 18, 2018 | 0% | No impact | AOL-DEF-00257151 |
| August 19, 2018 | 0% | No impact | AOL-DEF-00256904 |
| August 20, 2018 | 0% | No impact | AOL-DEF-00257155 |
| August 21, 2018 | 0% | No impact | AOL-DEF-00257157 |
| August 22, 2018 | 0% | No impact | AOL-DEF-00256894 |
| August 23, 2018 | 0% | No impact | AOL-DEF-00256900 |

---

[1]"Not listed" means that none of the reports produced for a given date contain data regarding Otay Mesa.

3

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| August 24, 2018 | Not listed | Not listed | AOL-DEF-00802629 |
| August 25, 2018 | 0% | No impact | AOL-DEF-00256896 |
| August 26, 2018 | 0% | No impact | AOL-DEF-00256902 |
| August 27, 2018 | 0% | No impact | AOL-DEF-00256906 |
| August 28, 2018 | 0% | No impact | AOL-DEF-00075870 |
| August 29, 2018 | 0% | No impact | AOL-DEF-00256912 |
| August 30, 2018 | Not listed | Not listed | AOL-DEF-00803198 |
| August 31, 2018 | Not listed | Not listed | AOL-DEF-00803200 |
| September 1, 2018 | 0% | No impact | AOL-DEF-00256918 |
| September 2, 2018 | 0% | No impact | AOL-DEF-00074293 |
| September 3, 2018 | 0% | No impact | AOL-DEF-00256920 |
| September 4, 2018 | 0% | No impact | AOL-DEF-00090855 |
| September 5, 2018 | 0% | No impact | AOL-DEF-00256928 |
| September 6, 2018 | 0% | No impact | AOL-DEF-00256924 |
| September 7, 2018 | 0% | No impact | AOL-DEF-00256926 |
| September 8, 2018 | 0% | No impact | AOL-DEF-00256922 |
| September 9, 2018 | 0% | No impact | AOL-DEF-00256930 |
| September 10, 2018 | 0% | No impact | AOL-DEF-00256934 |
| September 11, 2018 | Not Listed | Not listed | AOL-DEF-00256932 |
| September 12, 2018 | 0% | No impact | AOL-DEF-00074295 |
| September 13, 2018 | 0% | No impact | AOL-DEF-00256936 |
| September 14, 2018 | Not listed | Not listed | AOL-DEF-00256940 |
| September 15, 2018 | 0% | No impact | AOL-DEF-00351321 |
| September 16, 2018 | 0% | No impact | AOL-DEF-00256943 |

4

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| September 17, 2018 | 0% | No impact | AOL-DEF-00256938 |
| September 18, 2018 | 0% | No impact | AOL-DEF-00256945 |
| September 19, 2018 | 0% | No impact | AOL-DEF-00257185 |
| September 20, 2018 | 0% | No impact | AOL-DEF-00257187 |
| September 21, 2018 | 0% | No impact | AOL-DEF-00074338 |
| September 22, 2018 | 0% | No impact | AOL-DEF-00074332 |
| September 23, 2018 | 0% | No impact | AOL-DEF-00257189 |
| September 24, 2018 | 0% | No impact | AOL-DEF-00257191 |
| September 25, 2018 | 0% | No impact | AOL-DEF-00257195 |
| September 26, 2018 | 0% | No impact | AOL-DEF-00257193 |
| September 27, 2018 | Not listed | Not listed | AOL-DEF-00567469 |
| September 28, 2018 | Not listed | Not listed | AOL-DEF-00257601 |
| September 29, 2018 | 0% | No impact | AOL-DEF-00257431 |
| September 30, 2018 | Not listed | Not listed | AOL-DEF-00807179 |
| October 1, 2018 | 0% | No impact | AOL-DEF-00257603 |
| October 2, 2018 | 0% | No impact | AOL-DEF-00257609 |
| October 3, 2018 | 0% | No impact | AOL-DEF-00257605 |
| October 4, 2018 | 0% | No impact | AOL-DEF-00257607 |
| October 5, 2018 | 0% | No impact | AOL-DEF-00257611 |
| October 6, 2018 | 0% | No impact | AOL-DEF-00257613 |
| October 7, 2018 | 0% | No impact | AOL-DEF-00257617 |
| October 8, 2018 | 0% | No impact | AOL-DEF-00257615 |
| October 9, 2018 | 0% | No impact | AOL-DEF-00257197 |
| October 10, 2018 | 0% | No impact | AOL-DEF-00257205 |

5

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| October 11, 2018 | 0% | No impact | AOL-DEF-00257199 |
| October 12, 2018 | 0% | No impact | AOL-DEF-00257201 |
| October 13, 2018 | 0% | No impact | AOL-DEF-00351697 |
| October 14, 2018 | 0% | No impact | AOL-DEF-00257203 |
| October 15, 2018 | 0% | No impact | AOL-DEF-00257211 |
| October 16, 2018 | 0% | No impact | AOL-DEF-00257207 |
| October 17, 2018 | 0% | No impact | AOL-DEF-00257215 |
| October 18, 2018 | 0% | No impact | AOL-DEF-00257213 |
| October 19, 2018 | 0% | No impact | AOL-DEF-00257223 |
| October 20, 2018 | 0% | No impact | AOL-DEF-00257219 |
| October 21, 2018 | 0% | No impact | AOL-DEF-00257217 |
| October 22, 2018 | 0% | No impact | AOL-DEF-00257225 |
| October 23, 2018 | 0% | No impact | AOL-DEF-00257221 |
| October 24, 2018 | 0% | No impact | AOL-DEF-00257229 |
| October 25, 2018 | 0% | No impact | AOL-DEF-00257227 |
| October 26, 2018 | 0% | No impact | AOL-DEF-00257239 |
| October 27, 2018 | 0% | No impact | AOL-DEF-00257231 |
| October 28, 2018 | 0% | No impact | AOL-DEF-00257233 |
| October 29, 2018 | 0% | No impact | AOL-DEF-00257235 |
| October 30, 2018 | 0% | No impact | AOL-DEF-00257243 |
| October 31, 2018 | 0% | No impact | AOL-DEF-00257237 |
| November 1, 2018 | 0% | No impact | AOL-DEF-00768946 |
| November 2, 2018 | 0% | No impact | AOL-DEF-00074340 |
| November 3, 2018 | 0% | No impact | AOL-DEF-00257241 |

6

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| November 4, 2018 | 0% | No impact | AOL-DEF-00090925 |
|---|---|---|---|
| November 5, 2018 | 0% | No impact | AOL-DEF-00257245 |
| November 6, 2018 | 0% | No impact | AOL-DEF-00090927 |
| November 7, 2018 | 0% | No impact | AOL-DEF-00257247 |
| November 8, 2018 | 0% | No impact | AOL-DEF-00257249 |
| November 9, 2018 | 0% | No impact | AOL-DEF-00257251 |
| November 10, 2018 | 0% | No impact | AOL-DEF-00093397 |
| November 11, 2018 | 0% | No impact | AOL-DEF-00309972 |
| November 12, 2018 | 0% | No impact | AOL-DEF-00257255 |
| November 13, 2018 | 0% | No impact | AOL-DEF-00257257 |
| November 14, 2018 | 0% | No impact | AOL-DEF-00074342 |
| November 15, 2018 | 0% | No impact | AOL-DEF-00257261 |
| November 16, 2018 | 0% | No impact | AOL-DEF-00257271 |
| November 17, 2018 | 0% | No impact | AOL-DEF-00257259 |
| November 18, 2018 | 0% | No impact | AOL-DEF-00257263 |
| November 19, 2018 | 0% | No impact | AOL-DEF-00257265 |
| November 20, 2018 | 0% | No impact | AOL-DEF-00517172 |
| November 21, 2018 | 0% | No impact | AOL-DEF-00257269 |
| November 22, 2018 | 0% | No impact | AOL-DEF-00257273 |
| November 23, 2018 | 0% | No impact | AOL-DEF-00768948 |
| November 24, 2018 | 0% | No impact | AOL-DEF-00257288 |
| November 25, 2018 | 0% | No impact | AOL-DEF-00768950 |
| November 26, 2018 | 0% | No impact | AOL-DEF-00768954 |
| November 27, 2018 | 0% | No impact | AOL-DEF-00768952 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| November 28, 2018 | 0% | No impact | AOL-DEF-00257290 |
|---|---|---|---|
| November 29, 2018 | 0% | No impact | AOL-DEF-00517176 |
| November 30, 2018 | 0% | No impact | AOL-DEF-00257294 |
| December 1, 2018 | 0% | No impact | AOL-DEF-00517174 |
| December 2, 2018 | 0% | No impact | AOL-DEF-00257292 |
| December 3, 2018 | 0% | No impact | AOL-DEF-00257304 |
| December 4, 2018 | 0% | No impact | AOL-DEF-00257296 |
| December 5, 2018 | 0% | No impact | AOL-DEF-00768956 |
| December 6, 2018 | 0% | No impact | AOL-DEF-00257298 |
| December 7, 2018 | 0% | No impact | AOL-DEF-00257300 |
| December 8, 2018 | 0% | No impact | AOL-DEF-00517180 |
| December 9, 2018 | 0% | No impact | AOL-DEF-00517178 |
| December 10, 2018 | 0% | No impact | AOL-DEF-00257302 |
| December 11, 2018 | 0% | No impact | AOL-DEF-00257308 |
| December 12, 2018 | 0% | No impact | AOL-DEF-00257306 |
| December 13, 2018 | 0% | No impact | AOL-DEF-00257323 |
| December 14, 2018 | 0% | No impact | AOL-DEF-00768961 |
| December 15, 2018 | 0% | No impact | AOL-DEF-00517182 |
| December 16, 2018 | 0% | No impact | AOL-DEF-00517184 |
| December 17, 2018 | 0% | No impact | AOL-DEF-00257325 |
| December 18, 2018 | 0% | No impact | AOL-DEF-00762246 |
| December 19, 2018 | 0% | No impact | AOL-DEF-00257327 |
| December 20, 2018 | 0% | No impact | AOL-DEF-00768965 |
| December 21, 2018 | 0% | No impact | AOL-DEF-00257345 |

8

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| December 22, 2018 | 0% | No impact | AOL-DEF-00517190 |
| December 23, 2018 | 0% | No impact | AOL-DEF-00517186 |
| December 24, 2018 | 0% | No impact | AOL-DEF-00257343 |
| December 25, 2018 | Not listed | Not listed | AOL-DEF-00351879 |
| December 26, 2018 | 0% | No impact | AOL-DEF-00517188 |
| December 27, 2018 | 0% | No impact | AOL-DEF-00257351 |
| December 28, 2018 | 0% | No impact | AOL-DEF-00257347 |
| December 29, 2018 | 0% | No impact | AOL-DEF-00517194 |
| December 30, 2018 | 0% | No impact | AOL-DEF-00517192 |
| December 31, 2018 | 0% | No impact | AOL-DEF-00517196 |
| January 1, 2019 | 0% | No impact | AOL-DEF-00093554 |
| January 2, 2019 | 0% | No impact | AOL-DEF-00093563 |
| January 3, 2019 | 0% | No impact | AOL-DEF-00600947 |
| January 4, 2019 | 0% | No impact | AOL-DEF-00527975 |
| January 5, 2019 | 0% | No impact | AOL-DEF-00036631 |
| January 6, 2019 | 0% | No impact | AOL-DEF-00196408 |
| January 7, 2019 | 0% | No impact | AOL-DEF-00600550 |
| January 8, 2019 | 0% | No impact | AOL-DEF-00550244 |
| January 9, 2019 | 0% | No impact | AOL-DEF-00600862 |
| January 10, 2019 | Not listed | Not listed | AOL-DEF-00932689 |
| January 11, 2019 | Not listed | Not listed | AOL-DEF-00779369 |
| January 12, 2019 | 0% | No impact | AOL-DEF-00036571 |
| January 13, 2019 | 0% | No impact | AOL-DEF-00550472 |
| January 14, 2019 | 0% | No impact | AOL-DEF-00092938 |

9

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| January 15, 2019 | 0% | No impact | AOL-DEF-00092948 |
|---|---|---|---|
| January 16, 2019 | 0% | No impact | AOL-DEF-00092965 |
| January 17, 2019 | 0% | No impact | AOL-DEF-00092968 |
| January 18, 2019 | 0% | No impact | AOL-DEF-00092980 |
| January 19, 2019 | 0% | No impact | AOL-DEF-00092997 |
| January 20, 2019 | 0% | No impact | AOL-DEF-00093000 |
| January 21, 2019 | 0% | No impact | AOL-DEF-00093665 |
| January 22, 2019 | 0% | No impact | AOL-DEF-00916717 |
| January 23, 2019 | 0% | No impact | AOL-DEF-00093674 |
| January 24, 2019 | 0% | No impact | AOL-DEF-00093274 |
| January 25, 2019 | 0% | No impact | AOL-DEF-00083797 |
| January 26, 2019 | 14% | No impact | AOL-DEF-00916783 |
| January 27, 2019 | 0% | No impact | AOL-DEF-00093278 |
| January 28, 2019 | 0% | No impact | AOL-DEF-00093685 |
| January 29, 2019 | 0% | No impact | AOL-DEF-00523445 |
| January 30, 2019 | 0% | No impact | AOL-DEF-00523545 |
| January 31, 2019 | 0% | No impact | AOL-DEF-00093694 |
| February 1, 2019 | 0% | No impact | AOL-DEF-00093697 |
| February 2, 2019 | 22% | No impact | AOL-DEF-00916740 |
| February 3, 2019 | 0% | No impact | AOL-DEF-00093720 |
| February 4, 2019 | 0% | No impact | AOL-DEF-00093725 |
| February 5, 2019 | 0% | No impact | AOL-DEF-00083742 |
| February 6, 2019 | 0% | No impact | AOL-DEF-00083722 |
| February 7, 2019 | 0% | No impact | AOL-DEF-00093737 |

10

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| February 8, 2019 | 0% | No impact | AOL-DEF-00083619 |
| February 9, 2019 | 0% | No impact | AOL-DEF-00083685 |
| February 10, 2019 | 0% | No impact | AOL-DEF-00035032 |
| February 11, 2019 | 0% | No impact | AOL-DEF-00093753 |
| February 12, 2019 | 0% | No impact | AOL-DEF-00093761 |
| February 13, 2019 | 0% | No impact | AOL-DEF-00083623 |
| February 14, 2019 | 0% | No impact | AOL-DEF-00083680 |
| February 15, 2019 | 0% | No impact | AOL-DEF-00035030 |
| February 16, 2019 | 0% | No impact | AOL-DEF-00035027 |
| February 17, 2019 | Not listed | Not listed | AOL-DEF-00916970 |
| February 18, 2019 | 0% | No impact | AOL-DEF-00083579 |
| February 19, 2019 | 0% | No impact | AOL-DEF-00083554 |
| February 20, 2019 | 0% | No impact | AOL-DEF-00035021 |
| February 21, 2019 | 0% | No impact | AOL-DEF-00083710 |
| February 22, 2019 | 0% | No impact | AOL-DEF-00093797 |
| February 23, 2019 | 0% | No impact | AOL-DEF-00035018 |
| February 24, 2019 | 0% | No impact | AOL-DEF-00093803 |
| February 25, 2019 | 0% | No impact | AOL-DEF-00083457 |
| February 26, 2019 | 0% | No impact | AOL-DEF-00083727 |
| February 27, 2019 | 0% | No impact | AOL-DEF-00093812 |
| February 28, 2019 | 0% | No impact | AOL-DEF-00083516 |
| March 1, 2019 | 0% | No impact | AOL-DEF-00083445 |
| March 2, 2019 | 0% | No impact | AOL-DEF-00083454 |
| March 3, 2019 | 0% | No impact | AOL-DEF-00093866 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| March 4, 2019 | 0% | No impact | AOL-DEF-00093869 |
|---|---|---|---|
| March 5, 2019 | 0% | No impact | AOL-DEF-00035046 |
| March 6, 2019 | 0% | No impact | AOL-DEF-00093892 |
| March 7, 2019 | 0% | No impact | AOL-DEF-00035038 |
| March 8, 2019 | 0% | No impact | AOL-DEF-00085096 |
| March 9, 2019 | 0% | No impact | AOL-DEF-00035041 |
| March 10, 2019 | Not listed | Not listed | AOL-DEF-00035076 |
| March 11, 2019 | 0% | No impact | AOL-DEF-00035057 |
| March 12, 2019 | 0% | No impact | AOL-DEF-00085243 |
| March 13, 2019 | 0% | No impact | AOL-DEF-00035052 |
| March 14, 2019 | 0% | No impact | AOL-DEF-00085252 |
| March 15, 2019 | 0% | No impact | AOL-DEF-00085037 |
| March 16, 2019 | 0% | No impact | AOL-DEF-00085045 |
| March 17, 2019 | 0% | No impact | AOL-DEF-00085034 |
| March 18, 2019 | 0% | No impact | AOL-DEF-00085040 |
| March 19, 2019 | 0% | No impact | AOL-DEF-00085083 |
| March 20, 2019 | 0% | No impact | AOL-DEF-00085072 |
| March 21, 2019 | 0% | No impact | AOL-DEF-00084965 |
| March 22, 2019 | 0% | No impact | AOL-DEF-00084880 |
| March 23, 2019 | 0% | No impact | AOL-DEF-00085004 |
| March 24, 2019 | 0% | No impact | AOL-DEF-00085014 |
| March 25, 2019 | 0% | No impact | AOL-DEF-00085031 |
| March 26, 2019 | 0% | No impact | AOL-DEF-00084860 |
| March 27, 2019 | 0% | No impact | AOL-DEF-00084869 |

12

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| March 28, 2019 | 0% | No impact | AOL-DEF-00035061 |
| March 29, 2019 | Not listed | Not listed | N/A[2] |
| March 30, 2019 | 0% | No impact | AOL-DEF-00084723 |
| March 31, 2019 | 0% | No impact | AOL-DEF-00084689 |
| April 1, 2019 | 0% | No impact | AOL-DEF-00084662 |
| April 2, 2019 | 0% | No impact | AOL-DEF-00084601 |
| April 3, 2019 | 0% | No impact | AOL-DEF-00084794 |
| April 4, 2019 | 0% | No impact | AOL-DEF-00084720 |
| April 5, 2019 | 0% | No impact | AOL-DEF-00084672 |
| April 6, 2019 | 0% | No impact | AOL-DEF-00084541 |
| April 7, 2019 | Not listed | Not listed | AOL-DEF-00588514 |
| April 8, 2019 | 0% | No impact | AOL-DEF-00084598 |
| April 9, 2019 | 0% | No impact | AOL-DEF-00084488 |
| April 10, 2019 | 0% | No impact | AOL-DEF-00084536 |
| April 11, 2019 | 0% | No impact | AOL-DEF-00084527 |
| April 12, 2019 | 0% | No impact | AOL-DEF-00365853 |
| April 13, 2019 | 0% | No impact | AOL-DEF-00365628 |
| April 14, 2019 | 0% | No impact | AOL-DEF-00084544 |
| April 15, 2019 | 0% | No impact | AOL-DEF-00084547 |
| April 16, 2019 | 0% | No impact | AOL-DEF-00365856 |
| April 17, 2019 | 0% | No impact | AOL-DEF-00365631 |
| April 18, 2019 | 0% | No impact | AOL-DEF-00365608 |
| April 19, 2019 | 0% | No impact | AOL-DEF-00365332 |

---

[2] "N/A" means that no report was produced for this date.

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| April 20, 2019 | 0% | No impact | AOL-DEF-00084485 |
|---|---|---|---|
| April 21, 2019 | 0% | No impact | AOL-DEF-00365255 |
| April 22, 2019 | 0% | No impact | AOL-DEF-00365619 |
| April 23, 2019 | 0% | No impact | AOL-DEF-00365370 |
| April 24, 2019 | 0% | No impact | AOL-DEF-00365778 |
| April 25, 2019 | Not listed | Not listed | N/A |
| April 26, 2019 | 0% | No impact | AOL-DEF-00365611 |
| April 27, 2019 | 0% | No impact | AOL-DEF-00365258 |
| April 28, 2019 | 0% | No impact | AOL-DEF-00365622 |
| April 29, 2019 | 03% | No impact | AOL-DEF-00365038 |
| April 30, 2019 | 0% | No impact | AOL-DEF-00364993 |
| May 1, 2019 | 0% | No impact | AOL-DEF-00364613 |
| May 2, 2019 | Not listed | Not listed | AOL-DEF-00082281 |
| May 3, 2019 | Not listed | Not listed | AOL-DEF-00374848 |
| May 4, 2019 | Not listed | Not listed | N/A |
| May 5, 2019 | 0% | No impact | AOL-DEF-00364577 |
| May 6, 2019 | 0% | No impact | AOL-DEF-00364851 |
| May 7, 2019 | 0% | No impact | AOL-DEF-00523768 |
| May 8, 2019 | 0% | No impact | AOL-DEF-00364318 |
| May 9, 2019 | 0% | No impact | AOL-DEF-00523762 |
| May 10, 2019 | Not listed | Not listed | AOL-DEF-00082253 |
| May 11, 2019 | 0% | No impact | AOL-DEF-00364330 |
| May 12, 2019 | 0% | No impact | AOL-DEF-00364205 |
| May 13, 2019 | 0% | No impact | AOL-DEF-00364580 |

14

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| May 14, 2019 | 0% | No impact | AOL-DEF-00364574 |
| May 15, 2019 | 0% | No impact | AOL-DEF-00364487 |
| May 16, 2019 | 0% | No impact | AOL-DEF-00364490 |
| May 17, 2019 | 0% | No impact | AOL-DEF-00523765 |
| May 18, 2019 | 0% | No impact | AOL-DEF-00364528 |
| May 19, 2019 | 0% | No impact | AOL-DEF-00523759 |
| May 20, 2019 | Not listed | Not listed | N/A |
| May 21, 2019 | 0% | No impact | AOL-DEF-00084200 |
| May 22, 2019 | 0% | No impact | AOL-DEF-00084242 |
| May 23, 2019 | 0% | No impact | AOL-DEF-00084259 |
| May 24, 2019 | 0% | No impact | AOL-DEF-00364315 |
| May 25, 2019 | 0% | No impact | AOL-DEF-00084281 |
| May 26, 2019 | 0% | No impact | AOL-DEF-00084290 |
| May 27, 2019 | 0% | No impact | AOL-DEF-00084268 |
| May 28, 2019 | 0% | No impact | AOL-DEF-00084250 |
| May 29, 2019 | Not listed | Not listed | N/A |
| May 30, 2019 | 0% | No impact | AOL-DEF-00084256 |
| May 31, 2019 | Not listed | Not listed | N/A |
| June 1, 2019 | 0% | No impact | AOL-DEF-00084143 |
| June 2, 2019 | 0% | No impact | AOL-DEF-00084089 |
| June 3, 2019 | 0% | No impact | AOL-DEF-00084098 |
| June 4, 2019 | 0% | No impact | AOL-DEF-00084153 |
| June 5, 2019 | Not listed | Not listed | N/A |
| June 6, 2019 | Not listed | Not listed | AOL-DEF-00084040 |

15

**Al Otro Lado, Inc., et al. v. Wolf, et al.**, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| | | | |
|---|---|---|---|
| June 7, 2019 | 0% | No impact | AOL-DEF-00084179 |
| June 8, 2019 | 0% | No impact | AOL-DEF-00084132 |
| June 9, 2019 | 0% | No impact | AOL-DEF-00084025 |
| June 10, 2019 | 0% | No impact | AOL-DEF-00084176 |
| June 11, 2019 | Not listed | Not listed | N/A |
| June 12, 2019 | 0% | No impact | AOL-DEF-00084117 |
| June 13, 2019 | 0% | No impact | AOL-DEF-00084005 |
| June 14, 2019 | 0% | No impact | AOL-DEF-00084015 |
| June 15, 2019 | 0% | No impact | AOL-DEF-00083995 |
| June 16, 2019 | 0% | No impact | AOL-DEF-00084058 |
| June 17, 2019 | 0% | No impact | AOL-DEF-00083977 |
| June 18, 2019 | 0% | No impact | AOL-DEF-00084008 |
| June 19, 2019 | 0% | No impact | AOL-DEF-00362926 |
| June 20, 2019 | 0% | No impact | AOL-DEF-00084002 |
| June 21, 2019 | 0% | No impact | AOL-DEF-00083936 |
| June 22, 2019 | 0% | No impact | AOL-DEF-00083917 |
| June 23, 2019 | 0% | No impact | AOL-DEF-00083939 |
| June 24, 2019 | 0% | No impact | AOL-DEF-00523714 |
| June 25, 2019 | 0% | No impact | AOL-DEF-00083928 |
| June 26, 2019 | 0% | No impact | AOL-DEF-00523687 |
| June 27, 2019 | 0% | No impact | AOL-DEF-00523680 |
| June 28, 2019 | 0% | No impact | AOL-DEF-00523468 |
| June 29, 2019 | 0% | No impact | AOL-DEF-00523462 |
| June 30, 2019 | 0% | No impact | AOL-DEF-00035024 |

16

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| July 1, 2019 | 0% | No impact | AOL-DEF-00083448 |
|---|---|---|---|
| July 2, 2019 | 0% | No impact | AOL-DEF-00523370 |
| July 3, 2019 | 0% | No impact | AOL-DEF-00367412 |
| July 4, 2019 | 0% | No impact | AOL-DEF-00035055 |
| July 5, 2019 | 0% | No impact | AOL-DEF-00084595 |
| July 6, 2019 | 0% | No impact | AOL-DEF-00085153 |
| July 7, 2019 | 0% | No impact | AOL-DEF-00365210 |
| July 8, 2019 | 0% | No impact | AOL-DEF-00364694 |
| July 9, 2019 | 0% | No impact | AOL-DEF-00084336 |
| July 10, 2019 | 0% | No impact | AOL-DEF-00084191 |
| July 11, 2019 | 0% | No impact | AOL-DEF-00084052 |
| July 12, 2019 | 0% | No impact | AOL-DEF-00083956 |
| July 13, 2019 | 0% | No impact | AOL-DEF-00523457 |
| July 14, 2019 | 0% | No impact | AOL-DEF-00083442 |

17

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 24 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **FILED UNDER SEAL** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2   CENTER FOR CONSTITUTIONAL RIGHTS
        Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3       *bazmy@ccrjustice.org*
        Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4       *gschwarz@ccrjustice.org*
        Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5       *aguisado@ccrjustice.org*
6   666 Broadway, 7th Floor
    New York, NY 10012
7   Telephone: +1.212.614.6464
    Facsimile: +1.212.614.6499
8
9   SOUTHERN POVERTY LAW CENTER
        Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
        *sarah.rich@splcenter.org*
10      Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
        *rebecca.cassler@splcenter.org*
11  150 E. Ponce de Leon Ave., Suite 340
12  Decatur, GA 30030
    Telephone: +1.404.521.6700
13  Facsimile: +1.404.221.5857
14  AMERICAN IMMIGRATION COUNCIL
15      Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
        *kwalters@immcouncil.org*
16  1331 G St. NW, Suite 200
    Washington, D.C. 20005
17  Telephone: +1.202.507.7523
    Facsimile: +1.202.742.5619
18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 24 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

4-SER-784

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

### El Paso Port of Entry: Impact to Port Operations, 2018

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| June 16, 2018 | 50% | Negative | AOL-DEF-00273818 |
| June 17, 2018 | 80% | No impact | AOL-DEF-00273655 |
| June 18, 2018 | 78% | None | AOL-DEF-00037818 |
| June 19, 2018 | 95% | No impact | AOL-DEF-00088501 |
| June 20, 2018 | 95% | No impact | AOL-DEF-00278484 |
| June 21, 2018 | 93% | No impact | AOL-DEF-00802860 |
| June 22, 2018 | 52% | No impact | AOL-DEF-00802872 |
| June 23, 2018 | 50% | No impact | AOL-DEF-00802883 |
| June 24, 2018 | 62% | No impact | AOL-DEF-00806216 |
| June 25, 2018 | 57% | No impact | AOL-DEF-00806220 |
| June 26, 2018 | 58% | No impact | AOL-DEF-00806223 |
| June 27, 2018 | 68% | No impact | AOL-DEF-00806228 |
| June 28, 2018 | 65% | No impact | AOL-DEF-00806242 |
| June 29, 2018 | 51% | No impact | AOL-DEF-00806245 |
| June 30, 2018 | 57.4% | n/a[1] | AOL-DEF-00806096 |
| July 1, 2018 | 68.7% | No impact | AOL-DEF-00806248 |
| July 2, 2018 | 60% | No impact | AOL-DEF-00806254 |
| July 3, 2018 | 62% | No impact | AOL-DEF-00806260 |
| July 4, 2018 | 53% | No impact | AOL-DEF-00806257 |
| July 5, 2018 | 27% | No impact | AOL-DEF-00806293 |
| July 6, 2018 | 15% | No impact | AOL-DEF-00806297 |

---

[1] "n/a" means that none of the reports produced for a given date contain data regarding impact to port operations at the El Paso POE.

1

**EXHIBIT**
**163**

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| July 7, 2018 | 59% | No impact | AOL-DEF-00806300 |
| July 8, 2018 | 73% | No impact | AOL-DEF-00806303 |
| July 9, 2018 | 99% | No impact | AOL-DEF-00806315 |
| July 10, 2018 | 115% | Minimal | AOL-DEF-00806346 |
| July 11, 2018 | 111% | Minimal Impact – Queue Mitigation in Process | AOL-DEF-00806363 |
| July 12, 2018 | 80% | Minimal | AOL-DEF-00893377 |
| July 13, 2018 | 92% | Minimal | AOL-DEF-00806402 |
| July 14, 2018 | 92% | Minimal impact | AOL-DEF-00039550 |
| July 15, 2018 | 93% | Minimal Impact – Queue Mitigation in Process | AOL-DEF-00806438 |
| July 16, 2018 | 71% | No impact | AOL-DEF-00026865 |
| July 17, 2018 | 110% | Minimal impact | AOL-DEF-00048983 |
| July 18, 2018 | 110% | Minimal impact | AOL-DEF-00026873 |
| July 19, 2018 | 85% | Minimal impact | AOL-DEF-00026898 |
| July 20, 2018 | 97% | Minimal impact | AOL-DEF-00026903 |
| July 21, 2018 | 75% | Minimal impact | AOL-DEF-00893414 |
| July 22, 2018 | 102% | Queue Mitigation in Process | AOL-DEF-00806554 |
| July 23, 2018 | 103% | Queue Mitigation in Process | AOL-DEF-00026908 |
| July 24, 2018 | 75% | No impact | AOL-DEF-00026913 |
| July 25, 2018 | 78% | No impact | AOL-DEF-00026922 |
| July 26, 2018 | 18% | No impact | AOL-DEF-00026929 |
| July 27, 2018 | 77% | No impact | AOL-DEF-00026934 |
| July 28, 2018 | 75% | No impact | AOL-DEF-00893455 |

2

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|------|----------|---------------------------|--------------|
| July 29, 2018 | 110% | Minimal Impact – Queue Mitigation in Process | AOL-DEF-00806892 |
| July 30, 2018 | 114% | Minimal impact | AOL-DEF-00026939 |
| July 31, 2018 | 52% | Minimal impact | AOL-DEF-00026951 |
| August 1, 2018 | 53.9% | n/a | AOL-DEF-00806884 |
| August 2, 2018 | 57% | No impact | AOL-DEF-00026976 |
| August 3, 2018 | 53% | No impact | AOL-DEF-00027000 |
| August 4, 2018 | 59% | No impact | AOL-DEF-00806921 |
| August 5, 2018 | 90% | No impact | AOL-DEF-00806933 |
| August 6, 2018 | 94% | Minimal impact | AOL-DEF-00027005 |
| August 7, 2018 | 63% | Minimal Impact – Queue Mitigation in Process | AOL-DEF-00806945 |
| August 8, 2018 | 72% | No impact | AOL-DEF-00027806 |
| August 9, 2018 | 81% | Minimal impact | AOL-DEF-00027070 |
| August 10, 2018 | 74% | No impact | AOL-DEF-00807030 |
| August 11, 2018 | 109% | No impact | AOL-DEF-00807031 |
| August 12, 2018 | 119% | Bounda[r]y queue mitigation in progress | AOL-DEF-00807063 |
| August 13, 2018 | 47% | No impact | AOL-DEF-00027093 |
| August 14, 2018 | 58% | No impact | AOL-DEF-00027826 |
| August 15, 2018 | 52% | No impact | AOL-DEF-00027098 |
| August 16, 2018 | 90% | No impact | AOL-DEF-00027103 |
| August 17, 2018 | 103% | Minimal impact | AOL-DEF-00027112 |
| August 18, 2018 | 77% | No impact | AOL-DEF-00802586 |
| August 19, 2018 | 78.3% | n/a | AOL-DEF-00892976 |

3

***Al Otro Lado, Inc., et al. v. Wolf, et al.***, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| August 20, 2018 | 85% | No impact | AOL-DEF-00027148 |
| August 21, 2018 | 47% | No impact | AOL-DEF-00027155 |
| August 22, 2018 | 54% | No impact | AOL-DEF-00027160 |
| August 23, 2018 | 57% | No impact | AOL-DEF-00027171 |
| August 24, 2018 | 79% | No impact | AOL-DEF-00027209 |
| August 25, 2018 | 67% | No impact | AOL-DEF-00802625 |
| August 26, 2018 | 87% | No impact | AOL-DEF-00805759 |
| August 27, 2018 | 73% | No impact | AOL-DEF-00027214 |
| August 28, 2018 | 63% | No impact | AOL-DEF-00027219 |
| August 29, 2018 | 115% | No impact | AOL-DEF-00027246 |
| August 30, 2018 | 46% | No impact | AOL-DEF-00027254 |
| August 31, 2018 | 86% | No impact | AOL-DEF-00027261 |
| September 1, 2018 | 88% | No impact | AOL-DEF-00803202 |
| September 2, 2018 | 79% | No impact | AOL-DEF-00803207 |
| September 3, 2018 | 75% | No impact | AOL-DEF-00803210 |
| September 4, 2018 | 63% | No impact | AOL-DEF-00027271 |
| September 5, 2018 | 73% | No impact | AOL-DEF-00027276 |
| September 6, 2018 | 80% | No impact | AOL-DEF-00027281 |
| September 7, 2018 | 83% | No impact | AOL-DEF-00027300 |
| September 8, 2018 | 90% | No impact | AOL-DEF-00803223 |
| September 9, 2018 | 116% | No impact | AOL-DEF-00803228 |
| September 10, 2018 | 114% | Minimal impact – Queue Management in process | AOL-DEF-00027305 |
| September 11, 2018 | 90% | No impact | AOL-DEF-00027320 |

4

**Al Otro Lado, Inc., et al. v. Wolf, et al.**, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|------|----------|---------------------------|--------------|
| September 12, 2018 | 64% | No impact | AOL-DEF-00027325 |
| September 13, 2018 | 83% | No impact | AOL-DEF-00027330 |
| September 14, 2018 | 73% | No impact | AOL-DEF-00027335 |
| September 15, 2018 | 94% | No impact | AOL-DEF-00803306 |
| September 16, 2018 | 94% | No impact | AOL-DEF-00803303 |
| September 17, 2018 | 98% | No impact | AOL-DEF-00027542 |
| September 18, 2018 | 78% | No impact | AOL-DEF-00027549 |
| September 19, 2018 | 100% | No impact | AOL-DEF-00027558 |
| September 20, 2018 | 65% | No impact | AOL-DEF-00027563 |
| September 21, 2018 | 76% | No impact | AOL-DEF-00027578 |
| September 22, 2018 | 96.5% | n/a | AOL-DEF-00804555 |
| September 23, 2018 | 89.6% | n/a | AOL-DEF-00804568 |
| September 24, 2018 | 96% | No impact | AOL-DEF-00027585 |
| September 25, 2018 | 91% | No impact | AOL-DEF-00027590 |
| September 26, 2018 | 90% | No impact | AOL-DEF-00027595 |
| September 27, 2018 | 80% | No impact | AOL-DEF-00027600 |
| September 28, 2018 | 81% | No impact | AOL-DEF-00027605 |
| September 29, 2018 | 65% | n/a | AOL-DEF-00807160 |
| September 30, 2018 | 81% | No impact | AOL-DEF-00807180 |
| October 1, 2018 | 89% | No impact | AOL-DEF-00027610 |
| October 2, 2018 | 68% | No impact | AOL-DEF-00027615 |
| October 3, 2018 | 106% | No impact | AOL-DEF-00027623 |
| October 4, 2018 | 81% | No impact | AOL-DEF-00027633 |

5

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|------|----------|---------------------------|--------------|
| October 5, 2018 | 92% | No impact | AOL-DEF-00027649 |
| October 6, 2018 | 100.9% | n/a | AOL-DEF-00803852 |
| October 7, 2018 | 98.3% | n/a | AOL-DEF-00803869 |
| October 8, 2018 | 106.1% | n/a | AOL-DEF-00803896 |
| October 9, 2018 | 84% | No impact | AOL-DEF-00027656 |
| October 10, 2018 | 98% | No impact | AOL-DEF-00027667 |
| October 11, 2018 | 120% | No impact | AOL-DEF-00027674 |
| October 12, 2018 | 99% | No impact | AOL-DEF-00027679 |
| October 13, 2018 | 77% | n/a | AOL-DEF-00804617 |
| October 14, 2018 | 104% | Metering in progress | AOL-DEF-00804060 |
| October 15, 2018 | 111% | Queue Management in progress | AOL-DEF-00804124 |
| October 16, 2018 | 99% | No impact | AOL-DEF-00027689 |
| October 17, 2018 | 121% | No impact | AOL-DEF-00027702 |
| October 18, 2018 | 115% | No impact | AOL-DEF-00027707 |
| October 19, 2018 | 104% | No impact | AOL-DEF-00027712 |
| October 20, 2018 | 113% | Queue Management in progress | AOL-DEF-00804263 |
| October 21, 2018 | 132% | Queue Management in progress | AOL-DEF-00804308 |
| October 22, 2018 | 110% | No impact | AOL-DEF-00027717 |
| October 23, 2018 | 110% | No impact | AOL-DEF-00027725 |
| October 24, 2018 | 95% | No impact | AOL-DEF-00027730 |
| October 25, 2018 | 104% | No impact | AOL-DEF-00027740 |
| October 26, 2018 | 138% | No impact | AOL-DEF-00027745 |

6

***Al Otro Lado, Inc., et al. v. Wolf, et al.***, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| October 27, 2018 | 104% | No impact to operations/active queue management | AOL-DEF-00803442 |
| October 28, 2018 | 111% | Queue Management in Progress | AOL-DEF-00803450 |
| October 29, 2018 | 114% | No impact | AOL-DEF-00027750 |
| October 30, 2018 | 102% | Queue Management in Progress | AOL-DEF-00028284 |
| October 31, 2018 | 102% | Queue Management in Progress | AOL-DEF-00028282 |
| November 1, 2018 | 85% | Queue Management in Progress | AOL-DEF-00027350 |
| November 2, 2018 | 93% | Queue Management in Progress | AOL-DEF-00027371 |
| November 3, 2018 | 90% | n/a | AOL-DEF-00057083 |
| November 4, 2018 | 85.5% | n/a | AOL-DEF-00803708 |
| November 5, 2018 | 69% | Queue Management in Progress | AOL-DEF-00803774 |
| November 6, 2018 | 91% | Queue Management in Progress | AOL-DEF-00027411 |
| November 7, 2018 | 91% | Queue Management in Progress | AOL-DEF-00027437 |
| November 8, 2018 | 114% | Queue Management in Progress | AOL-DEF-00803978 |
| November 9, 2018 | 94% | Queue Management in Progress | AOL-DEF-00028307 |
| November 10, 2018 | 101% | Queue Management in Progress | AOL-DEF-00028313 |
| November 11, 2018 | 123% | Queue Management in Progress | AOL-DEF-00028314 |

7

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|------|----------|---------------------------|--------------|
| November 12, 2018 | 98% | Queue Management in Progress | AOL-DEF-00039374 |
| November 13, 2018 | 149% | Queue Management in Progress | AOL-DEF-00028318 |
| November 14, 2018 | 166% | Queue Management in Progress | AOL-DEF-00028323 |
| November 15, 2018 | 135% | Queue Management in Progress | AOL-DEF-00028328 |
| November 16, 2018 | 117% | Queue Management in Progress | AOL-DEF-00028333 |
| November 17, 2018 | 129% | Queue Management in Progress | AOL-DEF-00804354 |
| November 18, 2018 | 129% | Queue Management in Progress | AOL-DEF-00804366 |
| November 19, 2018 | 90% | No impact | AOL-DEF-00028346 |
| November 20, 2018 | 101% | Queue Management in Progress | AOL-DEF-00028351 |
| November 21, 2018 | 117% | Queue Management in Progress | AOL-DEF-00028356 |
| November 22, 2018 | 110% | Queue Management in Progress | AOL-DEF-00804448 |
| November 23, 2018 | 117% | Queue Management in Progress | AOL-DEF-00028361 |
| November 24, 2018 | 182% | Queue Management in Progress | AOL-DEF-00028366 |
| November 25, 2018 | 181% | Queue Management in Progress | AOL-DEF-00804630 |
| November 26, 2018 | 195% | Queue Management in Progress | AOL-DEF-00028386 |

8

***Al Otro Lado, Inc., et al. v. Wolf, et al.***, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|------|----------|---------------------------|--------------|
| November 27, 2018 | 199% | Queue Management in Progress | AOL-DEF-00028391 |
| November 28, 2018 | 154% | Queue Management in Progress | AOL-DEF-00028396 |
| November 29, 2018 | 146% | Queue Management in Progress | AOL-DEF-00028401 |
| November 30, 2018 | 136% | Queue Management in Progress | AOL-DEF-00028406 |
| December 1, 2018 | 172% | Queue Management in Progress | AOL-DEF-00804679 |
| December 2, 2018 | 153% | Queue Management in Progress | AOL-DEF-00804689 |
| December 3, 2018 | 153% | Queue Management in Progress | AOL-DEF-00028412 |
| December 4, 2018 | 156% | Queue Management in Progress | AOL-DEF-00028417 |
| December 5, 2018 | 110% | Queue Management in Progress | AOL-DEF-00804721 |
| December 6, 2018 | 110% | Queue Management in Progress | AOL-DEF-00028425 |
| December 7, 2018 | 110% | Queue Management in Progress | AOL-DEF-00028430 |
| December 8, 2018 | 137% | Queue Management in Progress | AOL-DEF-00804741 |
| December 9, 2018 | 146% | Queue Management in Progress | AOL-DEF-00804751 |
| December 10, 2018 | 157% | Queue Management in Progress | AOL-DEF-00028435 |
| December 11, 2018 | 158% | Queue Management in Progress | AOL-DEF-00028442 |

9

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|------|----------|---------------------------|--------------|
| December 12, 2018 | 174% | Queue Management in Progress | AOL-DEF-00028444 |
| December 13, 2018 | 165% | Queue Management in Progress | AOL-DEF-00050001 |
| December 14, 2018 | 166% | Queue Management in Progress | AOL-DEF-00028446 |
| December 15, 2018 | 152% | Queue Management in Progress | AOL-DEF-00804783 |
| December 16, 2018 | 175% | Queue Management in Progress | AOL-DEF-00804789 |
| December 17, 2018 | 177% | Queue Management in Progress | AOL-DEF-00101680 |
| December 18, 2018 | 180% | Queue Management in Progress | AOL-DEF-00047507 |
| December 19, 2018 | 157% | Queue Management in Progress | AOL-DEF-00050063 |
| December 20, 2018 | 188% | n/a | AOL-DEF-00027756 |
| December 21, 2018 | 177% | n/a | AOL-DEF-00027292 |
| December 22, 2018 | 190% | Queue Management in Progress | AOL-DEF-00804831 |
| December 23, 2018 | 147% | Queue Management in Progress | AOL-DEF-00804834 |
| December 24, 2018 | 89% | Queue Management in Progress | AOL-DEF-00804837 |
| December 25, 2018 | 64% | Queue Management in Progress | AOL-DEF-00804844 |
| December 26, 2018 | 73% | n/a | AOL-DEF-00050135 |
| December 27, 2018 | 70% | n/a | AOL-DEF-00050159 |
| December 28, 2018 | 64% | n/a | AOL-DEF-00050179 |

10

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| December 29, 2018 | 73.9% | n/a | AOL-DEF-00807636 |
| December 30, 2018 | 71.3% | n/a | AOL-DEF-00807671 |
| December 31, 2018 | 66% | n/a | AOL-DEF-00050203 |

11

1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2    *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
     (*pro hac vice*)
5    *olev@mayerbrown.com*
     Stephen M. Medlock (VA Bar No. 78819)
6    (*pro hac vice*)
     *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:   +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10    Melissa Crow (DC Bar No. 453487)
      (*pro hac vice*)
11    *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12  Washington, D.C. 20036
   Telephone: +1.202.355.4471
13  Facsimile: +1.404.221.5857

14  *Additional counsel listed on next page*
    *Attorneys for Plaintiffs*
15
                 UNITED STATES DISTRICT COURT
16
                SOUTHERN DISTRICT OF CALIFORNIA
17

18  Al Otro Lado, Inc., *et al.*,            Case No.:  17-cv-02366-BAS-KSC

19                    Plaintiffs,            **EXHIBIT 25 IN SUPPORT OF**
                                             **PLAINTIFFS' MEMORANDUM OF**
20        v.                                 **POINTS AND AUTHORITIES IN**
                                             **SUPPORT OF THEIR MOTION**
21  Chad F. Wolf,[1] *et al.*,               **FOR SUMMARY JUDGMENT**

22                    Defendants.
                                             **FILED UNDER SEAL**
23

24

25

26

27  ---
   [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary
28  McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2   CENTER FOR CONSTITUTIONAL RIGHTS
       Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3      *bazmy@ccrjustice.org*
       Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4      *gschwarz@ccrjustice.org*
       Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5      *aguisado@ccrjustice.org*
6   666 Broadway, 7th Floor
    New York, NY 10012
7   Telephone: +1.212.614.6464
    Facsimile: +1.212.614.6499
8

9   SOUTHERN POVERTY LAW CENTER
       Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
       *sarah.rich@splcenter.org*
10     Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
       *rebecca.cassler@splcenter.org*
11  150 E. Ponce de Leon Ave., Suite 340
12  Decatur, GA 30030
    Telephone: +1.404.521.6700
13  Facsimile: +1.404.221.5857

14  AMERICAN IMMIGRATION COUNCIL
       Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15     *kwalters@immcouncil.org*
16  1331 G St. NW, Suite 200
    Washington, D.C. 20005
17  Telephone: +1.202.507.7523
    Facsimile: +1.202.742.5619
18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 25 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

4-SER-797

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

### Laredo Port of Entry: Impact to Port Operations, June 17, 2018-July 15, 2019

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| June 17, 2018 | 67% | none | AOL-DEF-00037849 |
| June 18, 2018 | 28% | None | AOL-DEF-00095711 |
| June 19, 2018 | 70% | None | AOL-DEF-00095708 |
| June 20, 2018 | 56% | None | AOL-DEF-00902058 |
| June 21, 2018 | 51% | None | AOL-DEF-00095701 |
| June 22, 2018 | 27% | None | AOL-DEF-00095722 |
| June 23, 2018 | 48% | None | AOL-DEF-01037371 |
| June 24, 2018 | 51% | None | AOL-DEF-00276324 |
| June 25, 2018 | 42% | None | AOL-DEF-00902107 |
| June 26, 2018 | 46% | None | AOL-DEF-00095737 |
| June 27, 2018 | 47% | None | AOL-DEF-00095725 |
| June 28, 2018 | 48% | No Impact | AOL-DEF-00100501 |
| June 29, 2018 | 42% | None | AOL-DEF-00095728 |
| June 30, 2018 | 50% | None | AOL-DEF-00095731 |
| July 1, 2018 | 44% | None | AOL-DEF-00095740 |
| July 2, 2018 | 68% | No impact to operations - Note* Total Detainees 51-48 are /CF | AOL-DEF-00095734 |
| July 3, 2018 | 42% | None | AOL-DEF-01037549 |
| July 4, 2018 | 40% | None | AOL-DEF-00095743 |
| July 5, 2018 | 35% | None | AOL-DEF-00095752 |
| July 6, 2018 | 41% | None | AOL-DEF-00095756 |
| July 7, 2018 | 27% | None | AOL-DEF-00095747 |
| July 8, 2018 | 20% | None | AOL-DEF-00095749 |
| July 9, 2018 | 28% | None | AOL-DEF-00095759 |
| July 10, 2018 | 26% | None | AOL-DEF-00095791 |
| July 11, 2018 | 33% | None | AOL-DEF-00095804 |
| July 12, 2018 | 38% | No Impact | AOL-DEF-00100300 |
| July 13, 2018 | 45% | None | AOL-DEF-00095765 |
| July 14, 2018 | 39% | None | AOL-DEF-00095768 |
| July 15, 2018 | 40% | None | AOL-DEF-00095762 |
| July 16, 2018 | 40% | None | AOL-DEF-01037635 |
| July 17, 2018 | 46% | None | AOL-DEF-00095788 |
| July 18, 2018 | 37% | None | AOL-DEF-00095824 |
| July 19, 2018 | 26% | None | AOL-DEF-00095821 |
| July 20, 2018 | 41% | None | AOL-DEF-00095776 |
| July 21, 2018 | 26% | None | AOL-DEF-00095785 |

1

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| July 22, 2018 | 18% | None | AOL-DEF-00095797 |
| July 23, 2018 | 1% | None | AOL-DEF-00095801 |
| July 24, 2018 | 5% | None | AOL-DEF-00095773 |
| July 25, 2018 | 7% | None | AOL-DEF-00095782 |
| July 26, 2018 | 18% | None | AOL-DEF-00095779 |
| July 27, 2018 | 16% | None | AOL-DEF-00095813 |
| July 28, 2018 | 18% | None | AOL-DEF-00095794 |
| July 29, 2018 | 6% | Total detainees 9 w/ 7 CF | AOL-DEF-00095829 |
| July 30, 2018 | 8% | Total detainees 10 w/ 10 CF | AOL-DEF-00095810 |
| July 31, 2018 | 1% | None | AOL-DEF-00095807 |
| August 1, 2018 | 1% | None | AOL-DEF-00095818 |
| August 2, 2018 | 10% | No Impact | AOL-DEF-00027778 |
| August 3, 2018 | 23% | None | AOL-DEF-00280156 |
| August 4, 2018 | 14% | None | AOL-DEF-00095834 |
| August 6, 2018 | 21% | None | AOL-DEF-00095837 |
| August 7, 2018 | 9% | None | AOL-DEF-00095857 |
| August 8, 2018 | 6% | None | AOL-DEF-00095840 |
| August 9, 2018 | 13% | None | AOL-DEF-00276329 |
| August 10, 2018 | 16% | None | AOL-DEF-00095873 |
| August 11, 2018 | 32% | None | AOL-DEF-00095871 |
| August 12, 2018 | 24% | None | AOL-DEF-00095882 |
| August 13, 2018 | 15% | None | AOL-DEF-00095892 |
| August 14, 2018 | 11% | None | AOL-DEF-00095894 |
| August 15, 2018 | 14% | None | AOL-DEF-00095896 |
| August 16, 2018 | 11% | None | AOL-DEF-00095902 |
| August 17, 2018 | 3% | None | AOL-DEF-00095898 |
| August 18, 2018 | 10% | None | AOL-DEF-00095900 |
| August 19, 2018 | 26% | None | AOL-DEF-00095906 |
| August 20, 2018 | 6% | None | AOL-DEF-00095904 |
| August 21, 2018 | 6% | None | AOL-DEF-00095911 |
| August 22, 2018 | 5% | None | AOL-DEF-00095927 |
| August 23, 2018 | 22% | None | AOL-DEF-00095930 |
| August 24, 2018 | 36% | None | AOL-DEF-00190153 |
| August 25, 2018 | 37% | None | AOL-DEF-00190158 |
| August 26, 2018 | 18% | None | AOL-DEF-00190155 |
| August 27, 2018 | 19% | None | AOL-DEF-00190161 |

2

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
Fed. R. Evid. 1006 Summary Exhibit

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| August 28, 2018 | 39% | No Impact | AOL-DEF-00027912 |
| August 29, 2018 | 14% | None | AOL-DEF-00190167 |
| August 30, 2018 | 22% | None | AOL-DEF-00190165 |
| August 31, 2018 | 42% | None | AOL-DEF-01038374 |
| September 1, 2018 | 20% | None | AOL-DEF-00190174 |
| September 2, 2018 | 10% | None | AOL-DEF-00190179 |
| September 3, 2018 | 15% | None | AOL-DEF-00190172 |
| September 4, 2018 | 15% | None | AOL-DEF-00190177 |
| September 5, 2018 | 17% | None | AOL-DEF-00190184 |
| September 6, 2018 | 13% | None | AOL-DEF-01038443 |
| September 7, 2018 | 14% | None | AOL-DEF-01038447 |
| September 8, 2018 | 14% | None | AOL-DEF-01038457 |
| September 9, 2018 | 14% | None | AOL-DEF-01038461 |
| September 10, 2018 | 10% | None | AOL-DEF-00190197 |
| September 11, 2018 | 12% | None | AOL-DEF-01038510 |
| September 12, 2018 | 18% | None | AOL-DEF-01038539 |
| September 13, 2018 | 20% | None | AOL-DEF-00095844 |
| September 14, 2018 | 22% | None | AOL-DEF-00095853 |
| September 15, 2018 | 32% | None | AOL-DEF-00095842 |
| September 16, 2018 | 24% | None | AOL-DEF-00095851 |
| September 17, 2018 | 14% | None | AOL-DEF-00095847 |
| September 18, 2018 | 18% | None | AOL-DEF-00095849 |
| September 19, 2018 | 23% | None | AOL-DEF-01037820 |
| September 20, 2018 | 15% | None | AOL-DEF-00095855 |
| September 21, 2018 | 25% | None | AOL-DEF-00095876 |
| September 22, 2018 | 10% | None | AOL-DEF-00095859 |
| September 23, 2018 | 23% | None | AOL-DEF-00095868 |
| September 24, 2018 | 44% | None | AOL-DEF-00095862 |
| September 25, 2018 | 34% | None | AOL-DEF-00095865 |
| September 26, 2018 | 30% | None | AOL-DEF-00095887 |
| September 27, 2018 | 42% | None | AOL-DEF-00095884 |
| September 28, 2018 | 31% | None | AOL-DEF-00095879 |
| September 29, 2018 | 38% | None | AOL-DEF-00095889 |
| September 30, 2018 | 18% | None | AOL-DEF-00095915 |
| October 1, 2018 | 29% | None | AOL-DEF-00190340 |
| October 2, 2018 | 36% | None | AOL-DEF-00190359 |
| October 3, 2018 | 47% | None | AOL-DEF-00190345 |
| October 4, 2018 | 46% | None | AOL-DEF-00190356 |

3

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| October 5, 2018 | 47% | None | AOL-DEF-00190349 |
| October 6, 2018 | 52% | None | AOL-DEF-00280177 |
| October 7, 2018 | 56% | None | AOL-DEF-00095913 |
| October 8, 2018 | 49% | None | AOL-DEF-00190347 |
| October 9, 2018 | 38% | None | AOL-DEF-01039210 |
| October 10, 2018 | 38% | None | AOL-DEF-00190291 |
| October 11, 2018 | 37% | None | AOL-DEF-00190361 |
| October 12, 2018 | 42% | None | AOL-DEF-01039233 |
| October 13, 2018 | 40% | None | AOL-DEF-01039249 |
| October 14, 2018 | 29% | None | AOL-DEF-00190299 |
| October 15, 2018 | 38% | None | AOL-DEF-01039292 |
| October 16, 2018 | 26% | No impact to Operations *Total Detainees 37/32 are CF* | AOL-DEF-00190296 |
| October 17, 2018 | 32% | No impact to Operations - Note* Total Detainees 40/40 are CF | AOL-DEF-00190317 |
| October 18, 2018 | 29% | No impact to Operations - Note* Total Detainees 37 / 36 are CF | AOL-DEF-00040457 |
| October 19, 2018 | 32% | None | AOL-DEF-00190314 |
| October 20, 2018 | 35% | None | AOL-DEF-00190305 |
| October 21, 2018 | 38% | None | AOL-DEF-00095917 |
| October 22, 2018 | 29% | None | AOL-DEF-00095925 |
| October 23, 2018 | 39% | None | AOL-DEF-00040454 |
| October 24, 2018 | 40% | None | AOL-DEF-00190353 |
| October 25, 2018 | 26% | No impact to Operations Note** Total Detainees 30/32 are CF | AOL-DEF-00190311 |
| October 26, 2018 | 23% | No impact to Operations Note ** Total Detainees 29/35 are CF | AOL-DEF-00190320 |
| October 27, 2018 | 32% | None | AOL-DEF-00280174 |
| October 28, 2018 | 29% | No impact to operations - Note* Total Detainees 39/36 are CF | AOL-DEF-00190332 |
| October 29, 2018 | 16% | No impact to operations - Note* Total Detainees 22/20 are CF | AOL-DEF-00190323 |

4

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| October 30, 2018 | 38% | No impact to operations - Note* Total Detainees 48/48 are CF | AOL-DEF-00190363 |
| October 31, 2018 | 35% | No impact to operations - Note* Total Detainees 48 / 44 are CF | AOL-DEF-00040460 |
| November 1, 2018 | 54% | No impact to operations - Note* Total Detainees 42 / 38 are CF | AOL-DEF-00040462 |
| November 2, 2018 | 28% | None | AOL-DEF-00190326 |
| November 3, 2018 | 45% | None | AOL-DEF-00190335 |
| November 4, 2018 | 25% | None | AOL-DEF-00190329 |
| November 5, 2018 | 44% | None | AOL-DEF-00190351 |
| November 6, 2018 | 36% | No impact to operations - Note* Total Detainees 45/39 are CF | AOL-DEF-00190342 |
| November 7, 2018 | 51% | No impact to operations - Note* Total Detainees 64/64 are CF | AOL-DEF-00190337 |
| November 8, 2018 | 34% | No impact to operations - Note* Total detainees 43/37 are CF | AOL-DEF-00381969 |
| November 9, 2018 | 42% | No impact to operations - Note* Total Detainees 52/49 are CF | AOL-DEF-00101317 |
| November 10, 2018 | 29% | No impact to operations - Note* Total Detainees 36/11 are CF | AOL-DEF-00101323 |
| November 11, 2018 | 41% | No impact to operations | AOL-DEF-00101314 |
| November 12, 2018 | 35% | No impact to operations. | AOL-DEF-00101320 |
| November 13, 2018 | 43% | None | AOL-DEF-00039022 |
| November 14, 2018 | 44% | No impact to operations. | AOL-DEF-00101331 |
| November 15, 2018 | 32% | None | AOL-DEF-00101328 |
| November 16, 2018 | 30% | None | AOL-DEF-00101185 |
| November 17, 2018 | 54% | None | AOL-DEF-00101158 |
| November 18, 2018 | 40% | None | AOL-DEF-00101167 |
| November 19, 2018 | 33% | No impact to operations- Note* Total Detainees 41/ are CF 23 | AOL-DEF-00101155 |

5

***Al Otro Lado, Inc., et al. v. Wolf, et al.***, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|------|----------|---------------------------|--------------|
| November 20, 2018 | 46% | No impact to operations. | AOL-DEF-00101164 |
| November 21, 2018 | 31% | No impact to operations. | AOL-DEF-00101161 |
| November 22, 2018 | 37% | None | AOL-DEF-00101170 |
| November 23, 2018 | 35% | None | AOL-DEF-00101173 |
| November 24, 2018 | 36% | None | AOL-DEF-00101176 |
| November 25, 2018 | 44% | None | AOL-DEF-00101036 |
| November 26, 2018 | 45% | None | AOL-DEF-00101190 |
| November 27, 2018 | 41% | No impact to operations - Note* Total Detainees 51/ are CF 50 | AOL-DEF-00101182 |
| November 29, 2018 | 42% | No impact to operations- Note* Total Detainees 53/ are CF 49 | AOL-DEF-00101179 |
| November 30, 2018 | 45% | No impact to operations. | AOL-DEF-00101039 |
| December 1, 2018 | 33% | | AOL-DEF-00038921 |
| December 2, 2018 | 34% | [nothing listed] | AOL-DEF-00900075 |
| December 3, 2018 | 35% | No impact to operations. - Note* Total Detainees 44/39 are CF | AOL-DEF-00900088 |
| December 4, 2018 | 27% | No impact to operations. - Note* Total Detainees 34/31 are CF | AOL-DEF-00038925 |
| December 5, 2018 | 34% | No impact to operations - Note*Total Detainees 43 / 43 are CF | AOL-DEF-00039002 |
| December 6, 2018 | 31% | No impact to operations - Note* Total Detainees 39 / 35 are CF | AOL-DEF-00039016 |
| December 7, 2018 | 38% | No impact to operations- Note* Total Detainees 47/28 are CF | AOL-DEF-00101196 |
| December 8, 2018 | 48% | No impact to operations. | AOL-DEF-00101042 |
| December 9, 2018 | 36% | No impact to operations. | AOL-DEF-00039004 |
| December 10, 2018 | 44% | No impact to operations. | AOL-DEF-00101193 |
| December 11, 2018 | 42% | No impact to operations. | AOL-DEF-00101188 |
| December 12, 2018 | 21% | No impact to operations | AOL-DEF-00101204 |
| December 13, 2018 | 40% | None | AOL-DEF-00101216 |
| December 14, 2018 | 34% | None | AOL-DEF-00101221 |
| December 15, 2018 | 36% | None | AOL-DEF-00101201 |

6

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| December 16, 2018 | 38% | No impact to operations. | AOL-DEF-00101048 |
| December 17, 2018 | 29% | No impact to operations. | AOL-DEF-00101213 |
| December 18, 2018 | 34% | No impact to operations. | AOL-DEF-00101045 |
| December 19, 2018 | 22% | No impact to operations. | AOL-DEF-00038931 |
| December 20, 2018 | 20% | No impact to operations. | AOL-DEF-00038923 |
| December 21, 2018 | 43% | No impact to operations. | AOL-DEF-00038927 |
| December 22, 2018 | 38% | No impact to operations. | AOL-DEF-00039010 |
| December 23, 2018 | 34% | No impact to operations. | AOL-DEF-00101199 |
| December 24, 2018 | 22% | No impact to operations. | AOL-DEF-00101207 |
| December 25, 2018 | 34% | No impact to operations. | AOL-DEF-00101210 |
| December 26, 2018 | 38% | No impact to operations. | AOL-DEF-00101233 |
| December 27, 2018 | 41% | No impact to operations. | AOL-DEF-00101218 |
| December 28, 2018 | 26% | No impact to operations. | AOL-DEF-00039020 |
| December 29, 2018 | 38% | No impact to operations. | AOL-DEF-00039018 |
| December 30, 2018 | 35% | No impact to operations. | AOL-DEF-00039014 |
| December 31, 2018 | 30% | No impact to operations. | AOL-DEF-00101224 |
| January 1, 2019 | 38% | No Impact to Port Operations | AOL-DEF-00101236 |
| January 2, 2019 | 50% | No Impact to Port Operations | AOL-DEF-00101238 |
| January 3, 2019 | 39% | No impact to Port Operations | AOL-DEF-00101231 |
| January 4, 2019 | 20% | No Impact to Port Operations | AOL-DEF-00101240 |
| January 5, 2019 | 21% | No Impact to Port Operations | AOL-DEF-00101245 |
| January 6, 2019 | 35% | No Impact to Port Operations | AOL-DEF-00101243 |
| January 7, 2019 | 42% | No Impact to Port Operations | AOL-DEF-00101264 |
| January 8, 2019 | 34% | No Impact to Port Operations. | AOL-DEF-00101254 |
| January 9, 2019 | 44% | No Impact to Port Operations | AOL-DEF-00101250 |
| January 10, 2019 | 33% | No Impact to Port Operations | AOL-DEF-00101270 |
| January 11, 2019 | 30% | No Impact to Port Operations | AOL-DEF-00101258 |

7

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| January 12, 2019 | 19% | No Impact to Port Operations | AOL-DEF-00101261 |
| January 13, 2019 | 35% | No Impact to Port Operations | AOL-DEF-00101266 |
| January 14, 2019 | 37% | No Impact to Port Operations | AOL-DEF-00101278 |
| January 15, 2019 | 37% | No Impact to Port Operations | AOL-DEF-00101284 |
| January 16, 2019 | 40% | No Impact to Port Operations | AOL-DEF-00101272 |
| January 17, 2019 | 18% | No Impact to Port Operations | AOL-DEF-00101281 |
| January 18, 2019 | 36% | No Impact to Port Operations | AOL-DEF-00101308 |
| January 19, 2019 | 34% | No Impact to Port Operations | AOL-DEF-00101311 |
| January 20, 2019 | 33% | No Impact to Port Operations | AOL-DEF-00101296 |
| January 21, 2019 | 42% | No Impact to Port Operations | AOL-DEF-00101290 |
| January 22, 2019 | 33% | No Impact to Port Operations | AOL-DEF-00101287 |
| January 23, 2019 | 42% | No Impact to Port Operations | AOL-DEF-00101299 |
| January 24, 2019 | 30% | No Impact to Port Operations | AOL-DEF-00101293 |
| January 25, 2019 | 33% | No Impact to Port Operations | AOL-DEF-00101305 |
| January 26, 2019 | 42% | No Impact to Port Operations | AOL-DEF-00281831 |
| January 27, 2019 | 36% | No Impact to Port Operations | AOL-DEF-00379331 |
| January 28, 2019 | 45% | No Impact to Port Operations | AOL-DEF-00101326 |
| January 29, 2019 | 50% | No Impact to Port Operations | AOL-DEF-00101302 |
| January 30, 2019 | 41% | No Impact to Port Operations | AOL-DEF-00922902 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|------|----------|---------------------------|--------------|
| January 31, 2019 | 52% | No Impact to Port Operations | AOL-DEF-00101051 |
| February 1, 2019 | 50% | No Impact to Port Operations | AOL-DEF-00038937 |
| February 2, 2019 | 37% | No Impact to Port Operations | AOL-DEF-00038929 |
| February 3, 2019 | 34% | No Impact to Port Operations | AOL-DEF-00101057 |
| February 4, 2019 | 39% | No impact to Port Operations. | AOL-DEF-00194778 |
| February 5, 2019 | 49% | No impact to Port Operations. | AOL-DEF-00038940 |
| February 6, 2019 | 48% | No Impact to Port Operations | AOL-DEF-00101054 |
| February 7, 2019 | 51% | No Impact to Port Operations | AOL-DEF-00194829 |
| February 8, 2019 | 41% | No Impact to Port Operations | AOL-DEF-00101066 |
| February 9, 2019 | 43% | No Impact to Port Operations | AOL-DEF-00101063 |
| February 10, 2019 | 46% | No impact to Port Operations | AOL-DEF-00101060 |
| February 11, 2019 | 44% | None | AOL-DEF-00101069 |
| February 12, 2019 | 50% | None | AOL-DEF-00101072 |
| February 13, 2019 | 50% | None | AOL-DEF-00101079 |
| February 14, 2019 | 54% | None | AOL-DEF-00101087 |
| February 15, 2019 | 29% | No Impact to Port Operations | AOL-DEF-00101098 |
| February 16, 2019 | 41% | No Impact to Port Operations | AOL-DEF-00101095 |
| February 17, 2019 | 31% | No Impact to Port Operations | AOL-DEF-00195358 |
| February 18, 2019 | 41% | No Impact to Port Operations | AOL-DEF-00101090 |
| February 19, 2019 | 42% | No Impact to Port Operations. | AOL-DEF-00101101 |
| February 20, 2019 | 37% | No Impact to Port Operations. | AOL-DEF-00101093 |
| February 21, 2019 | 52% | None | AOL-DEF-00101104 |

9

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
Fed. R. Evid. 1006 Summary Exhibit

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| February 22, 2019 | 54% | No Impact to Port Operations. | AOL-DEF-00101107 |
| February 23, 2019 | 46% | No Impact to Port Operations | AOL-DEF-00195472 |
| February 24, 2019 | 56% | No Impact to Port Operations. | AOL-DEF-00101119 |
| February 25, 2019 | 48% | No Impact to Port Operations | AOL-DEF-00194610 |
| February 26, 2019 | 38% | No Impact to Port Operations | AOL-DEF-00101122 |
| February 27, 2019 | 38% | No Impact to Port Operations | AOL-DEF-00101143 |
| February 28, 2019 | 38% | No Impact to Port Operations | AOL-DEF-00101134 |
| March 1, 2019 | 36% | No Impact to Port Operations | AOL-DEF-00101137 |
| March 2, 2019 | 48% | No Impact to Port Operations | AOL-DEF-00101140 |
| March 3, 2019 | 36% | No Impact to Port Operations | AOL-DEF-00101146 |
| March 4, 2019 | 41% | No Impact to Port Operations | AOL-DEF-00101149 |
| March 5, 2019 | 44% | No Impact to Port Operations. | AOL-DEF-00101152 |
| March 6, 2019 | 54% | No Impact to Port Operations | AOL-DEF-00101356 |
| March 7, 2019 | 56% | No Impact to Port Operations | AOL-DEF-00101347 |
| March 8, 2019 | 53% | No Impact to Port Operations | AOL-DEF-00101344 |
| March 9, 2019 | 47% | No Impact to Port Operations | AOL-DEF-00101359 |
| March 10, 2019 | 38% | No Impact to Port Operations | AOL-DEF-00101350 |
| March 11, 2019 | 34% | No Impact to Port Operations | AOL-DEF-00101341 |
| March 12, 2019 | 37% | No Impact to Port Operations | AOL-DEF-00101362 |

10

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| March 13, 2019 | 48% | No Impact to Port Operations | AOL-DEF-00101353 |
| March 14, 2019 | 40% | None | AOL-DEF-00189985 |
| March 15, 2019 | 52% | No impact to Port Operations | AOL-DEF-00189991 |
| March 16, 2019 | 49% | No impact to Port Operations | AOL-DEF-00189993 |
| March 17, 2019 | 52% | No impact to Port Operations | AOL-DEF-00189996 |
| March 18, 2019 | 47% | No impact to Port Operations | AOL-DEF-00189999 |
| March 19, 2019 | 23% | No impact to Port Operations | AOL-DEF-00190004 |
| March 20, 2019 | 42% | No impact to Port Operations | AOL-DEF-00190006 |
| March 21, 2019 | 33% | No impact to Port Operations | AOL-DEF-00282710 |
| March 22, 2019 | 41% | No impact to Port Operations | AOL-DEF-00194945 |
| March 23, 2019 | 37% | No impact to Port Operations | AOL-DEF-00194962 |
| March 24, 2019 | 46% | No impact to Port Operations | AOL-DEF-00186932 |
| March 25, 2019 | 39% | No impact to Port Operations | AOL-DEF-00193932 |
| March 26, 2019 | 47% | No impact to Port Operations | AOL-DEF-00193892 |
| March 27, 2019 | 43% | No Impact to Port Operations | AOL-DEF-00698918 |
| March 28, 2019 | 46% | No Impact to Port Operations | AOL-DEF-00698921 |
| March 29, 2019 | 37% | No impact to Port Operations | AOL-DEF-00041435 |
| March 30, 2019 | 46% | No impact to Port Operations | AOL-DEF-00194922 |
| March 31, 2019 | 43% | No impact to Port Operations | AOL-DEF-00186939 |
| April 1, 2019 | 36% | No impact to Port Operations | AOL-DEF-00193784 |

11

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| April 2, 2019 | 46% | No impact to Port Operations | AOL-DEF-00193700 |
| April 3, 2019 | 40% | No impact to Port Operations | AOL-DEF-00184984 |
| April 4, 2019 | 42% | [nothing listed] | AOL-DEF-00087286 |
| April 5, 2019 | 38% | No impact to Port Operations | AOL-DEF-00184991 |
| April 6, 2019 | 46% | No impact to Port Operations | AOL-DEF-00184999 |
| April 7, 2019 | 39% | No impact to Port Operations | AOL-DEF-00185002 |
| April 8, 2019 | 36% | No impact to Port Operations | AOL-DEF-00385255 |
| April 9, 2019 | 24% | No impact to Port Operations | AOL-DEF-00185008 |
| April 10, 2019 | 40% | No impact to Port Operations | AOL-DEF-00185011 |
| April 11, 2019 | 48% | No impact to Port Operations | AOL-DEF-00171363 |
| April 12, 2019 | 36% | No impact to Port Operations | AOL-DEF-00185018 |
| April 13, 2019 | 38% | No impact to Port Operations | AOL-DEF-00190012 |
| April 14, 2019 | 47% | No impact to Port Operations | AOL-DEF-00194452 |
| April 15, 2019 | 54% | No impact to Port Operations | AOL-DEF-00190023 |
| April 16, 2019 | 45% | No impact to Port Operations | AOL-DEF-00186956 |
| April 17, 2019 | 43% | No impact to Port Operations | AOL-DEF-00186963 |
| April 18, 2019 | 38% | No impact to Port Operations | AOL-DEF-00186953 |
| April 19, 2019 | 46% | No impact to Port Operations | AOL-DEF-00186968 |
| April 20, 2019 | 49% | No impact to Port Operations. | AOL-DEF-00041297 |
| April 21, 2019 | 53% | No impact to Port Operations | AOL-DEF-00186966 |

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, **3:2017-cv-02366 (S.D. Cal.)**
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|------|----------|---------------------------|--------------|
| April 22, 2019 | 49% | No impact to Port Operations | AOL-DEF-00279978 |
| April 23, 2019 | 40% | No impact to Port Operations | AOL-DEF-00186970 |
| April 24, 2019 | 36% | No impact to Port Operations | AOL-DEF-00193662 |
| April 25, 2019 | 40% | [nothing listed] | AOL-DEF-00087670 |
| April 29, 2019 | 39% | [nothing listed] | AOL-DEF-00087608 |
| April 30, 2019 | 30% | [nothing listed] | AOL-DEF-00086640 |
| May 1, 2019 | 30% | [nothing listed] | AOL-DEF-00086969 |
| May 2, 2019 | 38% | [nothing listed] | AOL-DEF-00086900 |
| May 3, 2019 | 44% | No impact to Port Operations | AOL-DEF-00082849 |
| May 4, 2019 | 0% | No impact to Port Operations. | AOL-DEF-00082277 |
| May 5, 2019 | 0% | No impact to Port Operations. | AOL-DEF-00082274 |
| May 6, 2019 | 63% | [nothing listed] | AOL-DEF-00086662 |
| May 7, 2019 | 38% | [nothing listed] | AOL-DEF-00087013 |
| May 8, 2019 | 46% | [nothing listed] | AOL-DEF-00087047 |
| May 9, 2019 | 59% | [nothing listed] | AOL-DEF-00086887 |
| May 10, 2019 | 34% | [nothing listed] | AOL-DEF-00086530 |
| May 13, 2019 | 34% | [nothing listed] | AOL-DEF-00088460 |
| May 14, 2019 | 57% | [nothing listed] | AOL-DEF-00086596 |
| May 15, 2019 | 51% | [nothing listed] | AOL-DEF-00086862 |
| May 16, 2019 | 56% | [nothing listed] | AOL-DEF-00088416 |
| May 17, 2019 | 42% | [nothing listed] | AOL-DEF-00087003 |
| May 20, 2019 | 42% | [nothing listed] | AOL-DEF-00086775 |
| May 21, 2019 | 58% | [nothing listed] | AOL-DEF-00088443 |
| May 22, 2019 | 51% | [nothing listed] | AOL-DEF-00087060 |
| May 23, 2019 | 62% | [nothing listed] | AOL-DEF-00087023 |
| May 24, 2019 | 58% | [nothing listed] | AOL-DEF-00085953 |
| May 27, 2019 | 52% | [nothing listed] | AOL-DEF-00085890 |
| May 28, 2019 | 45% | [nothing listed] | AOL-DEF-00085906 |
| May 29, 2019 | 48% | [nothing listed] | AOL-DEF-00085929 |
| May 30, 2019 | 53% | [nothing listed] | AOL-DEF-00085916 |
| May 31, 2019 | 50% | [nothing listed] | AOL-DEF-00085865 |
| June 3, 2019 | 47% | [nothing listed] | AOL-DEF-00085820 |

13

*Al Otro Lado, Inc., et al. v. Wolf, et al.*, 3:2017-cv-02366 (S.D. Cal.)
**Fed. R. Evid. 1006 Summary Exhibit**

| Date | Capacity | Impact to Port Operations | Bates Number |
|---|---|---|---|
| June 5, 2019 | 54% | [nothing listed] | AOL-DEF-00085718 |
| June 6, 2019 | 44% | [nothing listed] | AOL-DEF-00085836 |
| June 7, 2019 | 52% | [nothing listed] | AOL-DEF-00085757 |
| June 10, 2019 | 49% | [nothing listed] | AOL-DEF-00085786 |
| June 11, 2019 | 47% | [nothing listed] | AOL-DEF-00085700 |
| June 12, 2019 | 38% | [nothing listed] | AOL-DEF-00085652 |
| June 13, 2019 | 47% | [nothing listed] | AOL-DEF-00085738 |
| June 14, 2019 | 17% | [nothing listed] | AOL-DEF-00085767 |
| June 17, 2019 | 37% | [nothing listed] | AOL-DEF-00085685 |
| June 18, 2019 | 40% | [nothing listed] | AOL-DEF-00086313 |
| June 19, 2019 | 25% | [nothing listed] | AOL-DEF-00086284 |
| June 20, 2019 | 46% | [nothing listed] | AOL-DEF-00086339 |
| June 21, 2019 | 44% | [nothing listed] | AOL-DEF-00086326 |
| June 24, 2019 | 42% | [nothing listed] | AOL-DEF-00086297 |
| June 25, 2019 | 41% | [nothing listed] | AOL-DEF-00086162 |
| June 26, 2019 | 30% | [nothing listed] | AOL-DEF-00086190 |
| June 27, 2019 | 48% | [nothing listed] | AOL-DEF-00086222 |
| June 28, 2019 | 36% | [nothing listed] | AOL-DEF-00086117 |
| July 1, 2019 | 36% | [nothing listed] | AOL-DEF-00086082 |
| July 2, 2019 | 47% | [nothing listed] | AOL-DEF-00086149 |
| July 3, 2019 | 49% | [nothing listed] | AOL-DEF-00086046 |
| July 5, 2019 | 30% | [nothing listed] | AOL-DEF-00086029 |
| July 8, 2019 | 56% | [nothing listed] | AOL-DEF-00085977 |
| July 9, 2019 | 38% | [nothing listed] | AOL-DEF-00086455 |
| July 10, 2019 | 27% | [nothing listed] | AOL-DEF-00086382 |
| July 11, 2019 | 29% | [nothing listed] | AOL-DEF-00086367 |
| July 12, 2019 | 34% | [nothing listed] | AOL-DEF-00086353 |
| July 15, 2019 | 12% | [nothing listed] | AOL-DEF-00086468 |

14

1  MAYER BROWN LLP
      Matthew H. Marmolejo (CA Bar No. 242964)
2     *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4     Ori Lev (DC Bar No. 452565)
      (*pro hac vice*)
5     *olev@mayerbrown.com*
      Stephen M. Medlock (VA Bar No. 78819)
6     (*pro hac vice*)
      *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:   +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10    Melissa Crow (DC Bar No. 453487)
      (*pro hac vice*)
11    *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*
15
                    **UNITED STATES DISTRICT COURT**
16
                 **SOUTHERN DISTRICT OF CALIFORNIA**
17

18 Al Otro Lado, Inc., *et al.*,               Case No.:  17-cv-02366-BAS-KSC

19                     Plaintiffs,             **EXHIBIT 29 IN SUPPORT OF**
                                               **PLAINTIFFS' MEMORANDUM OF**
20        v.                                   **POINTS AND AUTHORITIES IN**
                                               **SUPPORT OF THEIR MOTION**
21 Chad F. Wolf,[1] *et al.*,                  **FOR SUMMARY JUDGMENT**

22                     Defendants.
                                               **FILED UNDER SEAL**
23

24

25

26

27 _____
   [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary
28 McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2  CENTER FOR CONSTITUTIONAL RIGHTS
      Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3     *bazmy@ccrjustice.org*
      Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4     *gschwarz@ccrjustice.org*
      Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5     *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
6  New York, NY 10012
   Telephone: +1.212.614.6464
7  Facsimile: +1.212.614.6499

8
   SOUTHERN POVERTY LAW CENTER
9     Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
      *sarah.rich@splcenter.org*
10    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
      *rebecca.cassler@splcenter.org*
11 150 E. Ponce de Leon Ave., Suite 340
   Decatur, GA 30030
12 Telephone: +1.404.521.6700
   Facsimile: +1.404.221.5857
13

14 AMERICAN IMMIGRATION COUNCIL
      Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15    *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
16 Washington, D.C. 20005
   Telephone: +1.202.507.7523
17 Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 29 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

4-SER-813

**From:** HOOD, ROBERT W
**Sent:** Friday, March 25, 2016 11:11 AM
**To:** COOK, VERNON
**CC:** SALAZAR, DAVID A; AKI, SIDNEY K; KOSEOR, RYAN M; CASTILLO, MOISES; MARIN, MARIZA; KIRKMAN, JOSEPH E; HOOD, ROBERT W
**Subject:** RE: Due NLT 12:00 pm Friday March 25th -Commissioner's Management Staff - OMM #5 (OFO)

**Importance:** High

Vernon,

We will activate our Overflow Contingency plan in the AEU SOP. [                                                                    DP                    ]

**DP**

## 1   Overflow Contingency Plan

1.1   In instances where the maximum capacity of [        LE        ] is reached, an Overflow Contingency plan will be activated:

- Notify the WC and draft all eligible personnel.
- Activate the Old Port for a THA Family Units and low-risk detainees (capacity 150 detainees).
- Activate 2nd Floor AEU for low FAMU (capacity 49 detainees).
- Ensure no UAC's or Adult males are moved to the THA.
- Notify the WC and APD that the contingency plan will be activated.
- Assign a minimum of two DCO's (more if warranted) to each overflow area.
- Ensure two Supervisors (one on the desk and one roving) are assigned per shift.
- Screen the rack and pull any cases eligible for a streamlined Withdrawal in accordance with Field Office SOP 09-03.
- ▮▮▮▮▮▮▮▮▮
- Contact area Ports and request assistance via Virtual Processing (VP).
- Contact Calexico Port of Entry WC– Request help with processing Expedited Removals, Withdrawals and Credible fear claim cases. [                LE                ]
  [   LE   ]
- Contact OIC at 'Barracks 5' (BK5) – Request any bed space or even a holding room BK5 if available [   LE   ]
  [  LE  ]
- Contact Correctional Alternatives Incorporated (CAI 30-40 males) and Casa San Juan (CSJ 30 - 40 females) for movement and temporary housing for low risk males and low risk females respectively. (Before placing a female at Casa San Juan the female must be cleared for Tuberculosis.  The number of detainees housed offsite will be determined by Management based on the Quarterly budget).
- Request expedited ICE/ERO transportation of detainees to stage at the San Luis Facility for placement nationwide.

---

**From:** COOK, VERNON
**Sent:** Thursday, March 24, 2016 7:25 AM
**To:** CASTILLO, MOISES ◄▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮►; KOSEOR, RYAN M ◄▮▮▮▮▮▮▮
**Cc:** SALAZAR, DAVID A ◄▮▮▮▮▮▮▮▮▮▮▮; HOOD, ROBERT W ◄
**Subject:** FW: Due NLT 12:00 pm Friday March 25th -Commissioner's Management Staff - OMM #5 (OFO)

**DP**

Vernon Cook
San Diego, Field Office
▮▮▮▮▮▮▮▮▮

---

**From:** ARMIJO, JOHNNY L
**Sent:** Thursday, March 24, 2016 5:49 AM
**To:** COOK, VERNON
**Cc:** GRANADOS, ANDREA M; FLORES, PETE ROMERO
**Subject:** FW: Due NLT 12:00 pm Friday March 25th -Commissioner's Management Staff - OMM #5 (OFO)

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00237660

Good morning, Vernon.

We have another incoming tasking with a short fuse; see below.

---

**From:** GOLDSBERRY, SHERRY L
**Sent:** Thursday, March 24, 2016 11:50:58 AM
**To:** SKINNER, BRADD M.; BRUMFIELD, BONITA; HIGGERSON, DAVID P; LONGORIA, FRANK S; MARES, LIZET M; RAMOS, JOE G; Skinner, Bradd; AVEITIA, PATRICIA; BROWN, FRANCIS D; CLEAVES, SAMUEL B; MANCHA, HECTOR; PROVENCIO, RAY; SAINDON, CHRISTOPHER; BROOKS, WILLIAM K; HUMPHRIES, MICHAEL W; JANKOWSKI, MARK J; TONG, JAMES Y; ARMIJO, JOHNNY L; BRINTON, WALTER A; FLORES, PETE ROMERO; HENNING, PAUL R
**Cc:** GOLDSBERRY, SHERRY L; O'DONNELL, MARTIN E; OFO-FIELD LIAISON; GONZALEZ, JOE V
**Subject:** Due NLT 12:00 pm Friday March 25th -Commissioner's Management Staff - OMM #5 (OFO)

Good morning Field Offices,



Thank you,

**Sherry Goldsberry**
Branch Chief
U.S. Customs and Border Protection
Office of Field Operations
Field Liaison Division
Unclass:
HSDN:
NOC:s
JWICS:
Desk:
Field Liaison Main Office:
Fax:
BB:



**Warning:** This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. State and local Homeland security officials may share this document with authorized security personnel without further approval from DHS.

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 38 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **FILED UNDER SEAL** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2  CENTER FOR CONSTITUTIONAL RIGHTS
       Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3      *bazmy@ccrjustice.org*
       Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4      *gschwarz@ccrjustice.org*
       Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5      *aguisado@ccrjustice.org*
6  666 Broadway, 7th Floor
   New York, NY 10012
7  Telephone: +1.212.614.6464
   Facsimile: +1.212.614.6499
8
9  SOUTHERN POVERTY LAW CENTER
       Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
       *sarah.rich@splcenter.org*
10     Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
       *rebecca.cassler@splcenter.org*
11 150 E. Ponce de Leon Ave., Suite 340
   Decatur, GA 30030
12 Telephone: +1.404.521.6700
   Facsimile: +1.404.221.5857
13

14 AMERICAN IMMIGRATION COUNCIL
       Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15     *kwalters@immcouncil.org*
16 1331 G St. NW, Suite 200
   Washington, D.C. 20005
17 Telephone: +1.202.507.7523
   Facsimile: +1.202.742.5619
18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 38 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

4-SER-817

**From:** HOOD, ROBERT W
**Sent:** Wednesday, May 25, 2016 2:29 PM
**To:** AKI, SIDNEY K
**CC:** CASTILLO, MOISES; MARIN, MARIZA; HOOD, ROBERT W
**Subject:** Haitian Processing Action Plan
**Attachments:** Haitian Processing Action Plan.docx

**Importance:** High

Sir,

Below is our initial Haitian Processing Action plan:

**Situational Summary:** There has been a significant increase in Haitians requesting asylum and/or Temporary Protected Status at the POE. The current surge of Haitians has created lengthy detentions and undesirable conditions at the POE. Limited space, movement and placement of Haitians and lone males and females by ICE/ERO has also created cramped conditions for detainees. As such, management has identified the need for an off-site processing center with a large capacity to process and house detainees until ICE/ERO can move them NTA-Release with ATD.

Currently San Ysidro and Otay Mesa have 533 detainees on site with 340 in the Asylum Line for a total of **873**. Approximately 700 of the total detainees on site are Haitians. Currently there are 31 detainees at Barracks 5, seven (7) at Brown Field Station, and four (4) at Imperial Beach Station.

**Action Plan:** Process and house Haitian detainees at Brown Field Station, with the potential to house up to 400 detainees.

**Staffing:**
Eight officers and one Supervisor will be assigned per shift. The AEU supervisor will prepare the daily schedules for this location and coordinate with Miami Field Office for Virtual Processing with Creole speakers.

- Two (2) officers will intake and fingerprint.
- Two (2) officers will prep cases.
- Three (3) officers will process cases.
- One (1) officer will serve as the detention control officer and will take care of the detainee's needs.
- One (1) supervisor will be assigned to supervise the team and review case files.

Three (3) officers have been identified who speak Creole and will be assigned to conduct interviews. Miami has identified 20 officers who speak Creole and will schedule Virtual Processing of Haitians with the team assigned to Brown Field Station. Brown Field Station has 13 work stations and 3 IAFIS machines.

**Meals:**
Detainees will be fed breakfast, lunch and dinner (delivered by Quality Coast Inc.). The AEU duty supervisors will be responsible for coordinating with the off-site supervisor to ensure that sufficient meals are on hand.

- Additionally, juice, water and snacks will be readily available on site.
- Water will be delivered to the station as needed.
- The port will provide blankets for all detainees held at Brown Field Station.

**Transportation:**
Transportation of detainees between the POE and Brown Field will be coordinated by AEU and a dedicated transportation team of officers comprised of A-TCET, SRT and ATU. The transportation team will take Haitian detainees directly from the Asylum line and transport. Each detainee will be patted down for weapons prior to getting into the bus or van. Once at the station, detainees will receive a full pat down and an Appendix D will be completed by the transport team.

AEU is attempting to obtain a bus to transport Haitians directly from the Asylum Line to Brown Field Station. If a bus is obtained, the team will transport 40+ Haitians per trip with three (3) officers. If not, four (4) vans with two officers each (8) will be used to transport 12 per van load.

**Communication:** phones and contact numbers:
AEU Duty Supervisors: ███████
BC Marin: ███████

Highly Confidential/Attorneys' Eyes Only   AOL-DEF-00243099

WC Castillo 
Brown Field

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00243100

4-SER-819

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 54 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **FILED UNDER SEAL** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2  CENTER FOR CONSTITUTIONAL RIGHTS
       Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3       *bazmy@ccrjustice.org*
       Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4       *gschwarz@ccrjustice.org*
       Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5       *aguisado@ccrjustice.org*
    666 Broadway, 7th Floor
6   New York, NY 10012
    Telephone: +1.212.614.6464
7   Facsimile: +1.212.614.6499

8
    SOUTHERN POVERTY LAW CENTER
9       Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
       *sarah.rich@splcenter.org*
10      Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
       *rebecca.cassler@splcenter.org*
11  150 E. Ponce de Leon Ave., Suite 340
    Decatur, GA 30030
12  Telephone: +1.404.521.6700
    Facsimile: +1.404.221.5857
13

14  AMERICAN IMMIGRATION COUNCIL
       Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15      *kwalters@immcouncil.org*
    1331 G St. NW, Suite 200
16  Washington, D.C. 20005
    Telephone: +1.202.507.7523
17  Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 54 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 64 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **FILED UNDER SEAL** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 64 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

4-SER-825

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


_____
                              )
AL OTRO LADO, INC., et al.,   )
                              )
        Plaintiffs,           ) Case Number:
                              )
vs.                           ) 17-cv-02366-BAS-KSC
                              )
CHAD F. WOLF, et al.,         )
                              )
        Defendants.           )
_____ )


** CONFIDENTIAL **


DEPOSITION OF SCOTT GLABE

As 30(b)(6) Designee of

U.S. DEPARTMENT OF HOMELAND SECURITY

(Via videoconference)

Washington, DC

July 1, 2020



Reported by:  John L. Harmonson, RPR

Job No. 596757



Page 2

1

2

3

4

5                                    July 1, 2020

6                                    9:56 a.m.

7

8

9       Deposition of SCOTT GLABE, as 30(b)(6)

10   designee of the U.S. Department of Homeland

11   Security, taken via videoconference with all

12   parties appearing remotely, pursuant to the

13   Federal Rules of Civil Procedure, subject to such

14   stipulations as may be recited herein or attached

15   hereto, before John L. Harmonson, a Registered

16   Professional Reporter and Notary Public of the

17   District of Columbia, who officiated in

18   administering the oath to the witness.

19

20

21

22



Page 3

```
 1              A P P E A R A N C E S
 2
 3   On behalf of the Plaintiffs:
 4        MAYER BROWN, LLP
          1999 K Street, NW
 5        Washington, DC  20006
          202.263.3000
 6        (Via videoconference)
          BY:  STEPHEN M. MEDLOCK, ESQ.
 7             smedlock@mayerbrown.com
 8
 9
10   On behalf of the Defendants:
11        U.S. DEPARTMENT OF JUSTICE
          Office of Immigration Litigation
12        Ben Franklin Station, P.O. Box 868
          Washington, DC  20044
13        202.598.8259
          (Via videoconference)
14        BY:  KATHERINE J. SHINNERS, ESQ.
               ARI NAZAROV, ESQ.
15             LOUISA SLOCUM, ESQ.
               katherine.j.shinners@usdoj.gov
16
17        U.S. DEPARTMENT OF HOMELAND SECURITY
          Office of the Inspector General
18        395 E Street, SW
          Washington, DC  20024
19        (Via videoconference)
          BY:  JILLIAN CLOUSE, ESQ.
20             jillian.clouse@oig.dhs.gov
21
22
```



4-SER-828

Page 4

1                    APPEARANCES (Cont.'d)

2

3          U.S. DEPARTMENT OF HOMELAND SECURITY

           2707 Martin Luther King Jr. Avenue, SE

4          Washington, DC  20032

           (Via videoconference)

5          BY:  AMBER NAPOLITANO, ESQ.

                amber.napolitano@hq.dhs.gov

6

7

8    ALSO PRESENT (via videoconference):

9          KEVIN CRANFORD, Webex Technician

10         NOAH FOX, Videographer

11

12

13

14

15

16

17

18

19

20

21

22



Page 5

```
 1                    EXAMINATION INDEX
 2    WITNESS                                    PAGE
 3    SCOTT GLABE
 4      Examination by Mr. Medlock                 9
 5      Examination by Ms. Shinners              182
 6                        * * *
 7
 8                      EXHIBIT INDEX
 9    EXHIBIT NO.                                PAGE
10    Exhibit 320  Notice of Rule 30(b)(6)        17
11                 Deposition
12    Exhibit 321  World Bank report "Rapidly     66
13                 Assessing the Impact of
14                 Hurricane Matthew in Haiti"
15    Exhibit 322  E-mails, beginning Bates       67
16                 AOL-DEF-00802340
17    Exhibit 323  E-mails, beginning Bates       78
18                 AOL-DEF-00258173
19    Exhibit 324  PowerPoint:  U.S. Customs and  86
20                 Border Protection Crisis Action
21                 Team, November 29, 2016, Bates
22                 AOL-DEF-00815563
```



Page 112

1   decision-making on putting the Nogales processing

2   center on hold?

3         MS. SHINNERS:  Object to the scope.

4         You can answer.

5         THE WITNESS:  I don't recall doing so,

6      no.

7   BY MR. MEDLOCK:

8      Q.    So as you sit here today, you don't

9   know whether DHS might have been involved in the

10  decision-making on putting the Nogales processing

11  center on hold until further notice; is that

12  right?

13     A.    That's correct.

14     Q.    So we have now looked at a series of

15  exhibits that occurred -- decisions that were

16  made or reported out within a week after the

17  results of the presidential election in the

18  United States were announced on November 8, 2016.

19  And these e-mails show that on November 9, 2016,

20  an internal CBP e-mail reported the fact that the

21  El Centro processing facility would be put on

22  hold on November 10, 2016.  The secretary of



Page 113

1    Homeland Security, Jeh Johnson, approved

2    expanding the ports of entry in Texas.  And on

3    November 15, 2016, the decision was made to put

4    the Nogales processing center on hold.  Is that

5    correct, sir?

6              MS. SHINNERS:  Object; argumentative.

7         Object to the characterization.

8              You can answer.

9              THE WITNESS:  Sorry, could you repeat

10        the question?

11             MR. MEDLOCK:  I probably couldn't if I

12        tried.  How about the court reporter read it

13        back?

14             (The record was read back by the

15        reporter as follows:

16             "Question:  So we have now looked at a

17        series of exhibits that occurred --

18        decisions that were made or reported out

19        within a week after the results of the

20        presidential election in the United States

21        were announced on November 8, 2016.  And

22        these e-mails show that on November 9, 2016,



Page 114

1    an internal CBP e-mail reported the fact

2    that the El Centro processing facility would

3    be put on hold on November 10, 2016.  The

4    secretary of Homeland Security, Jeh Johnson,

5    approved expanding the ports of entry in

6    Texas.  And on November 15, 2016, the

7    decision was made to put the Nogales

8    processing center on hold.  Is that correct,

9    sir?")

10        MS. SHINNERS:  Objection.  Same

11    objections, and also compound.

12        THE WITNESS:  Should I --

13        MS. SHINNERS:  Yes, you should answer.

14        THE WITNESS:  Since it's a multipart

15    question, let me try my best with a

16    multipart answer here.

17        So one, just as a technical matter, I

18    believe the first part referred to the

19    presidential election results being

20    announced on November 8th, and I think that

21    another document we looked at earlier, a New

22    York Times article from November 9th, made



Page 115

1      reference to the then candidate Clinton

2      conceding on or about 3:00 a.m. on the 9th.

3      So I believe -- and I guess the results

4      would have been announced on a rolling basis

5      on the 8th and 9th, but I believe the

6      overall results of the election weren't

7      known until the morning of November 9th.

8           Setting that aside, I think we've

9      discussed three different -- three different

10     determinations that were made, all based on

11     sort of internal CBP documents.  One

12     referenced sort of putting on hold the El

13     Centro facility.  Again, as we discussed

14     previously, that was on November 9th.  The

15     e-mail says the information was communicated

16     on November 9th.  I'm unclear when the

17     decision was made.

18          The second was with respect to

19     metering in Texas, and the CBP records

20     indicate that it was approved at the

21     department level by then Secretary Johnson,

22     and I have no reason to dispute that but



Page 116

1       would just highlight the CBP

2       characterization -- the headquarters

3       characterization.

4              And then the third piece that we just

5       discussed was with reference to Nogales

6       which is explicitly characterized as a CBP

7       determination rather than a DHS

8       determination.

9              And then while true that this is sort

10      of a matter and the calendar and the clock,

11      each of the three things that we've

12      discussed occurred in the sort of --

13      occurred or were communicated in the

14      November 9th to I believe it was

15      November 15th time frame.  I'm not aware of

16      the connection between -- either in the

17      documents or otherwise between those --

18      those actions taken by President Obama's DHS

19      and CBP leadership and the fact of a

20      presidential election on November 8th.

21             MR. MEDLOCK:  Okay.  We've been going

22      for a little over an hour.  Do you want to



Page 117

1      take a quick break?

2              THE WITNESS:  Sure.

3              MS. SHINNERS:  That's fine with me.

4              MR. MEDLOCK:  Why don't we go off the

5      record.

6              THE TECHNICIAN:  We are going off the

7      record.  The time is now 2:27.

8              (Recess taken.)

9              THE TECHNICIAN:  We are back on the

10      record.  The time is now 2:42.

11  BY MR. MEDLOCK:

12      Q.    Sir, I would like to shift gears for a

13  moment.  Are you aware that in April 2018 Todd

14  Owen issued a memorandum containing metering

15  guidance to the directors of field operations at

16  OFO?

17              MS. SHINNERS:  And just for the

18      record -- go ahead.

19  BY MR. MEDLOCK:

20      Q.    I just couldn't hear your answer.  Was

21  that a yes?

22      A.    I know Katie was trying to jump in, so



1  MAYER BROWN LLP
   Matthew H. Marmolejo (CA Bar No. 242964)
2  *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4  Ori Lev (DC Bar No. 452565)
   (*pro hac vice*)
5  *olev@mayerbrown.com*
   Stephen M. Medlock (VA Bar No. 78819)
6  (*pro hac vice*)
   *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:  +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10 Melissa Crow (DC Bar No. 453487)
   (*pro hac vice*)
11 *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857
14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*
15
               UNITED STATES DISTRICT COURT
16
              SOUTHERN DISTRICT OF CALIFORNIA
17
18 Al Otro Lado, Inc., *et al.*,        Case No.:  17-cv-02366-BAS-KSC

19              Plaintiffs,        **EXHIBIT 68 IN SUPPORT OF**
                                   **PLAINTIFFS' MEMORANDUM OF**
20      v.                         **POINTS AND AUTHORITIES IN**
                                   **SUPPORT OF THEIR MOTION**
21 Chad F. Wolf,[1] *et al.*,      **FOR SUMMARY JUDGMENT**

22              Defendants.
                                   **FILED UNDER SEAL**
23
24
25
26
27 _____
   [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary
28 McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 68 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

4-SER-837

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
    *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 68 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

4-SER-838

**From:** MCALEENAN, KEVIN K
**Sent:** Friday, November 11, 2016 2:48 PM
**To:** Owen, Todd C (AC OFO); WAGNER, JOHN P
**Subject:** Metering in TX

EAC/DEAC,
Just wanted to touch base directly because I'm not sure it was conveyed with full clarity from CAT.  C1 and I briefed S1 that we wanted to increase efforts to meter arrivals of non-UAC, non-Mexican CF cases mid-bridge.  If INAMI is not willing to help, we will push up to the line and hold them back there.  This will be mostly CENTAM families.  Please advise if you have concerns and let me know how implementation goes.
KM

EXHIBIT
**328**

Confidential

AOL-DEF-00353880

4-SER-839

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 69 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **FILED UNDER SEAL** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2    CENTER FOR CONSTITUTIONAL RIGHTS
         Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3        *bazmy@ccrjustice.org*
         Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4        *gschwarz@ccrjustice.org*
         Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5        *aguisado@ccrjustice.org*
     666 Broadway, 7th Floor
6    New York, NY 10012
     Telephone: +1.212.614.6464
7    Facsimile: +1.212.614.6499

8

9    SOUTHERN POVERTY LAW CENTER
         Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
         *sarah.rich@splcenter.org*
10       Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
         *rebecca.cassler@splcenter.org*
11   150 E. Ponce de Leon Ave., Suite 340
12   Decatur, GA 30030
     Telephone: +1.404.521.6700
13   Facsimile: +1.404.221.5857

14   AMERICAN IMMIGRATION COUNCIL
         Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15       *kwalters@immcouncil.org*
16   1331 G St. NW, Suite 200
     Washington, D.C. 20005
17   Telephone: +1.202.507.7523
     Facsimile: +1.202.742.5619
18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 69 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

4-SER-841

**From:** MCALEENAN, KEVIN K
**Sent:** Friday, November 11, 2016 3:00 PM
**To:** Owen, Todd C (AC OFO); WAGNER, JOHN P
**Subject:** RE: Metering in TX

Thanks. The implementation here is subject to your discretion and theirs (and PDs') on what will work best operationally and whether it is required on any given day or any specific location. We should try to bring INAMI on board with us and certainly give them a heads up. I just want our folks to have an additional tool to keep conditions safe and working at our POEs. Thanks Todd

---

**From:** Owen, Todd C (AC OFO)
**Sent:** Friday, November 11, 2016 2:55:27 PM
**To:** MCALEENAN, KEVIN K; WAGNER, JOHN P
**Subject:** RE: Metering in TX

Deputy, we are on board with the metering. Wanted to express this verbally with the SWB DFOs as opposed to a written record. I thought we had advised them via telephone last night to start, and that this would be among the various custody issues to discuss in more depth next week.
We will call the 4 DFOs right now.

Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs & Border Protection

---

From: MCALEENAN, KEVIN K
Sent: Friday, November 11, 2016 7:48:19 PM
To: Owen, Todd C (AC OFO); WAGNER, JOHN P
Subject: Metering in TX

EAC/DEAC,
Just wanted to touch base directly because I'm not sure it was conveyed with full clarity from CAT. CI and I briefed SI that we wanted to increase efforts to meter arrivals of non-UAC, non-Mexican CF cases mid-bridge. If INAMI is not willing to help, we will push up to the line and hold them back there. This will be mostly CENTAM families. Please advise if you have concerns and let me know how implementation goes.
KM

EXHIBIT

**167**

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00272935

1    MAYER BROWN LLP
       Matthew H. Marmolejo (CA Bar No. 242964)
2      *mmarmolejo@mayerbrown.com*
     350 S. Grand Avenue
3    25th Floor
     Los Angeles, CA 90071-1503
4      Ori Lev (DC Bar No. 452565)
       (*pro hac vice*)
5      *olev@mayerbrown.com*
       Stephen M. Medlock (VA Bar No. 78819)
6      (*pro hac vice*)
       *smedlock@mayerbrown.com*
7    1999 K Street, N.W.
     Washington, D.C. 20006
8    Telephone:  +1.202.263.3000
     Facsimile:   +1.202.263.3300
9
     SOUTHERN POVERTY LAW CENTER
10     Melissa Crow (DC Bar No. 453487)
       (*pro hac vice*)
11     *melissa.crow@splcenter.org*
     1101 17th Street, N.W., Suite 705
12   Washington, D.C. 20036
     Telephone: +1.202.355.4471
13   Facsimile: +1.404.221.5857

14   *Additional counsel listed on next page*
     *Attorneys for Plaintiffs*
15
                 UNITED STATES DISTRICT COURT
16
                SOUTHERN DISTRICT OF CALIFORNIA
17
18   Al Otro Lado, Inc., *et al.*,            Case No.:  17-cv-02366-BAS-KSC

19                    Plaintiffs,             **EXHIBIT 70 IN SUPPORT OF
                                              PLAINTIFFS' MEMORANDUM OF
20         v.                                 POINTS AND AUTHORITIES IN
                                              SUPPORT OF THEIR MOTION
21   Chad F. Wolf,[1] *et al.*,               FOR SUMMARY JUDGMENT**

22                    Defendants.
                                              **FILED UNDER SEAL**
23

24

25

26

27   _____
     [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary
28   McAleenan pursuant to Fed. R. Civ. P. 25(d).

                                              EXHIBIT 70 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
                                                    POINTS AND AUTHORITIES IN SUPPORT OF THEIR
                                                                MOTION FOR SUMMARY JUDGMENT

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 70 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

**From:** BROOKS, WILLIAM K
**Sent:** Friday, November 11, 2016 6:55 PM
**To:** TFO PORT DIRECTOR APD; TFO DISTRIBUTION
**Subject:** Metering Flow

Today I received the following guidance from HQ.

HQ asked that each Port management work with their Mexican counterparts to meter the follow of Haitians, South and Central Americans. While this is being done for Haitians at most locations it is not so for South and Central Americans. If Mexico does not assist, the following actions are authorized.

If the Port has exceeded it's capacity the Port Director has the authorization to return the individuals claiming fear without valid entry documents to Mexico with an alternate date and time to return. This includes family units, but DOES NOT include unaccompanied juveniles nor citizens of Mexico claiming fear.

Each Port is responsible for developing a system to track the returns along with their scheduled return date and time.

If the Port Director determines that metering needs to be done, the DFO must be notified immediately.

If you have any questions, please contact me.

Confidential

AOL-DEF-01266662

1    MAYER BROWN LLP
        Matthew H. Marmolejo (CA Bar No. 242964)
2        *mmarmolejo@mayerbrown.com*
     350 S. Grand Avenue
3    25th Floor
     Los Angeles, CA 90071-1503
4        Ori Lev (DC Bar No. 452565)
         (*pro hac vice*)
5        *olev@mayerbrown.com*
         Stephen M. Medlock (VA Bar No. 78819)
6        (*pro hac vice*)
         *smedlock@mayerbrown.com*
7    1999 K Street, N.W.
     Washington, D.C. 20006
8    Telephone:  +1.202.263.3000
     Facsimile:   +1.202.263.3300
9
     SOUTHERN POVERTY LAW CENTER
10       Melissa Crow (DC Bar No. 453487)
         (*pro hac vice*)
11       *melissa.crow@splcenter.org*
     1101 17th Street, N.W., Suite 705
12   Washington, D.C. 20036
     Telephone: +1.202.355.4471
13   Facsimile: +1.404.221.5857

14   *Additional counsel listed on next page*
     *Attorneys for Plaintiffs*
15
                 **UNITED STATES DISTRICT COURT**
16
                **SOUTHERN DISTRICT OF CALIFORNIA**
17

18   Al Otro Lado, Inc., *et al.*,            Case No.:  17-cv-02366-BAS-KSC

19                     Plaintiffs,            **EXHIBIT 83 IN SUPPORT OF**
                                              **PLAINTIFFS' MEMORANDUM OF**
20           v.                               **POINTS AND AUTHORITIES IN**
                                              **SUPPORT OF THEIR MOTION**
21   Chad F. Wolf,[1] *et al.*,               **FOR SUMMARY JUDGMENT**

22                     Defendants.
23                                            **FILED UNDER SEAL**

24

25

26

27   ―――――――――――
     [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary
28   McAleenan pursuant to Fed. R. Civ. P. 25(d).

                                    EXHIBIT 83 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
                                           POINTS AND AUTHORITIES IN SUPPORT OF THEIR
                                                    MOTION FOR SUMMARY JUDGMENT

1

2   CENTER FOR CONSTITUTIONAL RIGHTS
     Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3     *bazmy@ccrjustice.org*
     Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4     *gschwarz@ccrjustice.org*
     Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5     *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
6   New York, NY 10012
   Telephone: +1.212.614.6464
7   Facsimile: +1.212.614.6499

8

9   SOUTHERN POVERTY LAW CENTER
     Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
10     *sarah.rich@splcenter.org*
     Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
11     *rebecca.cassler@splcenter.org*
   150 E. Ponce de Leon Ave., Suite 340
12   Decatur, GA 30030
   Telephone: +1.404.521.6700
13   Facsimile: +1.404.221.5857

14   AMERICAN IMMIGRATION COUNCIL
     Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15     *kwalters@immcouncil.org*
   1331 G St. NW, Suite 200
16   Washington, D.C. 20005
   Telephone: +1.202.507.7523
17   Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 83 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

4-SER-847

**From:** HOFFMAN, TODD A
**Sent:** Friday, April 27, 2018 10:08 AM
**To:** FLORES, PETE ROMERO; HIGGERSON, DAVID P; MANCHA, HECTOR; RAMIREZ, GUADALUPE H
**CC:** HOWE, RANDY J; DRAGANAC, JOSEPH; CAMPBELL, CARL S; HUTTON, JAMES R
**Subject:** FW: Metering Guidance Memo
**Attachments:** Metering Guidance Memo.pdf

**EXHIBIT**

Number 269    6/10/2020

Directors,

Please see the attached processing guidance during surge events.

MEMORANDUM FOR:      See Distribution

FROM:                Todd C. Owen
                     Executive Assistant Commissioner
                     Office of Field Operations

SUBJECT:             Metering Guidance

When necessary or appropriate to facilitate orderly processing and maintain the security of the port and safe and sanitary conditions for the traveling public, DFOs may elect to meter the flow of travelers at the land border to take into account the port's processing capacity. Depending on port configuration and operating conditions, the DFO may establish and operate physical access controls at the borderline, including as close to the U.S.-Mexico border as operationally feasible. DFOs may not create a line specifically for asylum-seekers only, but could, for instance, create lines based on legitimate operational needs, such as lines for those with appropriate travel documents and those without such documents.

Ports should inform the waiting travelers that processing at the port is currently at capacity and CBP is permitting travelers to enter the port once there is sufficient space and resources to process them. At no point may an officer discourage a traveler from waiting to be processed, claiming fear of return, or seeking any other protection. Officers may not provide tickets or appointments or otherwise schedule any person for entry. Once a traveler is in the United States, he or she must be fully processed.

INAMI has, at times, elected to conduct exit controls at some locations in Mexico to limit the throughput of travelers into the United States. DFOs should be particularly aware of any INAMI controls that are preventing U.S. citizens, LPRs, or Mexican nationals (some of whom may intend to claim fear) from entering the United States, and should work with INAMI, as appropriate, to address such concerns.

Please ensure that this memorandum is disseminated to all ports of entry within your area of responsibility. Should you have any questions or require additional information, please contact Mr. Todd A. Hoffman, Executive Director, APP, a███████████

Distribution:      Director, Field Operations, El Paso
                   Director, Field Operations, Laredo
                   Director, Field Operations, San Diego
                   Director, Field Operations, Tucson

Confidential                                                                          AOL-DEF-00091332

1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2    *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
     (*pro hac vice*)
5    *olev@mayerbrown.com*
     Stephen M. Medlock (VA Bar No. 78819)
6    (*pro hac vice*)
     *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:   +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10   Melissa Crow (DC Bar No. 453487)
     (*pro hac vice*)
11   *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*
15
                **UNITED STATES DISTRICT COURT**
16
               **SOUTHERN DISTRICT OF CALIFORNIA**
17

18 | Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |

19            Plaintiffs,         **EXHIBIT 89 IN SUPPORT OF**
                                  **PLAINTIFFS' MEMORANDUM OF**
20      v.                        **POINTS AND AUTHORITIES IN**
                                  **SUPPORT OF THEIR MOTION**
21 Chad F. Wolf,[1] *et al.*,     **FOR SUMMARY JUDGMENT**

22            Defendants.
                                  **FILED UNDER SEAL**
23

24

25

26

27 ──────────────────
   [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary
28 McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2   CENTER FOR CONSTITUTIONAL RIGHTS
        Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3       *bazmy@ccrjustice.org*
        Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4       *gschwarz@ccrjustice.org*
        Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5       *aguisado@ccrjustice.org*
    666 Broadway, 7th Floor
6   New York, NY 10012
    Telephone: +1.212.614.6464
7   Facsimile: +1.212.614.6499

8
    SOUTHERN POVERTY LAW CENTER
9       Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
        *sarah.rich@splcenter.org*
10      Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
        *rebecca.cassler@splcenter.org*
11  150 E. Ponce de Leon Ave., Suite 340
    Decatur, GA 30030
12  Telephone: +1.404.521.6700
    Facsimile: +1.404.221.5857
13

14  AMERICAN IMMIGRATION COUNCIL
        Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15      *kwalters@immcouncil.org*
16  1331 G St. NW, Suite 200
    Washington, D.C. 20005
17  Telephone: +1.202.507.7523
    Facsimile: +1.202.742.5619
18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 89 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

4-SER-850

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 98 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>**FILED UNDER SEAL** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 98 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

4-SER-863

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
    *bazmy@ccrjustice.org*
    Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
    *gschwarz@ccrjustice.org*
    Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
    *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
    *sarah.rich@splcenter.org*
    Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
    *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
    Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
    *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 98 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

4-SER-864

U.S. Department of Homeland Security
Washington, DC 20528



Homeland
Security

June 5, 2018

MEMORANDUM FOR:    Kevin K. McAleenan
                   Commissioner
                   U.S. Customs and Border Protection

FROM:              Kirstjen M. Nielsen
                   Secretary

SUBJECT:           Prioritization-Based Queue Management

While enhancing border security at and between our Southwest Border ports of entry and increasing our effectiveness at identifying and interdicting threats, apprehensions of those crossing our border illegally between the ports of entry and the number of arriving aliens determined to be inadmissible at ports of entry continue to rise.

At the same time, U.S. Customs and Border Protection's (CBP) resources remain strained along the Southwest Border. Inadmissible arriving aliens presenting at ports of entry, many of whom arrive without possessing appropriate travel and identity documents required by law, such as a visa and passport, require additional processing time that delays the flow of legitimate trade and travel. In many cases, CBP officers must take sworn statements from those individuals, which requires a substantial amount of time and resources.

CBP must focus on its primary mission: to protect the American public from dangerous people and materials while enhancing our economic competitiveness through facilitating legitimate trade and travel. As we strengthen our screening and vetting across multiple agencies to identify potential threats before they impact the United States, we continue to face a multi-faceted and dispersed terrorist adversary. In Fiscal Year 2017, CBP officers at our land ports of entry found 335 individuals inadmissible who were on the terrorist watchlist, and have already had 70 such encounters in the first quarter of 2018. Furthermore, on a typical day, CBP arrests 21 wanted criminals at our ports of entry. The officers at our ports must be vigilant about identifying national security and public safety threats above all others and denying entry to those who might do us harm.

Particularly, I am concerned by increasing seizures of illicit narcotics across all categories— especially methamphetamine and synthetic opioids such as fentanyl.

EXHIBIT NO. 39
Dec. 13, 201?

FOR OFFICIAL USE ONLY

Prioritization-based Queue Management
Page 2

| | Drug Type (lbs) | FY 2017 (May 16th) | FY 2018 (May 16th) | % Change |
|---|---|---|---|---|
| **Inbound Narcotics Seizures** | Methamphetamine | 23,318.59 | 37,584.20 | 61.18% |
| | Heroin | 1,820.03 | 2,769.16 | 52.15% |
| | Fentanyl | 771.22 | 827.18 | 7.26% |

CBP must prioritize resources to intercept illicit drugs that have no place in a safe society. Security in border communities and beyond is threatened by transnational criminal organizations transferring drugs and currency across our borders.

We know from experience that seizures of illicit narcotics inbound and the outbound currency that sustains transnational criminal organizations both increase when inadmissible arriving aliens, particularly those without documents, are down. For example, during Fiscal Year 2017, when our ports of entry saw a 25 percent decrease in migrant crossings and processing from the year before, seizures of outbound currency increased by 37 percent.

| | FY 2016 | | FY 2017 | | % Change |
|---|---|---|---|---|---|
| | Incidents | USD | Incidents | USD | |
| **Outbound Currency Interdictions** | 1,047 | $28,371,089 | 1,233 | $38,996,437 | 37.45% |

CBP personnel and resources that would otherwise be deployed to process inadmissible arriving aliens can focus on the detection and apprehension of narcotics and currency smugglers.

CBP must protect the economic security of the United States by enforcing trade laws and protecting legitimate commerce. Seizures of shipments that violate intellectual property rights increased by eight percent in Fiscal Year 2017 over the previous fiscal year, and if those seized items had been genuine, the total estimated manufacturer's suggested retail price would have been more than $1.2 billion. CBP officers must be able to focus on identifying fake and dangerous goods, as well as invasive pests, through the cargo processing and agriculture inspection efforts that protect the American economy.

Finally, continued efficient transit for vetted trade partners and trusted travelers must be a priority. Approximately 545,000 passengers and pedestrians pass through our Southwest Border ports of entry every day, as well as 214,000 privately owned vehicles. The vast majority of that traffic is legitimate and necessary, and border communities and our larger economy rely on their efficient processing.

The processing of travelers without documentation draws resources away from CBP's fundamental responsibilities. The number of inadmissible persons arriving at ports of entry has risen by 62 percent in the last three months, when compared to the same three months of the previous fiscal year:

FOR OFFICIAL USE ONLY

Confidential

AOL-DEF-00273295

Prioritization-based Queue Management
Page 3

| Fiscal Period | All Inadmissibles |
|---------------|-------------------|
| February 2017 | 12,078 |
| March 2017 | 13,079 |
| April 2017 | 12,531 |
| February 2018 | 17,862 |
| March 2018 | 22,513 |
| April 2018 | 20,956 |

Moreover, staffing at Southwest Border ports of entry is below our target levels for almost all major ports, and our officers are increasingly working extensive overtime hours each pay period, leading to increased fatigue and stress on the workforce. At several of the largest ports of entry, upwards of 10 percent of the CBP officer workforce are engaged in immigration secondary screening and processing functions, primarily addressing persons presenting without documents sufficient for admission or other lawful entry.

While we address these staffing concerns, we remain focused on accomplishing the mission. In recognition of (1) the continued prevalence of security threats, (2) the dire consequences of illicit narcotics on our communities (especially the devastating opioid epidemic), (3) the staffing and resource challenges summarized above, and (4) the increase of irregular migration flows, I direct you to initiate a 30-day pilot program to prioritize staffing and operations in accordance with the following order of priority at all Southwest Border ports of entry:

1. **National security efforts:** detecting public safety and identifying potential security threats, such as known or suspected terrorists, members of transnational criminal organizations, and other violent actors.
2. **Counter-narcotics operations:** targeting and examining increasing numbers of conveyances and travelers for potential smuggling of illicit narcotics.
3. **Economic security:** trade and cargo processing efforts to facilitate lawful commerce into the United States, while enforcing trade laws, protecting agriculture, and addressing anticompetitive elements in the supply chain.
4. **Trade and travel facilitation:** managing flows of people and goods at pedestrian and vehicle lanes of entry for U.S. citizens, lawful permanent residents, Border Crossing Card and visa holders, and others presenting documents sufficient for admission or other lawful entry into the United States, while detecting fraudulent documents.

Processing persons without documents required by law for admission arriving at the Southwest Border remains a component of CBP's mission, but priority should be given to the efforts described above in the prescribed order. Field leaders have the discretion to allocate resources and staffing dedicated to any areas of enforcement and trade facilitation not covered by the above priorities and queue management process based on the availability of resources and holding capacity at the local port level. Depending on port configuration and operating conditions, Directors of Field Operations may establish and operate physical access controls at the borderline, including as close to the U.S.-Mexico border as operationally feasible. DFOs may create lines based on legitimate operational needs, such as lines for those with appropriate travel documents and those without such documents. As in all operations, the safety of employees and the public is paramount in operational decisions.

FOR OFFICIAL USE ONLY

Confidential

MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 100 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **FILED UNDER SEAL** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 100 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

4-SER-869

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA


AL OTRO LADO, INC., et al.,  §

                                   §

       Plaintiffs,         §

                                     §

vs.                         § CAUSE NO. 17-CV-02366-BAS-KSC

                                     §

KEVIN K. McALEENAN, et al.,  §

                                     §

       Defendants.        §


ORAL VIDEOTAPED DEPOSITION

MR. FRANK S. LONGORIA, JR.

June 18, 2020


     ORAL VIDEOTAPED DEPOSITION OF MR. FRANK S.
LONGORIA, JR., produced as a witness at the instance
of the Plaintiffs and duly sworn, was taken in the
above-styled and numbered cause on June 18, 2020,
from 11:50 a.m. to 5:47 p.m., before Michelle
Hartman, Certified Shorthand Reporter in and for the
State of Texas and Registered Professional Reporter,
reported by computerized stenotype machine via a Zoom
videoconference, pursuant to the California Rules of
Civil Procedure and the provisions stated on the
record or attached hereto.



```
                                                          Page 2
 1                      APPEARANCES
 2
 3    FOR THE PLAINTIFFS:
 4         Mr. Angelo Guisado
           CENTER FOR CONSTITUTIONAL RIGHTS
 5         666 Broadway
           7th Floor
 6         New York, New York 10012
           Telephone: 212-614-6454
 7         E-mail: aguisado@ccrjustice.org
      and
 8         Ms. Sarah Rich
           SOUTHERN POVERTY LAW CENTER
 9         1101 17th Street, N.W.
           Suite 705
10         Washington, D.C. 20036
           Telephone:  202-355-4471
11         E-mail:  sarah.rich@splcenter.org
12    FOR THE DEFENDANTS:
13         Mr. Ari Nazarov
           U.S. DEPARTMENT OF JUSTICE - CIVIL DIVISION
14         Office of Immigration Litigation
           Ben Franklin Station, P.O. Box 868
15         Washington, DC 20044
           Telephone: 2020514-4120
16         E-Mail: ari.nazarov@usdoj.gov
17    ALSO PRESENT:
18         Ms. Zoe Ridolfi
19         Ms. Joanne Chou
20         Ms. Louisa Slocum, in-house attorney CBP
21         Mr. Benjamin Wolarsky, in-house attorney Defendants
22         Mr. Tyler Crotty, videographer
23         Mr. Erik Davidson, BU videographer
24
25
```



Page 3

```
 1                    INDEX
 2                                         PAGE
 3   MR. FRANK S. LONGORIA, JR.
 4   Examination by Mr. Guisado ........................7
     Examination by Mr. Nazarov .....................266
 5   Further Examination by Mr. Guisado ..............268
     Signature Page   .............................270
 6   Signature Page   .............................271
     Court Reporter's Certificate ...................272
 7
 8                    EXHIBITS
 9   EXHIBIT              DESCRIPTION           PAGE
10
11   Exhibit 298    CBP's metering guidance issued     35
                    by Todd Owen, executive
12                  assistant commissioner, Office
                    of Field Operations, April
13                  27th, 2018 e-mail chain, Bates
                    AOL-DEF 00011374 - 75
14
     Exhibit 299    AUGUST 28, 2018 E-mail Chain       51
15                  Re:   Queue Management
                    Communications at the Laredo
16                  Communication Office, AOL-DEF
                    00909720 TO 22
17
     Exhibit 300    Training video,                    57
18                  AOL-DEF-00390069
19   Exhibit 301    June 8th, 2018 e-mail chain        72
                    bearing the Bates AOL-DEF
20                  00190367 to 69
21   Exhibit 302    May 30th e-mail bearing Bates      85
                    AOL-DEF 00911036
22
     Exhibit 303    August 6th, 2018 e-mail chain      91
23                  that bears Bates AOL-DEF
                    00909668 TO 69
24
25
```



Page 161

1    that.  And if you're not willing to listen to that,

2    then my answer -- my response stands.

3                    MR. GUISADO:  Move to strike the

4    answer as nonresponsive.

5                    Tyler, please put the document to the

6    side.

7                    THE VIDEOGRAPHER:  (Complies).

8            Q.  (BY MR. GUISADO) Mr. Longoria, when did

9    CBP start using the term "operational capacity"?

10           A.  2018.

11           Q.  Do you know who at CBP came up with

12   that term?

13           A.  No.

14           Q.  Do you know why they came up with that

15   term?

16           A.  No.

17           Q.  Did the definition or its usage change

18   over time?

19           A.  Not to my knowledge.

20           Q.  Is the definition of "operational

21   capacity" anywhere in a statute?

22           A.  Not to my knowledge.

23           Q.  You're not aware of any regulation that

24   defines the term "operational capacity"?

25           A.  I'm not aware of any.



Page 162

1          Q.  You're not aware of any internal
2    memorandum that defines "operational capacity"?
3          A.  What's your question?
4          Q.  Are you aware of any internal
5    memorandum that defines "operational capacity"?
6          A.  No.
7          Q.  Are you aware of any guidance that
8    defines "operational capacity"?
9          A.  Defines, no.
10         Q.  Are you aware of any muster that
11   defines "operational capacity"?
12         A.  No.
13              MR. GUISADO:  Please queue up FL 11.
14   That's Exhibit 309 AOL-DEF 00911232.
15         Q.  (BY MR. GUISADO) Take your time with
16   the document, Mr. Longoria.
17              MR. NAZAROV:  Mr. Longoria, can you
18   see that?
19              THE WITNESS:  Yes, sir.
20              MR. NAZAROV:  Okay.  Are you able to
21   read it?
22              THE WITNESS:  Yes, sir.
23              MR. NAZAROV:  All right.  We haven't
24   gotten it yet, so if you could give me a minute.
25   Okay.



Page 163

1          Q.   (BY MR. GUISADO) Mr. Longoria, let me
2     know when you've read the document.
3               MR. NAZAROV:  It's two e-mails, right,
4     Angelo?
5               MR. GUISADO:  That's correct.
6               MR. NAZAROV:  Yeah, have you read both
7     of them, Mr. Longoria?
8               THE WITNESS:  Yes.
9               MR. NAZAROV:  Okay.
10                   (Exhibit 309 marked)
11          Q.   (BY MR. GUISADO) Mr. Longoria, I am
12    showing you what will be marked Exhibit 309 to your
13    deposition.  It is a June 13th, 2018 e-mail chain
14    that bears the Bates number AOL-DEF 00911232.
15               Do you recognize this document?
16               THE VIDEOGRAPHER:  Sorry, Counsel,
17    it's 3 -- 310, not 309.
18               MR. GUISADO:  310, thank you very
19    much.
20               MR. NAZAROV:  I have it as 309.  Hold
21    on.  Am I looking at --
22               MR. GUISADO:  We marked it 309.
23               THE VIDEOGRAPHER:  The last document
24    that we used was 309.  So I would make this one 310.
25    I don't believe it's been marked yet.



Page 164

```
 1              MR. GUISADO:  No, no, the last --
 2              MS. RICH:  I --
 3              MR. GUISADO:  Yeah, Sarah, go ahead.
 4              MS. RICH:  Yeah.  The last -- the last
 5   document was previously marked exhibit from another
 6   deposition.
 7              THE VIDEOGRAPHER:  Oh, okay.  That's
 8   my mistake.
 9              MS. RICH:  We are doing consecutive
10   numbering.
11              THE VIDEOGRAPHER:  I understand.  No
12   problem.  Thank you for clarifying.
13              MR. NAZAROV:  So it is 309?  Okay.
14         Q.  (BY MR. GUISADO) Mr. Longoria, do you
15   recognize Exhibit 309?
16         A.  Yes.
17         Q.  How do you recognize it?
18         A.  It has my name on it.
19         Q.  When's the last time you saw this
20   document?
21         A.  The day I generated it.
22         Q.  I'll represent to you that this exhibit
23   is an e-mail from you to Bradd Skinner regarding the
24   implementation of queue management at the Laredo
25   field office.
```



Page 165

1                The second line of the e-mail reads,

2    "Do we need to revisit since we have moved from

3    detention capacity to operational capacity?"

4                Did I read that right?

5         A.   Yes.

6         Q.   So did CBP move from detention capacity

7    to operational capacity in 2018?

8         A.   Yes.

9         Q.   Makes -- you would agree with me that

10   it makes no sense to move from detention capacity to

11   operational capacity if you've always been using

12   operational capacity; is that right?

13               MR. NAZAROV:  Objection.

14               Go ahead, you can answer.

15               THE WITNESS:  I didn't understand the

16   question.

17               Q.  (BY MR. GUISADO) You would agree with

18   me that it makes no sense to move from detention

19   capacity to operational capacity if you had always

20   been using operational capacity; is that right?

21               MR. NAZAROV:  Objection:  Form.

22               THE WITNESS:  No, because in the

23   context of processing the arriving aliens claiming

24   incredible fear or expressing the fear of returning,

25   we went from detention capacity to operational



Page 166

1    capacity.

2              Q.  (BY MR. GUISADO)  Right.  But if you had

3    already -- if you had always been using operational

4    capacity, you wouldn't need to make the switch; is

5    that right?

6              MR. NAZAROV:  Objection:

7    Argumentative.

8              Q.  (BY MR. GUISADO)  You can answer.

9              A.  We were using detention capacity.

10             Q.  Okay.  Thank you, Mr. Longoria.

11                 Can you read the third line of this

12   e-mail that you sent to Bradd Skinner for me.

13             A.  The one that starts with "recommend"?

14             Q.  Yes, please.

15             A.  "Recommend we send to the ports for

16   their review and comment before we go final.  This

17   way we can have port directors tell us what

18   operational capacity means to them.

19                 What say you?"

20             Q.  Why did you need port directors to tell

21   you what "operational capacity" meant to them?

22             A.  I wanted to have input as to what the

23   definition is and that we were all on the same --

24   operating off the same understanding.

25             Q.  So you were looking for a more complete



Page 167

1    understanding of what "operational capacity" meant;
2    is that right?
3                    MR. NAZAROV:  Objection:  Form.
4                    THE WITNESS:  You get more buy-in when
5    you're changing a process if you have input from the
6    people that are going to be responsible for
7    implementing.
8                    Did I need their input?  Did we need
9    their input at the field office?
10                   Not necessarily, but the process works
11   better if they feel that they were involved in the
12   decision-making process.
13           Q.   (BY MR. GUISADO) All right.  Was it
14   possible that the port directors would have had a
15   different understanding of what "operational
16   capacity" meant than you did?
17                   MR. NAZAROV:  Objection:  Form.
18                   THE WITNESS:  It's possible.
19           Q.   (BY MR. GUISADO) Did you know of anyone
20   else that had a different understanding than you did?
21           A.   No.
22           Q.   You didn't know what "operational
23   capacity" really meant in 20 -- 2018, did you?
24                   MR. NAZAROV:  Objection:  Form.
25           Q.   (BY MR. GUISADO) You can answer.



Page 168

```
 1              A.  I am thinking, sir.

 2              Q.  All right.  Take your time.

 3              A.  I was not familiar with the term.

 4              Q.  And you asked for the port director's

 5    understanding to get a more fulsome understanding of

 6    what operational capacity meant; is that right?

 7              A.  We asked for their input, yes, sir.

 8              Q.  Thank you.

 9              MR. NAZAROV:  Angelo, I just want to

10    let you know that I'm going to ask in ten minutes for

11    a ten-minute break.

12              MR. GUISADO:  Take your time.

13              Tyler, could you queue 85, please.

14    That's Howe 85.

15              THE VIDEOGRAPHER:  (Complies).

16              MR. NAZAROV:  Hold on.  Is this an old

17    exhibit or a new one?

18              MR. GUISADO:  This is old.  We

19    introduced it at Mr. Howe's deposition on the 9th of

20    January, 2020, in D.C.

21              MR. NAZAROV:  Okay.  Now, what I meant

22    to say was you -- you didn't bring it up before,

23    right, in this deposition?

24              MR. GUISADO:  No.  No, no, no.  I

25    brought up Howe 89.
```



Page 180

1          Q.  Why not?

2          A.  That is part of their job.

3          Q.  It says that they're -- it says under

4  operational capacity -- strike that.

5               Under operational capacity, ports have

6  the discretion to allocate resources to whatever

7  operations they see fit; is that right?

8               MR. NAZAROV:  Objection:  Form.

9               THE WITNESS:  Repeat the question.

10         Q.  (BY MR. GUISADO) You testified that

11  under operational capacity, it was up to the port's

12  discretion to allocate resources to the operations as

13  they saw fit; is that right?

14         A.  If there was a threat and it was

15  identified as one of our four priorities, yes, sir.

16         Q.  And inspection and processing of

17  non-citizens is one of those operations, even if it

18  wasn't within one of the four priorities listed by

19  Mr. McAleenan; is that right?

20               MR. NAZAROV:  Objection:  Form.

21               THE WITNESS:  I didn't understand the

22  question.

23         Q.  (BY MR. GUISADO) You testified that

24  there were -- that it was up to the discretion of the

25  port to allocate resources to their operations as



Page 181

1    they saw fit under operational capacity; is that

2    right?

3            A.  Yes.

4            Q.  Is the processing of migrants or

5    non-citizens without proper entry documents one of

6    those operations?

7            A.  Yes.

8            Q.  Under the discretion afforded under

9    operational capacity, could a port move resources

10   away from immigration processing towards another

11   operation?

12           A.  Yes.

13           Q.  Is that what was happening within the

14   Laredo field office?

15           A.  Yes.

16           Q.  Mr. Koseor states in his e-mail at 1:00

17   p.m., "If one family a day allows Roma to continue to

18   process traffic and conduct enforcement, then that is

19   your -- that is your capacity."

20               Did I read that right?

21           A.  That's correct.

22           Q.  In other words, the capacity of the

23   Roma port of entry is what the Roma port of entry

24   assesses it to be; is that right?

25           A.  Correct.



Page 182

```
 1              Q.  It's up to them to define how many
 2    immigrants they can process in any given day under
 3    operational capacity; is that right?
 4              A.  Yes.
 5              Q.  When you e-mailed Ryan Koseor on this
 6    bottom e-mail at 11:41 a.m., what did you mean when
 7    you said, "You need to clear up the operational
 8    capacity issue"?
 9              A.  Could we go back to it?
10                   THE VIDEOGRAPHER:  (Complies).
11                   THE WITNESS:  Okay.
12                   MR. GUISADO:  It's at -- it's at the
13    bottom.  If you could zoom in, Tyler, I'd appreciate
14    that.
15                   THE VIDEOGRAPHER:  (Complies).
16                   THE WITNESS:  Oh, I see it.  I see it.
17                   MR. GUISADO:  Okay.
18                   MR. NAZAROV:  Do you need some time to
19    read it again, Mr. Longoria?
20                   THE WITNESS:  No, sir.
21                   As a representative of the migration
22    crisis action team and working for headquarters, I
23    was just recommending to him that they may want to
24    look more closely at the operational capacity issue.
25              Q.  (BY MR. GUISADO) Why did you say, "It
```



Page 183

1    should be detention capacity because that's a clearly
2    defined number"?
3          A.  Well, that's what I believed.
4          Q.  What did you think would happen if they
5    left it at detention capacity and didn't switch to
6    operational capacity?
7          A.  Things would continue as they were
8    prior to that.
9          Q.  What did you --
10         A.  They would process as detention
11   capacity.
12         Q.  What did you think would happen if they
13   instituted the switch to operational capacity?
14         A.  The number of people being processed
15   would drop.
16         Q.  Thank you, Mr. Longoria.
17              MR. NAZAROV:  I'm going to ask for --
18   do you have a lot of more questions about this
19   document?
20              MR. GUISADO:  No, that's my last
21   question on this document.  We can take a break if
22   you want.
23              MR. NAZAROV:  At the beginning of this
24   deposition -- again, I just want to go on the
25   record -- you were asked how long you're going to go,



1   MAYER BROWN LLP
      Matthew H. Marmolejo (CA Bar No. 242964)
2      *mmarmolejo@mayerbrown.com*
    350 S. Grand Avenue
3   25th Floor
    Los Angeles, CA 90071-1503
4      Ori Lev (DC Bar No. 452565)
      (*pro hac vice*)
5      *olev@mayerbrown.com*
      Stephen M. Medlock (VA Bar No. 78819)
6      (*pro hac vice*)
      *smedlock@mayerbrown.com*
7   1999 K Street, N.W.
    Washington, D.C. 20006
8   Telephone:  +1.202.263.3000
    Facsimile:   +1.202.263.3300
9
    SOUTHERN POVERTY LAW CENTER
10     Melissa Crow (DC Bar No. 453487)
      (*pro hac vice*)
11     *melissa.crow@splcenter.org*
    1101 17th Street, N.W., Suite 705
12  Washington, D.C. 20036
    Telephone: +1.202.355.4471
13  Facsimile: +1.404.221.5857

14  *Additional counsel listed on next page*
    *Attorneys for Plaintiffs*
15
                 **UNITED STATES DISTRICT COURT**
16
                 **SOUTHERN DISTRICT OF CALIFORNIA**
17

18  Al Otro Lado, Inc., *et al.*,           Case No.:  17-cv-02366-BAS-KSC

19                  Plaintiffs,             **EXHIBIT 102 IN SUPPORT OF**
                                            **PLAINTIFFS' MEMORANDUM OF**
20          v.                              **POINTS AND AUTHORITIES IN**
                                            **SUPPORT OF THEIR MOTION**
21  Chad F. Wolf,[1] *et al.*,              **FOR SUMMARY JUDGMENT**

22                  Defendants.
                                            **FILED UNDER SEAL**
23

24

25

26

27  _____
    [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary
28  McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2 CENTER FOR CONSTITUTIONAL RIGHTS
   Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3  *bazmy@ccrjustice.org*
   Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4  *gschwarz@ccrjustice.org*
   Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5  *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
6  New York, NY 10012
   Telephone: +1.212.614.6464
7  Facsimile: +1.212.614.6499

8
   SOUTHERN POVERTY LAW CENTER
9    Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
     *sarah.rich@splcenter.org*
10   Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
     *rebecca.cassler@splcenter.org*
11 150 E. Ponce de Leon Ave., Suite 340
   Decatur, GA 30030
12 Telephone: +1.404.521.6700
   Facsimile: +1.404.221.5857
13

14 AMERICAN IMMIGRATION COUNCIL
     Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15   *kwalters@immcouncil.org*
16 1331 G St. NW, Suite 200
   Washington, D.C. 20005
17 Telephone: +1.202.507.7523
   Facsimile: +1.202.742.5619
18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 102 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

4-SER-886

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| | ) IN THE DISTRICT COURT |
| AL OTRO LADO, INC., ET | ) |
| AL., | ) |
|    PLAINTIFFS, | ) CASE NO. |
| | ) 17-cv-02366-BAS-KSC |
| VS. | ) |
| | ) |
| | ) |
| KEVIN K. MCALEENAN, ET | ) |
| AL., | ) |
|    DEFENDANTS. | ) |


*********************************************************

CONFIDENTIAL

ORAL AND VIDEOTAPED DEPOSITION OF

SAMUEL CLEAVES

MAY 20, 2020

*********************************************************

ORAL AND VIDEOTAPED DEPOSITION of SAMUEL CLEAVES, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on May 20, 2020, from 8:59 a.m. to 5:04 p.m., Mountain Time, before Delia Ordonez, CSR in and for the State of Texas, reported by machine shorthand, via Webex Magna LegalVision.

Magna Legal Services

866.624.6221

www.MagnaLS.com



Page 2

```
 1                 A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFFS:
 4        Matthew Fenn
          Sydney Fields
 5        Mayer Brown
          1999 K Street, N.W.
 6        Washington, D.C. 20006
          202.263.3221
 7        Mfenn@mayerbrown.com
          Sfields@mayerbrown.com
 8
     FOR THE DEFENDANTS:
 9
          Katherine J. Shinners
10        Ari Nazarov
          U.S. Department of Justice
11        Office of Immigration Litigation
          Ben Franklin Station, P.O. Box 868
12        Washington, D.C. 20044
          202.598.8259
13        Katherine.j.shinners@usdoj.gov
          Ari.Nazarov@usdoj.gov
14
          Rebecca Cassler
15        Southern Poverty Law Center
          1101 17th Street, N.W., Suite 705
16        Washington, D.C. 20036
          202.355.4471
17
18   ALSO PRESENT:
19        Evan McCulloch
20        Louisa Slocum, CBP
21   THE VIDEOGRAPHER:
22        Solange Tran
23   THE MAGNA LEGAL TECHNICIAN:
24        Kevin Cranford
25
```



Page 3

1                          INDEX
           ORAL AND VIDEOTAPED DEPOSITION OF
2                      SAMUEL CLEAVES
                       MAY 20, 2020
3

4                  E X A M I N A T I O N

5   SAMUEL CLEAVES                        P A G E
6   Examination by Mr. Matthew E. Fenn....    7
7   Examination by Ms. Sydney Fields......  199
8   Examination by Ms. Katherine J. Shinners  246
9   Signature and Changes.................  250
10  Reporter's Certificate................  252
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 64

1          MR. FENN:  Understood.

2      Q.  (BY MR. FENN)  Mr. Cleaves, let me rephrase my

3  question.

4          At the Port of El Paso, what does the

5  operational capacity have to be in order for the port to

6  begin me- -- metering?

7      A.  Large groups give us a -- a problem.  So

8  normally, operational capacity, they can be done safely

9  and -- and -- and not involve detention standards, is

10  usually somewhere around 30, 30 or below at a time, per

11  day, I guess.

12      Q.  So is there a -- when you say "30," is that a

13  number or a percentage?

14      A.  Number.

15      Q.  Is there a percentage that operational capacity

16  has to be at, at the Port of El Paso, for it to begin

17  metering?

18      A.  No.  I don't -- I don't even know what you mean

19  by "percentage."  We take into consideration -- and

20  they're not taken into consideration by itself.  So the

21  reason the operational capacity is around that number,

22  30, is we tend to try and keep our detention capacity

23  around what the capacity is.  We exceed that capacity

24  frequently, so it drops down, goes above, around that.

25          But to do that, that means our operational



Page 65

1  capacity is -- is we can really only take in around 30

2  or below at a time because they're -- they'll be at the

3  end of the queue within the port.  There are others

4  ahead of them already processed and waiting and moved

5  out.  And that's generally the reason why.  So -- yeah,

6  go ahead.  I'm sorry.

7      Q.  No problem.  If you were to tell your

8  supervisor that the El Paso Port of Entry was at its

9  operational capacity, how could your assertion be

10  verified?

11     A.  What we can do is -- operational capacity, the

12  number of cases that we have.  So it would be -- you

13  would have to take in the number of cases we have

14  overall, the number of people being held overall versus

15  the number we project being moved out or going to move

16  out or the capability of being moved out.  It would also

17  be the number that we can process, project to process.

18  That's a little bit complex because if -- depending on

19  budget restraints, we can process more sometimes;

20  sometimes we can't.

21              It also is operational capacity of what

22  else is going on in the port.  Are there other things

23  going on that's going to take away from admissibility

24  processing?  Are we -- are we intercepting other types

25  of violators other than migrants that are going to eat



Page 66

1    into operational capacity?  How many transports do we

2    have to do?  That takes two officers at a time.  And how

3    many emergent events are -- are occurring?  Port of

4    El Paso is quite large, and on the southern border, it

5    experiences significant events quite often.

6        Q.  Is it your testimony that the operational

7    capacity of the Port of El Paso could change from day to

8    day?

9        A.  It does.

10       Q.  And does CBP or does someone at the Port of

11   El Paso track what the operational capacity is on a

12   given day?

13       A.  No, because it is a culmination of multiple

14   factors.  Yeah, that would become impossible to track.

15   If you wrote it down, it would be different after you

16   get done writing it down.  That's an overexaggeration,

17   but...

18       Q.  So does the CBP or does somebody within the

19   Port of El Paso create any regular reports showing the

20   operational capacities for the Port of El Paso?

21       A.  No, not specific to operational capacity.  We

22   generally report numbers and where they are in the

23   processing, that type of thing, which may go into the

24   decision-making of operational capacity, but, no,

25   nothing specific.



Page 67

1      Q.  And is your answer the same for other ports of

2  entry within the El Paso Field Office?

3      A.  I don't know specifically the mechanics of how

4  they report it, but my understanding is, yes, they both

5  take into consideration detention capacity and

6  operational capacity when making those decisions.

7      Q.  But you would agree that there's a difference

8  between taking operational capacity into consideration

9  and recording data on operational capacity, correct?

10     A.  No, actually, I don't know the difference

11 between what you're asking.

12     Q.  I'm asking whether -- you said that -- strike

13 that.

14          You testified earlier that it would be too

15 difficult to record data on operational capacity for the

16 Port of El Paso, correct?

17          MS. SHINNERS:  Objection, misstates

18 testimony.

19     A.  We would record data on the events that are

20 occurring and how many people we have and where they are

21 in the processing.  But as for your question on

22 operational capacity, which is a complex decision on

23 determining exactly what was going on at the port in

24 multiple facets, no, I -- I don't think we have anything

25 that captures everything like that in a report.



Page 68

1    Q.  (BY MR. FENN)  Okay.  And my question is:  For

2    the other ports of entry in the El Paso Field Office, do

3    you know whether those ports of entry issue reports that

4    capture operational capacity?

5    A.  That captures everything that I was describing?

6    No, they don't.

7    Q.  Okay.

8         MR. FENN:  We've been going for about an

9    hour and a half, and we're kind of at a natural breaking

10   point.  Would this be a good time to take a short break?

11        MS. SHINNERS:  Yes.  That's perfect for me,

12   yeah.

13        MR. FENN:  Okay.

14        MS. SHINNERS:  Uh-huh.  Mr. Cleaves?

15        THE WITNESS:  Yes, that's fine.

16        THE VIDEOGRAPHER:  The time is 10:33 a.m.

17   We're going off the record.

18        (Break was taken.)

19        THE VIDEOGRAPHER:  The time is 10:54 a.m.

20   We are back on the record.

21        MR. FENN:  Kevin, if you could put

22   Exhibit 161 up on the screen.

23   Q.  (BY MR. FENN)  Mr. Cleaves, I'm showing you a

24   document that will be marked as Exhibit 161, and it is

25   Bates-labeled AOL-DEF-00273818.  This is a June 16th,



MAYER BROWN LLP
  Matthew H. Marmolejo (CA Bar No. 242964)
  *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
  Ori Lev (DC Bar No. 452565)
  (*pro hac vice*)
  *olev@mayerbrown.com*
  Stephen M. Medlock (VA Bar No. 78819)
  (*pro hac vice*)
  *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
  Melissa Crow (DC Bar No. 453487)
  (*pro hac vice*)
  *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Chad F. Wolf,[1] *et al.*,<br><br>Defendants. | Case No.:  17-cv-02366-BAS-KSC<br><br>**EXHIBIT 105 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>**FILED UNDER SEAL** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2    CENTER FOR CONSTITUTIONAL RIGHTS
        Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3        *bazmy@ccrjustice.org*
        Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4        *gschwarz@ccrjustice.org*
        Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5        *aguisado@ccrjustice.org*
     666 Broadway, 7th Floor
6    New York, NY 10012
     Telephone: +1.212.614.6464
7    Facsimile: +1.212.614.6499

8
     SOUTHERN POVERTY LAW CENTER
9        Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
         *sarah.rich@splcenter.org*
10       Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
         *rebecca.cassler@splcenter.org*
11   150 E. Ponce de Leon Ave., Suite 340
     Decatur, GA 30030
12   Telephone: +1.404.521.6700
     Facsimile: +1.404.221.5857
13

14   AMERICAN IMMIGRATION COUNCIL
        Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15       *kwalters@immcouncil.org*
     1331 G St. NW, Suite 200
16   Washington, D.C. 20005
     Telephone: +1.202.507.7523
17   Facsimile: +1.202.742.5619

18

19

20

21

22

23

24

25

26

27

28

**From:** CAMPBELL, CARL S
**Sent:** Wednesday, August 29, 2018 4:46 PM
**To:** KOSEOR, RYAN M
**CC:** HOWE, RANDY J; DRAGANAC, JOSEPH
**Subject:** Re: LFO Queue Management Report for August 29, 2018

Info from Laredo: this was temporary due to operational constraints, not facility constrains. The line has already been cleared.

Thank you,

C. Shane Campbell
Deputy Executive Director
Office of Field Operations – Operations Directorate
US Customs and Border Protection
(c)
c)

On Aug 29, 2018, at 2:46 PM, KOSEOR, RYAN M < ████████████████ wrote:

Sir,

I know you are extremely busy but didn't you send some guidance out on keeping our capacity numbers around 60-70%? Why do we have people waiting in line in Laredo when we are at 14%. Just want to make sure we don't get in the press again. Let me know if you want me to address.

*Ryan Koseor*
*Deputy Commander*
*U.S. Customs and Border Protection*
*Migration Crisis Action Team (MCAT)*
Cell:
MCAT

**From:** ROJAS, FELIPE **On Behalf Of** LAREDO OPS CENTER
**Sent:** Wednesday, August 29, 2018 2:19 PM
**To:** GUARDIOLA, RODOLFO ██████████ ; LAREDO OPS CENTER < ████████ >; HIGGERSON, DAVID P < ██ >; HOWE, RANDY J ██████ ; CBP-MCAT-TEAM ; DRAGANAC, JOSEPH ██████ ; ████████ ; HARRIS, RODNEY H < ██ ██████ >; GUERRA, ADRIAN C SKINNER, BRADD M < ██████ ; ████████ ; FLORES, LILIANA < ██████ ; DOVALINA, MUCIA C < ██ ; ████████ ; LONGORIA, FRANK S < ; GALLEGOS, MARIA < ██████ ; CALDERON, GEORGE G < ██ ██████ >; GARCIA, ENRIQUE A
**Subject:** LFO Queue Management Report for August 29, 2018

ALCON,

Attached is the Laredo Field Office - Queue Management Report for August 29, 2018 @ 1000 hours CDT.

| Field Office | Port | Total number of Detainees | % of Capacity | Number in Queue @ Boundary Line | Impact to Port Operations |
|---|---|---|---|---|---|
| Laredo | Brownsville | 9 | 13% | 0 | None |
| Laredo | Progreso | 0 | 0% | 0 | None |
| Laredo | Hidalgo | 16 | 38% | 0 | None |
| Laredo | Rio Grande City | 2 | 13% | 0 | None |
| Laredo | Roma | 2 | 13% | 0 | None |
| Laredo | Laredo | 17 | 14% | 10 | None |
| Laredo | Eagle Pass | 13 | 93% | 0 | None |
| Laredo | Del Rio | 3 | 11% | 0 | None |

Respectfully,

*Felipe Rojas*
*CBP Officer*
Email:
*Laredo Field Office | Laredo, Texas |* ██████

<image002.png>

Report Smuggling Activities at ReportSmuggling@cbp.dhs.gov

WARNING: This document is LAW ENFORCEMENT SENSITIVE and is designated FOR OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5 USC 552). Printouts and/or screen prints from the Automated Targeting System (ATS) are not part of CBP's System of Record Notification (SORN); therefore should not be used as evidence in Court Proceedings. CBP Official records must be obtained through TECS and reviewed by Office of Chief Counsel prior to dissemination of records outside CBP. This document is to be controlled, handled, transmitted, distributed and disposed of in accordance with DHS policy relating to FOUO information, and is not to be released outside of CBP or the public without the prior approval from the Laredo Field Office.

1  MAYER BROWN LLP
      Matthew H. Marmolejo (CA Bar No. 242964)
2    *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
      (*pro hac vice*)
5    *olev@mayerbrown.com*
      Stephen M. Medlock (VA Bar No. 78819)
6    (*pro hac vice*)
      *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:   +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10    Melissa Crow (DC Bar No. 453487)
      (*pro hac vice*)
11    *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*
15
                  UNITED STATES DISTRICT COURT
16
                  SOUTHERN DISTRICT OF CALIFORNIA
17

18 Al Otro Lado, Inc., *et al.*,           Case No.:  17-cv-02366-BAS-KSC

19                     Plaintiffs,          **EXHIBIT 109 IN SUPPORT OF
                                            PLAINTIFFS' MEMORANDUM OF
20       v.                                 POINTS AND AUTHORITIES IN
                                            SUPPORT OF THEIR MOTION
21 Chad F. Wolf,[1] *et al.*,               FOR SUMMARY JUDGMENT**

22                     Defendants.
                                            **FILED UNDER SEAL**
23

24

25

26

27 _____
   [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary
28 McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 109 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

4-SER-898

1

2   CENTER FOR CONSTITUTIONAL RIGHTS
        Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3       *bazmy@ccrjustice.org*
        Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4       *gschwarz@ccrjustice.org*
        Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5       *aguisado@ccrjustice.org*
6   666 Broadway, 7th Floor
    New York, NY 10012
7   Telephone: +1.212.614.6464
    Facsimile: +1.212.614.6499
8

9   SOUTHERN POVERTY LAW CENTER
        Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
10      *sarah.rich@splcenter.org*
        Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
        *rebecca.cassler@splcenter.org*
11
    150 E. Ponce de Leon Ave., Suite 340
12  Decatur, GA 30030
    Telephone: +1.404.521.6700
13  Facsimile: +1.404.221.5857

14  AMERICAN IMMIGRATION COUNCIL
        Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15      *kwalters@immcouncil.org*
16  1331 G St. NW, Suite 200
    Washington, D.C. 20005
17  Telephone: +1.202.507.7523
    Facsimile: +1.202.742.5619
18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 109 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

4-SER-899

**From:** Owen, Todd C (AC OFO)
**Sent:** Monday, November 12, 2018 9:36 AM
**To:** FLORES, PETE ROMERO
**Subject:** FW: C1 Migrant Processing Direction

FYI


Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs and Border Protection

---

**From:** MCALEENAN, KEVIN K
**Sent:** Monday, November 12, 2018 3:49:40 AM
**To:** Owen, Todd C (AC OFO)
**Cc:** PEREZ, ROBERT E; FLANAGAN, PATRICK S; HOWE, RANDY J; WAGNER, JOHN P
**Subject:** Re: C1 Migrant Processing Direction

Thanks EAC. I will review and set up a time to discuss tomorrow.

Sent from my iPhone

On Nov 11, 2018, at 7:30 PM, Owen, Todd C (AC OFO) < ▮▮▮▮▮▮▮▮▮▮▮ > wrote:



Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs and Border Protection

---

**From:** FLORES, PETE ROMERO
**Sent:** Sunday, November 11, 2018 11:57:02 PM
**To:** Owen, Todd C (AC OFO); HOWE, RANDY J
**Cc:** AKI, SIDNEY K; MARICICH, ANNIE L; CASTILLO, MOISES; ARMIJO, JOHNNY L
**Subject:** Re: C1 Migrant Processing Direction

<Ped West.docx>


Hopefully the document is attached now.


Highly Confidential/Attorneys' Eyes Only                    AOL-DEF-00028473

Sent from my iPhone

On Nov 11, 2018, at 3:55 PM, FLORES, PETE ROMERO <⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛> wrote:

> EAC,
>
> ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
>
> Pete
>
> Sent from my iPhone
>
> On Nov 11, 2018, at 11:53 AM, Owen, Todd C (AC OFO) <⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛> wrote:
>
>> ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
>>
>> Todd C. Owen
>> Executive Assistant Commissioner
>> Office of Field Operations
>> U.S. Customs and Border Protection
>>
>> ---
>>
>> **From:** FLORES, PETE ROMERO
>> **Sent:** Sunday, November 11, 2018 7:50:12 PM
>> **To:** MCALEENAN, KEVIN K
>> **Cc:** Owen, Todd C (AC OFO); WAGNER, JOHN P; HOWE, RANDY J; PEREZ, ROBERT E; FLANAGAN, PATRICK S; BOYD, VALERIE S; PETERLIN, MEGHANN K
>> **Subject:** Re: C1 Migrant Processing Direction
>>
>> Sir,
>>
>> ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ As of yesterday we started to increase intake of asylum seekers to match our capacity space based processing, holdings and release. The transfer of adult singles are the biggest concern and have the longest dwell times. Family units will be a large composition of our daily intake and additional ERO resources at the port to handle the releases will be need.
>>
>> ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
>>
>> Pete
>> Sent from my iPhone
>>
>> On Nov 11, 2018, at 11:30 AM, MCALEENAN, KEVIN K <⬛⬛⬛ LE ⬛⬛⬛> wrote:
>>
>>> Team,
>>>
>>> Please provide, very specifically, the numbers and types (SA, FMUA, UAC) you are looking to have moved by ICE each day out of SYS. Thanks,

KM

Sent from my iPhone

Begin forwarded message:

> **From:** "Vitiello, Ronald D" < LE >
> **Date:** November 11, 2018 at 2:04:08 PM EST
> **To:** "MCALEENAN, KEVIN K"
> < LE >
> **Subject:** RE: C1 Migrant Processing Direction

Okay,

Thanks. The memo is light on detail. Do you have another description (Con-ops)?

**From:** MCALEENAN, KEVIN K
**Sent:** Sunday, November 11, 2018 11:32 AM
**To:** Vitiello, Ronald D < LE >
**Subject:** Fwd: C1 Migrant Processing Direction

Director,

Wanted to share my guidance to OFO on implementing the surge directed in the President's proclamation. We really need ERO's support, starting over this weekend in San Diego, to get the POE process running. Let me know if you want to talk through. Thanks,

Kevin

Sent from my iPhone

Begin forwarded message:

> **From:** "FLANAGAN, PATRICK S" <
> **Date:** November 10, 2018 at 1:31:58 PM EST
> **To:** "MCALEENAN, KEVIN K"
> < LE >
> **Subject:** Fwd: C1 Migrant Processing Direction

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00028475

1  MAYER BROWN LLP
     Matthew H. Marmolejo (CA Bar No. 242964)
2    *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3  25th Floor
   Los Angeles, CA 90071-1503
4    Ori Lev (DC Bar No. 452565)
     (*pro hac vice*)
5    *olev@mayerbrown.com*
     Stephen M. Medlock (VA Bar No. 78819)
6    (*pro hac vice*)
     *smedlock@mayerbrown.com*
7  1999 K Street, N.W.
   Washington, D.C. 20006
8  Telephone:  +1.202.263.3000
   Facsimile:   +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10   Melissa Crow (DC Bar No. 453487)
     (*pro hac vice*)
11   *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*
15
                 **UNITED STATES DISTRICT COURT**
16
                 **SOUTHERN DISTRICT OF CALIFORNIA**
17

18 Al Otro Lado, Inc., *et al.*,            Case No.:  17-cv-02366-BAS-KSC

19              Plaintiffs,                 **EXHIBIT 110 IN SUPPORT OF**
                                            **PLAINTIFFS' MEMORANDUM OF**
20      v.                                  **POINTS AND AUTHORITIES IN**
                                            **SUPPORT OF THEIR MOTION**
21 Chad F. Wolf,[1] *et al.*,               **FOR SUMMARY JUDGMENT**

22              Defendants.
                                            **FILED UNDER SEAL**
23

24

25

26

27 _____
   [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary
28 McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2  CENTER FOR CONSTITUTIONAL RIGHTS
       Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
3      *bazmy@ccrjustice.org*
       Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
4      *gschwarz@ccrjustice.org*
       Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
5      *aguisado@ccrjustice.org*
   666 Broadway, 7th Floor
6  New York, NY 10012
   Telephone: +1.212.614.6464
7  Facsimile: +1.212.614.6499

8
   SOUTHERN POVERTY LAW CENTER
9      Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
       *sarah.rich@splcenter.org*
10     Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
       *rebecca.cassler@splcenter.org*
11  150 E. Ponce de Leon Ave., Suite 340
   Decatur, GA 30030
12  Telephone: +1.404.521.6700
   Facsimile: +1.404.221.5857
13

14  AMERICAN IMMIGRATION COUNCIL
       Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
15     *kwalters@immcouncil.org*
16  1331 G St. NW, Suite 200
   Washington, D.C. 20005
17  Telephone: +1.202.507.7523
   Facsimile: +1.202.742.5619
18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 110 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

4-SER-904

**From:** FLORES, PETE ROMERO
**Sent:** Sunday, November 11, 2018 2:55 PM
**To:** Owen, Todd C (AC OFO)
**CC:** HOWE, RANDY J
**Subject:** Re: C1 Migrant Processing Direction

Agree

Sent from my iPhone

On Nov 11, 2018, at 11:53 AM, Owen, Todd C (AC OFO) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs and Border Protection

---

**From:** FLORES, PETE ROMERO
**Sent:** Sunday, November 11, 2018 7:50:12 PM
**To:** MCALEENAN, KEVIN K
**Cc:** Owen, Todd C (AC OFO); WAGNER, JOHN P; HOWE, RANDY J; PEREZ, ROBERT E; FLANAGAN, PATRICK S; BOYD, VALERIE S; PETERLIN, MEGHANN K
**Subject:** Re: C1 Migrant Processing Direction

Sir,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ As of yesterday we started to increase intake of asylum seekers to match our capacity space based processing, holdings and release. The transfer of adult singles are the biggest concern and have the longest dwell times. Family units will be a large composition of our daily intake and additional ERO resources at the port to handle the releases will be need.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Pete
Sent from my iPhone

On Nov 11, 2018, at 11:30 AM, MCALEENAN, KEVIN K ▮▮▮▮▮▮ LE ▮▮▮▮▮▮ wrote:

Team,

Please provide, very specifically, the numbers and types (SA, FMUA, UAC) you are looking to have moved by ICE each day out of SYS. Thanks,

KM

Sent from my iPhone

Begin forwarded message:

**From:** "Vitiello, Ronald D" <​███████████████​>
**Date:** November 11, 2018 at 2:04:08 PM EST
**To:** "MCALEENAN, KEVIN K" <​████████████ LE ████████████​>
**Subject: RE: C1 Migrant Processing Direction**

Okay,

Thanks.  The memo is light on detail.  Do you have another description (Con-ops)?

---

**From:** MCALEENAN, KEVIN K
**Sent:** Sunday, November 11, 2018 11:32 AM
**To:** Vitiello, Ronald D <​███████████████​>
**Subject:** Fwd: C1 Migrant Processing Direction

Director,

Wanted to share my guidance to OFO on implementing the surge directed in the President's proclamation.  We really need ERO's support, starting over this weekend in San Diego, to get the POE process running.  Let me know if you want to talk through.  Thanks,

Kevin

Sent from my iPhone

Begin forwarded message:

> **From:** "FLANAGAN, PATRICK S" <​███████████████​>
> **Date:** November 10, 2018 at 1:31:58 PM EST
> **To:** "MCALEENAN, KEVIN K" <​████████████ LE ████████████​>
> **Subject: Fwd: C1 Migrant Processing Direction**

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00028470

1 MAYER BROWN LLP
   Matthew H. Marmolejo (CA Bar No. 242964)
2 *mmarmolejo@mayerbrown.com*
   350 S. Grand Avenue
3 25th Floor
   Los Angeles, CA 90071-1503
4 Ori Lev (DC Bar No. 452565)
   (*pro hac vice*)
5 *olev@mayerbrown.com*
   Stephen M. Medlock (VA Bar No. 78819)
6 (*pro hac vice*)
   *smedlock@mayerbrown.com*
7 1999 K Street, N.W.
   Washington, D.C. 20006
8 Telephone:  +1.202.263.3000
   Facsimile:   +1.202.263.3300
9
   SOUTHERN POVERTY LAW CENTER
10 Melissa Crow (DC Bar No. 453487)
   (*pro hac vice*)
11 *melissa.crow@splcenter.org*
   1101 17th Street, N.W., Suite 705
12 Washington, D.C. 20036
   Telephone: +1.202.355.4471
13 Facsimile: +1.404.221.5857

14 *Additional counsel listed on next page*
   *Attorneys for Plaintiffs*
15
               **UNITED STATES DISTRICT COURT**
16
             **SOUTHERN DISTRICT OF CALIFORNIA**
17

18 Al Otro Lado, Inc., *et al.*,          | Case No.:  17-cv-02366-BAS-KSC

19                          Plaintiffs,   | **EXHIBIT 111 IN SUPPORT OF**
                                          | **PLAINTIFFS' MEMORANDUM OF**
20        v.                              | **POINTS AND AUTHORITIES IN**
                                          | **SUPPORT OF THEIR MOTION**
21 Chad F. Wolf,[1] *et al.*,             | **FOR SUMMARY JUDGMENT**

22                          Defendants.   |
                                          | **FILED UNDER SEAL**
23

24

25

26

27 ───────────────
   [1] Acting Secretary Wolf is automatically substituted for former Acting Secretary
28 McAleenan pursuant to Fed. R. Civ. P. 25(d).

EXHIBIT 111 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 111 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

4-SER-908

**From:** FLORES, PETE ROMERO
**Sent:** Wednesday, November 14, 2018 7:16 AM
**To:** HOWE, RANDY J
**CC:** WAGNER, JOHN P; Owen, Todd C (AC OFO)
**Subject:** Re: C1 Migrant Processing Direction

███████████████████████████

Sent from my iPhone

On Nov 14, 2018, at 4:07 AM, HOWE, RANDY J <████████████████> wrote:

> Pete. Guidance below from the Commissioner. Let's discuss today.
>
> Randy J. Howe
> Executive Director, Operations
> Office of Field Operations
> U.S. Customs and Border Protection
> ████████ (Office)
> ████████ (Cell)
>
> Begin forwarded message:
>
>> **From:** "MCALEENAN, KEVIN K" <                LE              >
>> **Date:** November 13, 2018 at 11:23:21 PM EST
>> **To:** "Owen, Todd C (AC OFO)" <████████████████████>
>> **Cc:** "PEREZ, ROBERT E" <████████████ FLANAGAN, PATRICK S" <████████████>, "HOWE, RANDY J" <████████████████ "WAGNER, JOHN P" <████████████████>, "BOYD, VALERIE S" <████████████ "PETERLIN, MEGHANN K" <████████████████>
>> **Subject: Re: C1 Migrant Processing Direction**
>>
>> EAC,
>>
>> This is a very good and productive plan. I briefed the Secretary this evening and received guidance on next steps.
>>
>> At this planning stage, the Secretary's preferred approach is:
>>
>> (1) to maintain queue management as currently balanced against all mission sets, including security and passenger/trade facilitation at land border POEs and international airports; and
>>
>> (2) to pursue accelerated planning for a Return to Territory approach to be applied to caravan participants and other arrivals as soon as practicable, pending GoM agreement.
>>
>> ████████████████████████████████████████████
>> ████████████████████████████████████████████
>> ████████████████████████████████████████████
>> ████████████████████████████████████████████
>>
>> Thank you,
>>
>> KM
>>
>>
>> Sent from my iPhone
>>
>> On Nov 11, 2018, at 6:30 PM, Owen, Todd C (AC OFO) <████████████████> wrote:
>>
>>> Commissioner,

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00050247



Todd C. Owen
Executive Assistant Commissioner
Office of Field Operations
U.S. Customs and Border Protection

---

**From:** FLORES, PETE ROMERO
**Sent:** Sunday, November 11, 2018 11:57:02 PM
**To:** Owen, Todd C (AC OFO); HOWE, RANDY J
**Cc:** AKI, SIDNEY K; MARICICH, ANNE L; CASTILLO, MOISES; ARMIJO, JOHNNY L
**Subject:** Re: C1 Migrant Processing Direction

<Ped West.docx>

Hopefully the document is attached now.

Sent from my iPhone

On Nov 11, 2018, at 3:55 PM, FLORES, PETE ROMERO
███████████████████████████ wrote:

> EAC,
>
> ████████████████████████████████████████
>
> Pete
>
> Sent from my iPhone
>
> On Nov 11, 2018, at 11:53 AM, Owen, Todd C (AC OFO)
> ███████████████████████ wrote:
>
> ███████████████████████████████████
>
> Todd C. Owen
> Executive Assistant Commissioner
> Office of Field Operations

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00050248

U.S. Customs and Border Protection

**From:** FLORES, PETE ROMERO
**Sent:** Sunday, November 11, 2018 7:50:12 PM
**To:** MCALEENAN, KEVIN K
**Cc:** Owen, Todd C (AC OFO); WAGNER, JOHN P; HOWE, RANDY J; PEREZ, ROBERT E; FLANAGAN, PATRICK S; BOYD, VALERIE S; PETERLIN, MEGHANN K
**Subject:** Re: C1 Migrant Processing Direction

Sir,

████████████████████████████████████████ As of yesterday we started to increase intake of asylum seekers to match our capacity space based processing, holdings and release. The transfer of adult singles are the biggest concern and have the longest dwell times. Family units will be a large composition of our daily intake and additional ERO resources at the port to handle the releases will be need.



Pete
Sent from my iPhone

On Nov 11, 2018, at 11:30 AM, MCALEENAN, KEVIN K
< LE > wrote:

Team,

Please provide, very specifically, the numbers and types (SA, FMUA, UAC) you are looking to have moved by ICE each day out of SYS. Thanks,

KM

Sent from my iPhone

Begin forwarded message:

> **From:** "Vitiello, Ronald D"
> LE
> **Date:** November 11, 2018 at 2:04:08 PM EST
> **To:** "MCALEENAN, KEVIN K"
> LE
> **Subject:** RE: C1 Migrant Processing Direction

Okay,

Thanks. The memo is light on detail. Do you have another description (Con-ops)?

Highly Confidential/Attorneys' Eyes Only

**From:** MCALEENAN, KEVIN K
**Sent:** Sunday, November 11, 2018 11:32 AM
**To:** Vitiello, Ronald D

LE

**Subject:** Fwd: C1 Migrant Processing Direction

Director,

Wanted to share my guidance to OFO on
implementing the surge directed in the President's
proclamation. We really need ERO's support,
starting over this weekend in San Diego, to get the
POE process running. Let me know if you want to
talk through. Thanks,

Kevin

Sent from my iPhone

Begin forwarded message:

> **From:** "FLANAGAN, PATRICK S"
>
> **Date:** November 10, 2018 at 1:31:58 PM
> EST
> **To:** "MCALEENAN, KEVIN K"
>
> LE
>
> **Subject: Fwd: C1 Migrant Processing
> Direction**

AOL-DEF-00050250

MAYER BROWN LLP
 Matthew H. Marmolejo (CA Bar No. 242964)
 *mmarmolejo@mayerbrown.com*
350 S. Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
 Ori Lev (DC Bar No. 452565)
 (*pro hac vice*)
 *olev@mayerbrown.com*
 Stephen M. Medlock (VA Bar No. 78819)
 (*pro hac vice*)
 *smedlock@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

SOUTHERN POVERTY LAW CENTER
 Melissa Crow (DC Bar No. 453487)
 (*pro hac vice*)
 *melissa.crow@splcenter.org*
1101 17th Street, N.W., Suite 705
Washington, D.C. 20036
Telephone: +1.202.355.4471
Facsimile: +1.404.221.5857

*Additional counsel listed on next page*
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.:  17-cv-02366-BAS-KSC |
| Plaintiffs, | **EXHIBIT 112 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Chad F. Wolf,[1] *et al.*, | |
| Defendants. | **FILED UNDER SEAL** |

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Fed. R. Civ. P. 25(d).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CENTER FOR CONSTITUTIONAL RIGHTS
  Baher Azmy (NY Bar No. 2860740) (*pro hac vice*)
  *bazmy@ccrjustice.org*
  Ghita Schwarz (NY Bar No. 3030087) (*pro hac vice*)
  *gschwarz@ccrjustice.org*
  Angelo Guisado (NY Bar No. 5182688) (*pro hac vice*)
  *aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

SOUTHERN POVERTY LAW CENTER
  Sarah Rich (GA Bar No. 281985) (*pro hac vice*)
  *sarah.rich@splcenter.org*
  Rebecca Cassler (MN Bar No. 0398309) (*pro hac vice*)
  *rebecca.cassler@splcenter.org*
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
Telephone: +1.404.521.6700
Facsimile: +1.404.221.5857

AMERICAN IMMIGRATION COUNCIL
  Karolina Walters (DC Bar No. 1049113) (*pro hac vice*)
  *kwalters@immcouncil.org*
1331 G St. NW, Suite 200
Washington, D.C. 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

EXHIBIT 112 IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT

4-SER-914

| | |
|---|---|
| **From:** | MARIN, MARIZA |
| **Sent:** | Monday, August 6, 2018 5:22 PM |
| **To:** | KOSEOR, RYAN M |
| **Subject:** | RE: Queue Management.xlsx |

Here we go, fixing things that aren't broken....I'll keep you posted on how you screw up our process...

**From:** KOSEOR, RYAN M
**Sent:** Monday, August 6, 2018 2:21 PM
**To:** MARIN, MARIZA <MARIZA.MARIN@cbp.dhs.gov>
**Subject:** RE: Queue Management.xlsx

10-4. Front Office just tasked me with finding some solutions. I will try to work this from here. I know C1 and the EAC don't want to just throw money at it because that would defeat the purpose of queue management.

*Ryan Koseor*
*Deputy Commander*
*U.S. Customs and Border Protection*
*Migration Crisis Action Team (MCAT)*
*Cell:* ████████
*MCAT:* ████████
████████████████

**From:** MARIN, MARIZA
**Sent:** Monday, August 6, 2018 5:18 PM
**To:** KOSEOR, RYAN M <████████████
**Subject:** RE: Queue Management.xlsx

Well, if we didn't have over half of the officers at the cap about 75 or so

**From:** KOSEOR, RYAN M
**Sent:** Monday, August 6, 2018 2:08 PM
**To:** MARIN, MARIZA <████████████
**Subject:** RE: Queue Management.xlsx

One more question. How many cases could SYS process a day if ERO moved them out the next day?

*Ryan Koseor*
*Deputy Commander*
*U.S. Customs and Border Protection*
*Migration Crisis Action Team (MCAT)*
*Cell:* ████
*MCAT:* ████

1

Highly Confidential/Attorneys' Eyes Only

AOL-DEF-00602802

**From:** MARIN, MARIZA
**Sent:** Monday, August 6, 2018 1:16 PM
**To:** CAL AEU <
**Cc:** sys aeu <
**Subject:** Queue Management.xlsx

2

Highly Confidential/Attorneys' Eyes Only

4-SER-916