Nos. 22-55988, 22-56036

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

AL OTRO LADO, INC., *et al.*,

*Pls.-Appellees/Cross-Appellants*,

v.

ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*,

*Defendants-Appellants/Cross-Appellees*,

and

The EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

*Appellant/Cross-Appellee*.

_____

APPEAL FROM FINAL JUDGMENT OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA
No. 17-cv-02366-BAS-KSC

_____

**APPELLEES/CROSS-APPELLANTS' FURTHER EXCERPTS OF RECORD INDEX VOLUME**

Melissa Crow
CENTER FOR GENDER & REFUGEE STUDIES
1121 14th Street, N.W., Suite 200
Washington, DC 20005
(202) 355-4471

Neela Chakravartula
Anne Dutton
CENTER FOR GENDER & REFUGEE STUDIES
200 McAllister Street
San Francisco, CA 94102
(415) 565-4877

Baher Azmy
Angelo Guisado
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464

Ori Lev
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
(202) 263-3270

Stephen M. Medlock
Evan Miller
Rami Rashmawi
VINSON & ELKINS LLP
2200 Pennsylvania Ave., N.W.,
Suite 500 West
Washington, DC 20036
(202) 639-6500

*Additional Counsel listed inside cover*

Sarah Rich
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
(404) 521-6700

Rebecca Cassler
SOUTHERN POVERTY LAW CENTER
201 Saint Charles Avenue, Suite 2000
New Orleans, LA 70170
(504) 486-8982

Katherine Melloy Goettel
Gianna Borroto
Suchita Mathur
AMERICAN IMMIGRATION COUNCIL
1331 G St NW, Suite 200
Washington, DC 20005
(202) 507-7552

*Counsel for Appellees/Cross Appellants*

## VOLUME 1 - PUBLIC

| Date | Description | Dkt. # | Page |
| --- | --- | --- | --- |
| Sept. 4, 2020 | Exhibit 3 to Pls.' Mot. for Summ. J. – Excerpt of Deposition of David Atkinson | 535-05; refiled at 772-01 | 1-FER-003 |
| Jan. 14, 2020 | Exhibit 8 to Pls.' Mot. for Class Certification – AOL-DEF-00217179 to AOL-DEF-00217247 | 390-10 | 1-FER-014 |
| Jan. 14, 2020 | Exhibit 9 to Pls.' Mot. for Class Certification – Declaration of Abigail Doe | 390-11 | 1-FER-085 |
| Jan. 14, 2020 | Exhibit 10 to Pls.' Mot. for Class Certification – Declaration of Beatrice Doe | 390-12 | 1-FER-094 |
| Jan. 14, 2020 | Exhibit 11 to Pls.' Mot. for Class Certification – Declaration of Carolina Doe | 390-13 | 1-FER-105 |
| Jan. 14, 2020 | Exhibit 12 to Pls.' Mot. for Class Certification – Declaration of Dinora Doe | 390-14 | 1-FER-116 |
| Jan. 14, 2020 | Exhibit 71 to Pls.' Mot. for Class Certification – Declaration of Djamal Doe | 390-73 | 1-FER-124 |
| Jan. 14, 2020 | Exhibit 72 to Pls.' Mot. for Class Certification – Declaration of Bianka Doe | 390-74 | 1-FER-130 |
| Jan. 14, 2020 | Exhibit 73 to Pls.' Mot. for Class Certification – Declaration of Roberto Doe | 390-75 | 1-FER-136 |
| Jan. 14, 2020 | Exhibit 74 to Pls.' Mot. for Class Certification – Declaration of S.N. | 390-76 | 1-FER-144 |
| Jan. 14, 2020 | Exhibit 75 to Pls.' Mot. for Class Certification – Declaration of S.M.R.G. | 390-77 | 1-FER-155 |

| Date | Description | Dkt. # | Page |
|---|---|---|---|
| Jan. 14, 2020 | Exhibit 76 to Pls.' Mot. for Class Certification – Declaration of K.S. | 390-78 | 1-FER-164 |
| Jan. 14, 2020 | Exhibit 77 to Pls.' Mot. for Class Certification – Declaration of Courtney Collins | 390-79 | 1-FER-173 |
| Jan. 14, 2020 | Exhibit 78 to Pls.' Mot. for Class Certification – Declaration of China | 390-80 | 1-FER-183 |
| Jan. 14, 2020 | Exhibit 79 to Pls.' Mot. for Class Certification – Declaration of A.V.M.M. | 390-81 | 1-FER-192 |
| Jan. 14, 2020 | Exhibit 80 to Pls.' Mot. for Class Certification – Declaration of A.N.H. | 390-82 | 1-FER-201 |
| Jan. 14, 2020 | Exhibit 81 to Pls.' Mot. for Class Certification – Declaration of B.B. | 390-83 | 1-FER-209 |
| Jan. 14, 2020 | Exhibit 82 to Pls.' Mot. for Class Certification – Class Member Declaration | 390-84 | 1-FER-214 |
| Jan. 14, 2020 | Exhibit 83 to Pls.' Mot. for Class Certification – Class Member Declaration | 390-85; re-filed as 396-1 | 1-FER-219 |
| Jan. 14, 2020 | Exhibit 84 to Pls.' Mot. for Class Certification – Class Member Declaration | 390-86 | 1-FER-229 |
| Jan. 14, 2020 | Exhibit 85 to Pls.' Mot. for Class Certification – Class Member Declaration | 390-87 | 1-FER-233 |
| Jan. 14, 2020 | Exhibit 86 to Pls.' Mot. for Class Certification – Class Member Declaration | 390-88 | 1-FER-237 |
| July 29, 2019 | Excerpt from Order Granting in Part and Denying in Part Defendants' Mot. to Dismiss the Second Am. Compl. [ECF No. 192] | 278 | 1-FER-241 |

| Date | Description | Dkt. # | Page |
|---|---|---|---|
| Nov. 29, 2018 | Excerpt from Defendants' Memo. In Support of Their Mot. to Partially Dismiss the Second Am. Compl. | 192-1 | 1-FER-250 |

**VOLUME 2 - SEALED**

| Date | Description | Dkt. # | Page |
|---|---|---|---|
| Jan. 14, 2020 | Exhibit 7 to Pls.' Mot. for Class Certification – Expert Report of Stephanie Leutert | 390-9 | 2-FER-258 |