**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 20 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AL OTRO LADO, a California corporation; et al., | No. 22-55988 |
| Plaintiffs-Appellees, | D.C. No. 3:17-cv-02366-BAS-KSC Southern District of California, San Diego |
| v. | |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, | ORDER |
| Appellant, | |
| and | |
| ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al., | |
| Defendants-Appellants. | |
| AL OTRO LADO, a California corporation; et al., | No. 22-56036 |
| Plaintiffs-Appellants, | D.C. No. 3:17-cv-02366-BAS-KSC |
| v. | |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, | |
| Appellee, | |
| ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al., | |
| Defendants-Appellees. | |

2

On May 22, 2023, plaintiffs submitted Volume 2 of their further excerpts of record provisionally under seal, accompanied by a notice of intent to file that volume publicly pursuant to Ninth Circuit Rule 27-13(f).  No other party has filed a motion to maintain that volume under seal.  Consequently, the Clerk shall publicly file the cross-appeal reply brief and both volumes of the further excerpts of record.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT