**FILED**

NOV 6 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AL OTRO LADO, a California corporation; et al.,<br><br>              Plaintiffs-Appellees,<br><br> v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>              Appellant,<br><br>and<br><br>ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al.,<br><br>              Defendants-Appellants. | No. 22-55988<br><br>D.C. No. 3:17-cv-02366-BAS-KSC<br>Southern District of California, San Diego<br><br>ORDER |
| AL OTRO LADO, a California corporation; et al.,<br><br>              Plaintiffs-Appellants,<br><br> v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>              Appellee,<br><br>ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al., | No. 22-56036<br><br>D.C. No. 3:17-cv-02366-BAS-KSC |

Defendants-Appellees.

The parties are ordered to file supplemental briefs of no more than fifteen pages addressing whether Plaintiffs have Article III standing and the impact, if any, of *TransUnion LLC v. Ramirez*, 141 S. Ct. 2190 (2021), on that question. The parties should also address the impact of *Mendoza-Linares v. Garland*, 51 F.4th 1146 (9th Cir. 2022), if any, on the issues in this case. The parties shall file their briefs within fourteen days of the filed date of this order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT