UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 06 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AL OTRO LADO, a California corporation; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, <br><br> Appellant, <br><br> and <br><br> ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al., <br><br> Defendants - Appellants. | No. 22-55988 <br><br> D.C. No. 3:17-cv-02366-BAS-KSC <br> U.S. District Court for Southern California, San Diego <br><br> **ORDER SETTING MEDIATION CONFERENCE** <br><br> **Date: December 20, 2023** <br> **Time: 11:00 a.m. Pacific Time** <br><br> **(DIAL-IN CONFERENCE)** |
| AL OTRO LADO, a California corporation; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, <br><br> Appellee, | No. 22-56036 <br><br> D.C. No. 3:17-cv-02366-BAS-KSC <br> U.S. District Court for Southern California, San Diego |

ALEJANDRO N. MAYORKAS,
Secretary of Homeland Security; et al.,

        Defendants - Appellees.

These cases have been referred to the Ninth Circuit Mediation Program. **See** Fed. R. App. P. 33 and Ninth Circuit Rule 33-1.

The court has scheduled a confidential dial-in telephone settlement conference with counsel and Circuit Mediator Stephen M. Liacouras on the date and time indicated above.

Each attorney on the attached list of participants will receive an email with dial-in information.

If there are any changes or additions to the list, please notify the Mediation Office at **mediation@ca9.uscourts.gov.**

Also, if counsel has an unavoidable scheduling conflict, please notify Circuit Mediator Stephen M. Liacouras immediately by email (stephen_liacouras@ca9.uscourts.gov) and copy all counsel on any such communication.

All emails should include the Ninth Circuit case name and number in the subject line.

All discussions that take place in the context of the conference are confidential. **See** Circuit Rule 33-1.

For more detailed information about the assessment conference, confidentiality, and the Mediation Program and its procedures generally, please see the attachment to this order and the Mediation Program web site: **www.ca9.uscourts.gov/mediation.**

FOR THE COURT:

vs/mediation

Virna Sanchez
Deputy Clerk

LIST OF CONFERENCE PARTICIPANTS

AL OTRO LADO, a California corporation;et al.

        Plaintiff - Appellee,

Baher Azmy
bazmy@ccrjustice.org
Center For Constitutional Rights

Anne Daher
415-890-5448
daherannie@uchastings.edu

Anne Dutton
415-581-8825
duttonanne@uclawsf.edu
Center for Gender and Refuge Studies

Rebecca M. Cassler
404-521-6700
rebecca.cassler@splcenter.org
Southern Poverty Law Center

Melissa E. Crow
202-355-4471
crowmelissa@uclawsf.edu
Center for Gender and Refugee Studies

Matthew Fenn
312-701-7040
mfenn@mayerbrown.com
Mayer Brown, LLP

Neela O. Chakravartula
neela@uclawsf.edu
UC Hastings College of the Law

Stephen M. Medlock
202-639-6578
smedlock@velaw.com
Vinson & Elkins, LLP

|  |  |
|---|---|
|  | Sarah Rich<br>404-521-6700<br>sarah.rich@splcenter.org<br>Southern Poverty Law Center<br><br>Ori Lev<br>202-263-3270<br>olev@mayerbrown.com<br>Michelle N. Webster<br>202-263-3714<br>mwebster@mayerbrown.com<br>Mayer Brown LLP<br><br>Matthew H. Marmolejo<br>213-621-9465<br>mmarmolejo@mayerbrown.com<br>Mayer Brown, LLP<br><br>Gianna Borroto<br>202-507-7540<br>gborroto@immcouncil.org<br>American Immigration Council |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW;et al.<br>      Appellant, | Alexander Halaska<br>alexander.j.halaska@usdoj.gov<br>Katherine Shinners<br>katherine.j.shinners@usdoj.gov<br>DOJ - U.S. DEPARTMENT OF JUSTICE |
| v. |  |
| ALEJANDRO N. MAYORKAS, Secretary of Homeland Security;et al.<br>      Defendant - Appellant, | Alexander Halaska<br>alexander.j.halaska@usdoj.gov<br>Katherine Shinners<br>katherine.j.shinners@usdoj.gov<br>DOJ - U.S. DEPARTMENT OF JUSTICE |

|  |  |
|---|---|
|  | Jason Wisecup<br>202-451-7743<br>jason.wisecup@usdoj.gov<br>US DEPT. JUSTICE, CIVIL DIVISION |
| AMNESTY INTERNATIONAL<br>      Amicus Curiae, | Aileen McGrath<br>415-765-9553<br>AMcGrath@akingump.com<br>Akin Gump Strauss Hauer & Feld, LLP |
| KIDS IN NEED OF DEFENSE;et al.<br>      Amicus Curiae, | Wendy Wylegala<br>646-970-2913<br>wwylegala@supportkind.org<br>Kids in Need of Defense |
| AMERICAN CIVIL LIBERTIES UNION;et al.<br>      Amicus Curiae, | Spencer Elijah Wittmann Amdur<br>415-343-1198<br>samdur@aclu.org<br>American Civil Liberties Union Foundation |
| INTERNATIONAL REFUGEE LAW SCHOLARS<br>      Amicus Curiae, | Sabrineh Ardalan<br>617-384-7504<br>sardalan@law.harvard.edu<br>Tiffany J. Lieu<br>206-499-1890<br>tlieu@law.harvard.edu<br>Harvard Immigration and Refugee Clinical Program |
| HAITIAN BRIDGE ALLIANCE;et al.<br>      Amicus Curiae, | Anne Aufhauser<br>212-859-8064<br>anne.aufhauser@friedfrank.com |

Fried, Frank, Harris, Shriver & Jacobson, LLP

IMMIGRATION LAW PROFESSORS
Amicus Curiae,

Raechel Kummer
202-373-6235
raechel.kummer@morganlewis.com
Morgan, Lewis & Bockius, LLP

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
CIRCUIT MEDIATION OFFICE
Website: **www.ca9.uscourts.gov/mediation**
Email: stephen_liacouras@ca9.uscourts.gov
Phone: 415-355-7900

**INFORMATION ABOUT ASSESSMENT CONFERENCES**

**Overview of Purpose and Participants**

- The purpose of the assessment conference is to provide an opportunity for counsel and the Circuit Mediator to have a frank discussion about settlement. The mediator will explore the parties' interests in settlement and, if appropriate, work with counsel to design a process to pursue resolution of the dispute.

- The conference will be conducted by one of the eight Circuit Mediators, all of whom are court employees with extensive mediation and litigation experience. The Circuit Mediators are authorized to file orders on most procedural matters, including vacating or moving the briefing schedule.

- Counsel for each party that intends to file briefs in the matter should participate in the assessment conference. The lawyer with the closest relationship to the client should be on the call. Clients are neither expected nor required to participate in the assessment conference.

- In advance of the conference, counsel should have a discussion with their clients about their goals in the litigation, its possible costs and outcomes (good and bad), the potential for further legal proceedings, and what issues beyond the litigation might be explored in mediation.

- During the conference, counsel and the Circuit Mediator will discuss the factual and legal background of the dispute, the legal issues involved in the litigation and on appeal, any related legal proceedings, and any other considerations that may affect the parties' willingness to engage in settlement discussions. The scope of discussions is not limited to the issues on appeal: it may include related legal proceedings or any other issues between the parties.

## Confidentiality

- Settlement-related information disclosed to a Circuit Mediator will be kept confidential and will not be disclosed to the judges deciding the appeal or to any other person outside the Mediation Program participants. Ninth Cir. R. 33-1.

- All participants in the assessment conference are required to abide by the court's confidentiality rules, which are set forth in Rule 33-1 and can be found at www.ca9.uscourts.gov/mediation. With limited exceptions, any communication made by the Circuit Mediator or any participant during the conference may not be used in any pending or future proceeding in this court or any other forum and may not be disclosed to anyone who is not a participant. Ninth Cir. 33-1.

## Likely Outcomes of Assessment Conference

- At the conclusion of the assessment conference, the Circuit Mediator may confirm in an order the agreements of the parties regarding the scope, process and timing of any further settlement efforts. Typical settlement processes include in-person mediation sessions, telephone settlement dialogues facilitated by the Circuit Mediator, or direct discussions between counsel.

- The parties may agree to defer briefing in order to focus on settlement efforts or to provide an opportunity for circumstances to develop that might make settlement more likely. In most cases, the deferral of briefing will not delay disposition of the appeal, since the date of the filing of the notice of appeal controls when an appeal is assigned to a three-judge panel for decision.

- At any point that the parties choose not to pursue settlement efforts, the Circuit Mediator will work with the parties to resolve any outstanding procedural issues and will enter orders effectuating any procedural agreements.

**More information is available on the Mediation Circuit link on the Ninth Circuit website www.ca9.uscourts.gov/mediation.**