UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 20 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AL OTRO LADO, a California corporation; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, <br><br> Appellant, <br><br> and <br><br> ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al., <br><br> Defendants - Appellants. | No. 22-55988 <br><br> D.C. No. 3:17-cv-02366-BAS-KSC <br> U.S. District Court for Southern California, San Diego <br><br> **ORDER** <br><br> **(DIAL-IN CONFERENCE)** |
| AL OTRO LADO, a California corporation; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, <br><br> Appellee, | No. 22-56036 <br><br> D.C. No. 3:17-cv-02366-BAS-KSC <br> U.S. District Court for Southern California, San Diego |

ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al.,

Defendants - Appellees.

A dial-in telephone conference will be held on January 10, 2024, at 11:00 a.m. **Pacific Time.**

Each participant will receive an email with dial-in information.

FOR THE COURT:

vs/mediation

Stephen M. Liacouras
Chief Circuit Mediator