Nos. 22-55988, 22-56036

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

AL OTRO LADO, INC., *et al.*,

*Pls.-Appellees/Cross-Appellants*,

v.

ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*,

*Defendants-Appellants/Cross-Appellees*,

and

The EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

*Appellant/Cross-Appellee*.

_____

APPEAL FROM FINAL JUDGMENT OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA
No. 17-cv-02366-BAS-KSC

_____

## APPELLEES/CROSS-APPELLANTS' SUPPLEMENTAL FURTHER EXCERPTS OF RECORD INDEX VOLUME

Melissa Crow
CENTER FOR GENDER & REFUGEE STUDIES
1121 14th Street, N.W., Suite 200
Washington, DC 20005
(202) 355-4471

Neela Chakravartula
CENTER FOR GENDER & REFUGEE STUDIES
200 McAllister Street
San Francisco, CA 94102
(415) 565-4877

Robert Pauw
CENTER FOR GENDER & REFUGEE STUDIES
c/o Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104

Stephen M. Medlock
Evan Miller
Rami Rashmawi
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, DC 20036
(202) 639-6500

Michelle N. Webster
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
(202) 263-3270

Matthew Fenn
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606

Baher Azmy
Angelo Guisado
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464

Sarah Rich
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Avenue, Suite 340
Decatur, GA 30030
(404) 521-6700

Rebecca Cassler
SOUTHERN POVERTY LAW CENTER
1101 17th Avenue N.W., Suite 705
Washington, DC 20036
(404) 521-6700

Katherine Melloy Goettel
Gianna Borroto
Suchita Mathur
AMERICAN IMMIGRATION COUNCIL
1331 G Street N.W., Suite 200
Washington, DC 20005
(202) 507-7552

(312) 701-7040

Matthew Marmolejo
MAYER BROWN LLP
333 S. Grand Avenue, 47th Floor
Los Angeles, CA 90071
(213) 621-9483

*Counsel for Appellees/Cross Appellants*

## VOLUME 1 - PUBLIC

| Date | Description | Dkt. # | Page |
|---|---|---|---|
| Oct. 1, 2021 | Exhibit 1 to Pls.' Brief Concerning Declaratory and Injunctive Relief – Declaration of Erika Pinheiro | 768-2 | 1-SFER-003 |
| Aug. 9, 2021 | Tr. of Oral Arg. on Pls.' Mot. for Class Certification | 728 | 1-SFER-014 |
| Jan. 5, 2021 | Exhibit H to Defs.' Opp. to Pls.' Mot. to Enforce – November 2019 Metering Update | 657-9 | 1-SFER-021 |
| Oct. 30, 2020 | Defs.' Reply in Support of their Cross-Mot. for Summ. J. and Opp. to Pls' Mot. for Summ. J. | 611 | 1-SFER-038 |
| Sept. 4, 2020 | Exhibit 20 to Pls.' Mot. for Summ. J. – Expert Report of Stephanie Leutert (excerpt) | 535-22 | 1-SFER-053 |
| Jan. 14, 2020 | Exhibit 97 to Pls.' Mot. for Class Certification – Declaration of Maria Doe | 390-99 | 1-SFER-061 |
| Jan. 14, 2020 | Exhibit 98 to Pls.' Mot. for Class Certification – Declaration of Bianca Doe | 390-100 | 1-SFER-068 |
| Jan. 14, 2020 | Exhibit 99 to Pls.' Mot. for Class Certification – Declaration of César Doe | 390-101 | 1-SFER-075 |
| Jan. 14, 2020 | Exhibit 103 to Pls.' Mot. for Class Certification – Declaration of Emiliana Doe | 390-105 | 1-SFER-085 |
| Sept. 26, 2019 | Exhibit 3 to Pls.' Mot. for Prelim. Inj.– Decl. of Stephanie Leutert | 294-5 | 1-SFER-091 |
| Sept. 26, 2019 | Exhibit 4 to Pls.' Mot. for Prelim. Inj.– Decl. of Nicole Ramos | 294-6 | 1-SFER-157 |
| Mar. 7, 2019 | Defs.' Reply in Support of their Mot. to Dismiss | 238 | 1-SFER-166 |

| Date | Description | Dkt. # | Page |
|---|---|---|---|
| Feb. 14, 2019 | Pls.' Opp. to Defs.' Mot. to Dismiss | 210 | 1-SFER-168 |

## VOLUME 2 - SEALED

| Date | Description | Dkt. # | Page |
|---|---|---|---|
| Oct. 30, 2020 | Pls.' Reply in Support of their Mot. for Summ. J. (sealed version) | 609 | 2-SFER-174 |
| Sept. 4, 2020 | Pls.' Memorandum in Support of their Mot. for Summ. J. (sealed version) | 533-1 | 2-SFER-183 |
| Sept. 4, 2020 | Exhibit 5 to Pls.' Mot. for Summ. J. – DHS OIG Memo. of Interview with Brian Ballatore | 535-7 | 2-SFER-231 |
| Sept. 4, 2020 | Exhibit 17 to Pls.' Mot. for Summ. J. – Excerpt of Deposition of Mariza Marin | 535-19 | 2-SFER-240 |
| Sept. 4, 2020 | Exhibit 102 to Pls.' Mot. for Summ. J. – Excerpt of Deposition of Samuel Cleaves | 535-104 | 2-SFER-245 |