UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 31 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AL OTRO LADO, a California corporation; et al.,<br><br>   Plaintiffs - Appellees,<br><br> v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>   Appellant,<br><br>and<br><br>ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al.,<br><br>   Defendants - Appellants. | No. 22-55988<br><br>D.C. No. 3:17-cv-02366-BAS-KSC<br>U.S. District Court for Southern California, San Diego<br><br>**ORDER**<br><br>**(DIAL-IN CONFERENCE)** |
| AL OTRO LADO, a California corporation; et al.,<br><br>   Plaintiffs - Appellants,<br><br> v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>   Appellee, | No. 22-56036<br><br>D.C. No. 3:17-cv-02366-BAS-KSC<br>U.S. District Court for Southern California, San Diego |

ALEJANDRO N. MAYORKAS,
Secretary of Homeland Security; et al.,

Defendants - Appellees.

A dial-in telephone conference will be held on February 14, 2024, at 12:30 p.m. **Pacific Time.**

Each participant will receive an email with dial-in information.

FOR THE COURT:

Stephen M. Liacouras
Chief Circuit Mediator

vs/mediation