UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 28 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

AL OTRO LADO, a California corporation; et al.,

       Plaintiffs - Appellees,

 v.

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

       Appellant,

and

ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al.,

       Defendants - Appellants.

No. 22-55988

D.C. No. 3:17-cv-02366-BAS-KSC
U.S. District Court for Southern California, San Diego

**ORDER**

---

AL OTRO LADO, a California corporation; et al.,

       Plaintiffs - Appellants,

 v.

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

       Appellee,

No. 22-56036

D.C. No. 3:17-cv-02366-BAS-KSC
U.S. District Court for Southern California, San Diego

ALEJANDRO N. MAYORKAS,
Secretary of Homeland Security; et al.,

Defendants - Appellees.

The dial-in conference originally scheduled for February 27, 2024, is rescheduled to March 18, 2024, at 09:00 a.m. **Pacific Time.**

Each participant will receive an email modifying the dial-in information.

FOR THE COURT:

vs/mediation

Stephen M. Liacouras
Chief Circuit Mediator