UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 04 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AL OTRO LADO, a California corporation; et al.,<br><br>          Plaintiffs - Appellees,<br><br>   v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>          Appellant,<br><br>and<br><br>ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al.,<br><br>          Defendants - Appellants. | No. 22-55988<br><br>D.C. No. 3:17-cv-02366-BAS-KSC<br>U.S. District Court for Southern California, San Diego<br><br>**ORDER** |
| AL OTRO LADO, a California corporation; et al.,<br><br>          Plaintiffs - Appellants,<br><br>   v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>          Appellee, | No. 22-56036<br><br>D.C. No. 3:17-cv-02366-BAS-KSC<br>U.S. District Court for Southern California, San Diego |

ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al.,

    Defendants - Appellees.

A video mediation will be held on April 25, 2024, at 9:30 a.m., Pacific Time. Counsel will receive an email from the Mediation Office in advance with instructions for participating in the conference.

FOR THE COURT:

vs/mediation

Stephen M. Liacouras
Chief Circuit Mediator