UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 25 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

AL OTRO LADO, a California corporation; et al.,

    Plaintiffs - Appellees,

 v.

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

    Appellant,

and

ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al.,

    Defendants - Appellants.

No. 22-55988

D.C. No. 3:17-cv-02366-BAS-KSC
U.S. District Court for Southern California, San Diego

**ORDER**

**(DIAL-IN CONFERENCE)**

---

AL OTRO LADO, a California corporation; et al.,

    Plaintiffs - Appellants,

 v.

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

    Appellee,

No. 22-56036

D.C. No. 3:17-cv-02366-BAS-KSC
U.S. District Court for Southern California, San Diego

ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al.,

      Defendants - Appellees.

A dial-in telephone conference will be held on May 09, 2024, at 10:00 a.m. **Pacific Time.**

Each participant will receive an email with dial-in information.

FOR THE COURT:

Stephen M. Liacouras
Chief Circuit Mediator

vs/mediation