UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 30 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AL OTRO LADO, a California corporation; et al., | No. 22-55988 |
| Plaintiffs-Appellees, | D.C. No. 3:17-cv-02366-BAS-KSC Southern District of California, San Diego |
| v. | |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, | ORDER |
| Appellant, | |
| and | |
| ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al., | |
| Defendants-Appellants. | |
| AL OTRO LADO, a California corporation; et al., | No. 22-56036 |
| Plaintiffs-Appellants, | D.C. No. 3:17-cv-02366-BAS-KSC |
| v. | |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, | |
| Appellee, | |
| ALEJANDRO N. MAYORKAS, Secretary of Homeland Security; et al., | |

Defendants-Appellees.

Before: OWENS, FRIEDLAND, and R. NELSON, Circuit Judges.

This matter was referred to mediation on December 6, 2023. The mediation referral will terminate on May 30, 2024.