**FILED**

MAY 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AL OTRO LADO, a California
corporation; et al.,

           Plaintiffs - Appellees,

  v.

EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW,

           Appellant,

and

ALEJANDRO N. MAYORKAS,
Secretary of Homeland Security; et al.,

           Defendants - Appellants.

No. 22-55988

D.C. No. 3:17-cv-02366-BAS-KSC
U.S. District Court for Southern
California, San Diego

**MANDATE**

AL OTRO LADO, a California
corporation; et al.,

           Plaintiffs - Appellants,

  v.

EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW,

           Appellee,

No. 22-56036

D.C. No. 3:17-cv-02366-BAS-KSC
U.S. District Court for Southern
California, San Diego

KRISTI NOEM, Secretary of
Homeland Security; et al.,

        Defendants - Appellees.

The judgment of this Court, entered October 23, 2024 and amended on May 14, 2025, takes effect this date.
This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT