# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 1, 2025

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Kristi Noem, Secretary of Homeland Security, et al.
           v. Al Otro Lado, a California Corporation, et al.
           No. 25-5
           (Your No. 22-55988, 22-56036)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on July 1, 2025 and placed on the docket July 1, 2025 as No. 25-5.

               Sincerely,

               **Scott S. Harris**, Clerk

               by

               Angela Jimenez
               Case Analyst