UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AL OTRO LADO, a California corporation; et al.,<br><br>     Plaintiffs-Appellees,<br><br>  v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>     Appellant,<br><br>and<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security; et al.,<br><br>     Defendants-Appellants. | No.   22-55988<br><br>D.C. No.<br>3:17-cv-02366-BAS-KSC<br>Southern District of California,<br>San Diego<br><br>ORDER |
| AL OTRO LADO, a California corporation; et al.,<br><br>     Plaintiffs-Appellants,<br><br>  v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>     Appellee,<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security; et al., | No.   22-56036<br><br>D.C. No.<br>3:17-cv-02366-BAS-KSC |

Defendants-Appellees.

Before: OWENS, FRIEDLAND, and R. NELSON, Circuit Judges.

In light of the Supreme Court's decision in *Mullin v. Al Otro Lado*, No. 25-5, 2026 WL 1825741 (U.S. June 25, 2026), the parties are directed to confer and file letter briefs not exceeding five pages setting forth their positions regarding next steps in this appeal. The briefs shall be filed on or before July 27, 2026.