FILED

SEP 29 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AL OTRO LADO, a California corporation; et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>Appellant,<br><br>and<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security; et al.,<br><br>Defendants-Appellants. | No. 22-55988<br><br>D.C. No. 3:17-cv-02366-BAS-KSC<br>Southern District of California, San Diego<br><br>ORDER |
| AL OTRO LADO, a California corporation; et al.,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>Appellee,<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security; et al., | No. 22-56036<br><br>D.C. No. 3:17-cv-02366-BAS-KSC |

Defendants-Appellees.

Before: OWENS, FRIEDLAND, and R. NELSON, Circuit Judges.

The following decisions of the district court are vacated as to Plaintiffs' claims under the Alien Tort Statute and Immigration and Nationality Act: Order Granting in Part and Denying in Part Plaintiffs' Motion for Summary Judgment, Granting in Part Denying in Part Defendants' Motion for Summary Judgment, and Requiring Supplemental Briefing, Dist. Ct. ECF No. 742; and Final Judgment, Dist. Ct. ECF No. 819. *All. for the Wild Rockies v. Savage*, 897 F.3d 1025, 1032 (9th Cir. 2018) ("When mootness is not caused by actions of the party seeking vacatur, we typically will vacate the district court's order."). This case is remanded to the district court. Upon remand, the district court is instructed to dismiss the case as moot.