

| | |
|---|---|
| **Corpus of Contemporary American English** | |

| SEARCH | ERROR | CONTEXT | **CONTEXT +** |

**Source information:**

| Source | **NEWS**: USA Today |
|---|---|
| Date | 1996 (19961213) |
| Publication information | SPORTS |
| Title | Road trip, the women''s pro basketball way |
| Author | Valerie Lister |

**Expanded context**

to the Cafe Espresso stand, " Got to have my latte in the morning. " Kimberly Wood walks through the gift shop. # Once in the gate area, Trisha Stafford, Lasers public relations director Sharla Daum, Nekeisha Henderson and Lowery take seats in front of a pizza stand. Stafford begins to play Tetris on her watch and tries to teach Daum how to play. Lowery is settled in with her latte and the latest issue of Sports Illustrated. # Samantha Williams talks on a pay phone while Whiting plays solitaire on her Apple Newton, a hand-held computer. # Once aboard the plane, all are seated in coach and most in the rear of the plane. During the flight, they read or sleep. They will change planes in Newark for the flight to Hartford. # 11:45 a.m. -- The flight **arrives** in Newark but is late, and the team must go to the other end of the airport to catch its connecting flight to Hartford. The bus that will take the players to the waiting plane is held for the team. # The bus driver asks the other passengers to allow the women from the San Jose Lasers basketball team to board first. It's one of the few tastes of celebrity during the trip. # Boarding the Continental Express ATR-72 requires most of the players to lower their heads until they reach their seats. This time, they are sitting in the front of the cabin. # " Look, we're sitting in first class, " Whiting says. # 1:30 p.m. -- At Bradley Airport in Hartford, the team heads for baggage claim and most stop at pay phones to call family and friends while waiting for their bags. Henderson and Ruff huddle



**Translate:** --Choose--

**Analyze text** (keywords, detailed word sketches, find related words)



| | |
|---|---|
| SEARCH | ERROR | CONTEXT | CONTEXT + |

Source information:

| Source | NEWS: USA Today |
|---|---|
| Date | 1990 (19900620) |
| Publication information | NEWS |
| Title | Topic: MANDELA"S VISIT; |
| Author | Barbara Reynolds |

Expanded context

##3025777 # The Rev. Jesse Jackson, 48, is president and founder of the National Rainbow Coalition. He was also a Democratic Party presidential candidate in 1984 and 1988. Jackson met with Nelson Mandela shortly after Mandela's release from prison and will be among the leaders welcoming Mandela to the USA. Jackson was interviewed by USA TODAY's Barbara Reynolds. USA TODAY: Nelson Mandela, who arrives in New York today, is being greeted with a ticker-tape parade and crowds of thousands. Are you pleased with the reception he is receiving? # JACKSON: We who care must not allow celebrity to divert Mandela and his colleagues' focus on political and economic emancipation. He is not a celebrity - he is a freedom fighter whose suffering has exalted him to be the pre-eminent moral authority in the world today. For Mandela, the pillars of apartheid are still in place. The Separate Amenities Act. The Group Areas Act, the National Land Act, the Registration Act. USA TODAY: What significance does the arrival of Mandela have for the average person? # JACKSON: No. 1, it should mean slave labor anywhere undercuts organized labor everywhere. President Bush has broken congressionally mandated sanctions by allowing South African iron and steel to come into this country, and this hurts



Translate: --Choose--

Analyze text (keywords, detailed word sketches, find related words)



| | |
|---|---|
| Source | **FIC**: Cobb |
| Date | 1994 |
| Title | Cobb |

**Expanded context**

high -- he slides in safely. # IN STANDS # Bets are doubled. The stands are full of wagering. The whole ballpark is like a giant saloon -- drinking, smoking, wagering -- and the game is played by thugs and brigands. # COBB ON THIRD # Yells at the pitcher and Catcher. # # COBB # You want in on the action? My mother has a better arm than you! (to the Catcher) I'm coming to you, greaseball! Coming to kick your dago ass! # # CATCHER # # steals a glance at Cobb who takes a menacing lead off third. The Catcher gives a signal to the pitcher. # # PITCHER # # nods, winds up, and as he does -- # Here comes Cobb with a recklessness beyond reason. And as the pitch arrives in the Catcher's hands, the Catcher digs in to take on Cobb -- # Cobb slides spikes high, flying above the earth, his back leg slashing his spikes like knives. It is a slide of utter defiance and violence, a slide intended to harm. # A vicious collision between Cobb and the catcher -- blood and dust. The ball rolls free. Safe. # Cobb and the catcher immediately start punching and in seconds, a brawl breaks out, both benches clearing. As the police rush out to break up the brawl... # # COBB (V.O.) # In those days you didn't hold hands and dance with the men on the other teams. They were the enemy -- you fought with' em. (beat) And I was the most hated man in baseball. # 56 EXT. PHILADELPHIA BALLPARK - DAY (B &W); 56



Cited in Al Otro Lado v. Mayorkas,
Nos. 22-55988, 22-56036 archived October 17, 2024

**Translate:** --Choose--

**Analyze text** (keywords, detailed word sketches, find related words)



| SEARCH | ERROR | CONTEXT | CONTEXT + |

**Source information:**

| Source | FIC: Metropolis |
|---|---|
| Date | 1995 |
| Title | Metropolis |

**Expanded context**

MARDE GRAS SQUARE - CONTINUOUS Tanner is still fighting his way to Katie. She's laughing, urging him on. The dexaline starting to clear his consciousness. He's finally able to focus. The street. Buildings. And Katie. Only it's not Katie. Just someone that looks a little like her. The woman laughing with her companion. Tanner stands frozen in the middle of the street. He looks out of place. Haunted eyes in the midst of wild celebration. He quickly turns and heads out of the square. CUT TO: INT. THE TERRACE - HALLWAY About a dozen well-dressed GUESTS stand waiting outside. They all hold invitations. The door opens and Christoph greets them with a warm smile. # CHRISTOPH # Please, come on in. As they head into the apartment, the elevator arrives in the hall, bringing more people. Christoph ushers in this new group, then slips into the elevator. INT. APARTMENT - CONTINUOUS Gena still stands barefooted in the middle of the room. The band starts up, pouring sultry jazz throughout the room. More and more people are filtering inside. Gena stands there, rigid, a sense of growing panic in her eyes. She can feel people beginning to stare at her. Someone pops open a champagne bottle. Sound of laughter. More guests arrive. A man in the corner smiles at her, beckoning her over. She backs away from him, moving unsteadily through the party and out the door. CUT TO: EXT. THE TERRACE - ROOF TOP GARDEN - CONTINUOUS Gena remains asleep on the brass bed. The sound of distant jazz music fills the air, waking her up. As her eyes open,



Translate: --Choose--

Analyze text (keywords, detailed word sketches, find related words)